**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter    7

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Health E Galaxy, LLC | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 45-2992357 | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2125 Center Avenue Suite 300 Fort Lee, NJ 07024 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Bergen | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Health E Galaxy, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|---|
| | District | _____ | When | Case number, if known | _____ |

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ■ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Health E Galaxy, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 24, 2016
MM / DD / YYYY

X /s/ Paul Gersh                          Paul Gersh
Signature of authorized representative of debtor    Printed name

Title    Managing Member

**18. Signature of attorney**

X /s/ BRUCE H. LEVITT, ESQ.          Date    June 24, 2016
Signature of attorney for debtor                    MM / DD / YYYY

BRUCE H. LEVITT, ESQ.
Printed name

Levitt & Slafkes, P.C.
Firm name

515 Valley Street
Suite 140
Maplewood, NJ 07040
Number, Street, City, State & ZIP Code

Contact phone    (973) 313-1200          Email address

BL9302
Bar number and State

**Fill in this information to identify the case:**

Debtor name   Health E Galaxy, LLC

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 24, 2016      **X** /s/ Paul Gersh
                                   Signature of individual signing on behalf of debtor

                                   Paul Gersh
                                   Printed name

                                   Managing Member
                                   Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Health E Galaxy, LLC

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals       12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*..................................................................................   $      0.00

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.............................................................................   $      4,045.00

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*..............................................................................   $      4,045.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $      0.00

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................   $      0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$      3,092,054.67

4.   **Total liabilities** ........................................................................................
    Lines 2 + 3a + 3b      $      3,092,054.67

**Fill in this information to identify the case:**

Debtor name ___Health E Galaxy, LLC___

United States Bankruptcy Court for the: ___DISTRICT OF NEW JERSEY___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   Checking Account - Chase Bank | | | $45.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

| | |
|---|---|
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $45.00 |

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Health E Galaxy, LLC | Case number *(If known)* | |
|--------|----------------------|--------------------------|---|
| | Name | | |

---

## Part 5:     Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

## Part 6:     Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

## Part 7:     Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| **39.**   **Office furniture** | | | |
| **40.**   **Office fixtures** | | | |
|      Computers and Related Hardware | $0.00 | | $1,500.00 |
|      Video and Audio Equipment | $0.00 | | $2,500.00 |

**41.**     **Office equipment, including all computer equipment and communication systems equipment and software**

**42.**     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.**     **Total of Part 7.**
        Add lines 39 through 42.  Copy the total to line 86.

            $4,000.00

**44.**     **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

**45.**     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

---

## Part 8:     Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

## Part 9:     Real property

**54. Does the debtor own or lease any real property?**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Debtor    Health E Galaxy, LLC
_____    Case number *(If known)* _____
Name

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** Website | Unknown | | $0.00 |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|---|---|

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?

■ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

## Part 11:    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **71. Notes receivable** Description (include name of obligor) | |
| **72. Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| **73. Interests in insurance policies or annuities** | |
| **74. Causes of action against third parties (whether or not a lawsuit** | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Health E Galaxy, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**has been filed)**

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
|---|---|---|
| | Accounts Recievable | $0.00 |
| | **Nature of claim** | |
| | **Amount requested** | $0.00 |

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**

$0.00

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Health E Galaxy, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**Part 12:**  **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $45.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,045.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,045.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Health E Galaxy, LLC___

United States Bankruptcy Court for the: ___DISTRICT OF NEW JERSEY___

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     Health E Galaxy, LLC

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Internal Revenue Service<br><br>Philadelphia, PA 19255-0030 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>For Informational Purposes Only | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>State of New Jersey<br>Division of Taxation<br>50 Barrack Street<br>P.O. Box 269<br>Trenton, NJ 08695 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>For Informational Purposes Only | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

**Amount of claim**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    20811                    Best Case Bankruptcy

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Aaron  Hurlbut
3100 150th Street
Urbandale, IA 50323

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Aaron  Kaplan
870 El Monte Ave
Chico, CA 95928

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Aaron  Pumerantz
7370 Prickley Pear Drive
El Paso, TX, TX 79912

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Aaron Heath
102 14th Street
Belleair Beach, FL 33786

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Aaroop  Haridas
2420 River Front Drive
Apt 1012 Brightwater Apartments
Little Rock, AR 72202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Aarti Raina
550 Barnesley Ln
Alpharett, GA 30022

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Abhijit  Patil
1461 Glenheather Dr
Windermere, FL 34786

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Abhinav Seth
138 Sandquist Circle
Hamden, CT 06514

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Adam  Cabell
Associated Radiologists Ltd
800 South Church #101
Jonesboro, AR 72401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Adam  Spitz
1330 Carlton Ave
Charlotte, NC 28203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Adam Berk
1101 Pondside Drive
White Plains, NY 10607

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Adam Getzels
13646 Legends Walk Terrace
Bradenton, FL 34202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Adam Maass
5600 South 46th St
Rogers, AR 72758

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Adel  Sulaiman
32 Deer Run Road
Williamsville, NY 14221

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Health E Galaxy, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Adeline  Kamm
4651 Hawthorne Court
Middleton, WI 53562

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Aditi  Gupta
1240 South White Oak Drive
Apt # 1218
Waukegan, IL 60085

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Advocate Healthcare
Lisa Jacob
836 West Wellington Ave
7th Floor
Chicago, IL 60657-5147

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Afsar  Waraich
103 Gregg Ave NW
Aiken, SC 29801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Agnes  Han
4200 Falls Ridge Drive
Alpharetta, GA 30022

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Ahdy  Messiha
638 Garrett Place
Evanston, IL 60201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Ahmed  Elahmady
1115 Melody Hills
Fulton, IL 61252

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Ahmed Chaudhary
14 Kettering Court
Easley, SC 29642

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Aida  Hanna
14 Clara Howard Way
North Easton, MA 02356

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Aileen Wang
1590 Sawgrass Drive
San Jose, CA 95116

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Aimee  Mayuga
345 E Ohio St Apt 1010
Chicago, IL 60611

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Akavram Reddy
2184 Eaglecrest Drive
Filer, ID 83328

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Akbar Khan
21 Plowboy Path
Commack, NY 11725

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Alan  Mannheimer
4970 Cameron Valley Parkway
Charlotte, NC 28210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com |

| Debtor | Health E Galaxy, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Alan Elliot
2222 Mermans Rd
Charlotte, NC 28270

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Alan Goldfisher
1 Pleasant Ridge Road
Spring Valley, NY 10977

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Alan Jacobson
116 Hudson Ct
Naperville, IL 60565

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Albert   Retodo
ALBERT V. RETODO, M.D., INC
26539 DURHAM WAY
HAYWARD, CA 94542

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Albert  Shieh
4205 Via Marina #509
Marina del Rey, CA 90292

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Alberto Righi
2630 Coconut Bay Lane Apt 1J
Sarasota, FL 34237

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Aldo  Ilarde
1705 HW 130E
Shelbyville, TN 37160

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.36**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Alejandro  Trepp<br>2155 Judge Fran Jamieson Way<br>Unit 301<br>Viera, FL 32940 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.37**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Alex  Lam<br>Alex M. Lam, M.D., P.A.<br>600 N Hiatus Road<br>Suite 105<br>Pembroke Pines, FL 33026 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.38**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Alexander  Filatov<br>2836 MIDDLETOWN RD FL 3<br>BRONX, NY 10461-5301 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.39**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Alexander Igolnikov<br>554 Hunter Road<br>Wilmette, IL 60091 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.40**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Alexandra Popescu<br>1132 South Plymouth Court<br>Chicago, IL 60605 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.41**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| alexandre cengarle samak<br>735 Du Couvent<br>Montreal, QC h4c2r5 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.42**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Alfonso Blum<br>65 East Monroe Street<br>Unit 4120<br>Chicago, IL 60603 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | Health E Galaxy, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Ali  Araghi
Piedmont Henry Hospital
431 Ranger Passage
Alpharetta, GA 30005

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Ali Akbary
5053 Bennington Way
High Point, NC 27262

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $234,342.00 |
|---|---|---|---|

ALI GERSH
340 E. 64th STREET
APT. 10 B
NEW YORK, NY 10065

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Ali Sajjad
3840 Black Oaks Lane North
Plymouth, MN 55446

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Alicia Pangilinan
2001 Edgehill Ct
Virginia Beach, VA 23454-6327

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Alison  Haimes
360 East 72nd Street
Apt 211
New York, NY 10021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Aliya  Al Hajri
Platinum house
London, ha12ex

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.50** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
Alka Aggarwal
22990 King
Brownstown, MI 48183

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | Unknown
Allan Smiley
1729 Burrstone Rd
New Hartford, NY 13413

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | Unknown
Allison  Hays
5018 barrington dr
albany, GA 31721

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | Unknown
Allison  Lipsey
1301 Kensington Lake Drive
Easley, SC 29642

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | Unknown
Allison Kirshner
1957 E 17th st
idaho falls, ID 83404

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | Unknown
Allison Mcdaniel Bolton
10 South Carlen St
Mobile, AL 00036-6066

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | Unknown
Allyson  Monk
ProScan Imaging
5995 Park Rd
Cincinnati, OH 45243

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.57** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Almoatazbella Idriss
86 Dovecrest
Irvine, CA 92620

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Alpesh  Mehta
63 Boulder Ridge Road
Scarsdale, NY 10583

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Alphonsus  Diamond
6734 East Hunter Ridge Court
Monticello, IN 47960

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Alyssa  Anderson
55 Stemwood Court
Hampstead, NC 28443

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

AMAL KEBEDE
63 SOUTH HAMPTON DRIVE
WYOMISSING, PA 19610

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Aman  Purewal
101 Brookside Lane
coraopolis, PA 15108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Amanda Aguilera
944 Sunset Hills Lane
Redlands, CA 92373

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Amanda Luu
3517 159 Place SW
Lynwood, WA 98087

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Amanda Walter
622 N Riley Ave
Indianapolis, IN 46201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Amanjot  Lehil
23626 W 92nd Ter
Lenexa, KS 66227

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Amber  Anastasi
3570 Saybrook Ave
Cincinnati, OH 45208

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Ami Milton
704 Byerland Church Rd
Willow Street, PA 17584

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Amr  Edrees
14728 Eby Street
Overland Park, KS 66221

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Amy  Callahan
677 Seventh Avenue, Unit 202
San Diego, CA 92101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Health E Galaxy, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Amy  Casimiro
Larkin Community Hospital
7031 SW 62nd Ave
South Miami, FL 33143

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Amy  Stratton
3410 Aston St.
Annandale, VA 22003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Amy Bonneau
909 Silver Lake Road
Lewisberry, PA 17339

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Ana  Funariu
223 Hammetts Glen Way
Greer, SC 29650

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Ana  Mishaan
7364 Brightwater Road
Fort Worth, TX 76132

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Ana  Romeo
North Flushing Primary Medical Care
3202 Union Street
Flushing, NY 11354

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Ana Maria  Lopez
Arizona Cancer Center
1515 N. Campbell Ave
Tucson, AZ 85724

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Health E Galaxy, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Anamika  Sharma
115 Autry Mill Rd
Alpharetta, GA 30022

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Anand  Lal
2053 Thornhill Drive
Granit Bay, CA 95746

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Anand  Pathak
2014 Peach Orchard Drive, Apt #11
Falls Church, VA 22043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Anastasiya  Nikishkina
1278 ocean pkwy
brooklyn, NY 11230

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Anat Epstein
6579 Pickwick Street
Los Angeles, CA 90042

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Anca Tomsa
7227 Cenrose Circle
Westwood, NJ 07675

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Andrea Zotovas
900 SE Ocean Boulevard
Ste 227
Stuart, FL 34994

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.85** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Andreia  de Lima
3 Evergreen Lane
Ithaca, NY 14850

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Andres Gavino  de la Llana
St. Mary High Desert Medical Group
12480 Pocono Road
Apple Valley, CA 92308-6811

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Andrew  Gunter
7312 Rudwick Ln
Charlotte, NC 28226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Andrew  Nava
12009 Margaret Ct
Marriottsville, MD 21104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Andrew  Nguyen
1835 Mulberry Drive
San Mateo, CA 94403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Andrew  Shedden
105 Old Siek Rd
Troy, NY 12180

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Andrew  Young
9952 66 Rd
Rego Park, NY 11374

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.92**

**Nonpriority creditor's name and mailing address**

Andrew J  Vance
1317 Rhode Island Ave NW
Washington, DC 20005

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.93**

**Nonpriority creditor's name and mailing address**

Andrew Knerl
892 Gold Dust Drive
Edwards, CO

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.94**

**Nonpriority creditor's name and mailing address**

Andrew Olsen
Radiology Imaging Associates
9340 Branham Drive
Parker, CO 80134

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.95**

**Nonpriority creditor's name and mailing address**

Andrew Scrogin
St. Joseph's Mercy Oakland
1854 West Auburn Road #100 A
Rochester Hills, PA 48309

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.96**

**Nonpriority creditor's name and mailing address**

Andrew Walker
1615 NW Federal HWY
Stuart, FL 34994

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.97**

**Nonpriority creditor's name and mailing address**

Angela  Augustus
Rheumatology Fellowship Program
956 Court Avenue, Suite H314
Memphis, TN 38163

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.98**

**Nonpriority creditor's name and mailing address**

Angela  Beauchaine
13462 N 4th AVE
Boise, ID 83714

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.99**

**Nonpriority creditor's name and mailing address**

Angela  Miller
W7612 County Y
Monroe, WI 53566

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.100**

**Nonpriority creditor's name and mailing address**

Angela  Oostema
2030 Hunters Run NE
Ada, MI 49301

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.101**

**Nonpriority creditor's name and mailing address**

Anindita   Santosa
28 Surrey Road 21-01
Singapore,  307762, Singapore

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.102**

**Nonpriority creditor's name and mailing address**

Anita Kirsch
25769 Shoreline Dr.
Novi, MI 48374

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.103**

**Nonpriority creditor's name and mailing address**

Anita Sabharwal
Health Orlando, Inc
523 Spring Club
Altamonte Springs, FL 32714

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.104**

**Nonpriority creditor's name and mailing address**

Ann  Alvarez
GHC
1718 Alki Avenue SW
300
Seattle, WA 98116

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.105**

**Nonpriority creditor's name and mailing address**

Ann Corsi
422 S 4th St W
Missoula, MT

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Ann Marie  Bausch
9815 Ascot Drive
Omaha, NE 68114

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Ann-Marie Edwards
4315 Kettle Moraine Dr.
Apt 3A
Kalamazoo, MI 49048

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Anna  Antony
7/595 Burke Road
Hawthorn East   03123

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Anna Marie  Labaro
900 S Clark Apt 1211
Chicago, IL 60605

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Anne  Yeakey
7520 Tynewind Drive
Wake Forest, NC 27587

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Anne Lee
4524 Laguna Dr
Edina, MN 55435

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Anne Liebling
60 Temple Street
Suite 6A
New Haven, CT 06510

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.113** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Annette   Schmit-Cline
53829 185th Lane
Good Thunder, MN 56037

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Annie Lin
2908 Crabapple
Ellicott City, MD 21042

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Anthony  Dougherty
9431 MIDLAND WOODS DR
Midland, GA 31820

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Anthony  Udekwe
400 Durdick Expressway East
Minot, ND 58701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.117** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Anthony Kam
13615 Eagle Ridge Drive
Apt 1621
Fort Myers, FL 33912

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Anthony Turkiewicz
2145 Highland Avenue S
Suite 200
Birmingham, AL 35205

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Antoinette Waits
1600 Clifton Rd, NE
Corporate Square Bldg.
8, MS E-07
Atlanta, GA 30329

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Health E Galaxy, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.120** **Nonpriority creditor's name and mailing address**

Antonio Decarli
PO Box 2616
New Smyrna, FL 32170

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.121** **Nonpriority creditor's name and mailing address**

Anu  Verma
110 Spring Meadow Drive
Apt # 12
Williamsville, NY 14221

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.122** **Nonpriority creditor's name and mailing address**

Anupa  Sharma
15 Kershaw Court
Bridgewater, NJ 08807

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.123** **Nonpriority creditor's name and mailing address**

Anupender  Sidhu
190 N MENLO PARK ST
Tracy, CA 95391

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.124** **Nonpriority creditor's name and mailing address**

Aparna  Singhal
801 Montclair Rd Apt 1216
Birmingham, AL 35213

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.125** **Nonpriority creditor's name and mailing address**

April Ross
2274 HIGHWAY 43 SOUTH
2nd FLOOR
Picayune, MS 39466

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.126** **Nonpriority creditor's name and mailing address**

Archana  Bindra
177 Telles Lane
Fremont, CA 94539

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

**3.127** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Arian  Teymoorian
1227 Pin Oak Drive
Apt. P-10
Flowood, MS 39232

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Arpit Singhal
950 Stevens Creek Road
Apt 1-6
Augusta, GA 30907

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $351,484.00

ARTHUR B. CORNFELD, ESQ
152 WEST 57TH STREET, 12TH FLOOR
NEW YORK, NY 10019

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Arthutr Snyder
1255 Hillrise Circle
Las Cruces, NM 88011

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Arwa Nasir
1865 S. 110th Street
Omaha, NE 68144

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

ASC Medical Div./Central Library
5724 Highway 280 East
JETS Dept. 742111
Birmingham, AL 35242

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Ashwin  Patel
7226 Grand View Ct
Columbus, GA 31904

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Health E Galaxy, LLC | | |
|---|---|---|---|
| | Name | Case number (if known) | |

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Atul  Gupta
720 W Randolph
unit 1102
Chicago, IL 60661

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Aurelia  Nelson
1607 N 7th St
Boise, ID 83702

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Aurora Health Care
Michael Thomas
3716 E Edgerton Ave
Cudahy, WI 53110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Avnit Ahuja
1101 Saunders Drive
Fredericksburg, VA 22401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Ayne  Amjad
44 AVOCET WAY
BECKLEY, WV 25801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Babu  Kumar
2543 Dixwell Avenue
Hamden, CT 06514

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Bal  Khandelwal
2301 West Michigan Avenue
Midland, TX 79701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.141**

**Nonpriority creditor's name and mailing address**

BANKDIRECT CAPITAL FINANCE
PO BOX 660448
DALLAS, TX 75266-0448

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,837.08

---

**3.142**

**Nonpriority creditor's name and mailing address**

Baptist Health
Christie Daniels
2108 Mangrove Drive
Lexington, KY 40513

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.143**

**Nonpriority creditor's name and mailing address**

Barbara Woods
5720 Heather Hollow Drive
Dayton, OH 45415-2607

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.144**

**Nonpriority creditor's name and mailing address**

Bartosz Jozwik
343 Beach Street
Apt 604
West Haven, CT 06516

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.145**

**Nonpriority creditor's name and mailing address**

Batsheva Levine
14 Wessex Rd
Newston, MA 02459

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.146**

**Nonpriority creditor's name and mailing address**

Beaumont Health System
Sneha Patel
50900 Drakes Bay Drive
Novi, MI 48374

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.147**

**Nonpriority creditor's name and mailing address**

Beaumont Hospital - Troy
Tauresa Brunson
44201 Dequindre
Troy, MI 48085

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

Debtor    Health E Galaxy, LLC
_____
Name

Case number (if known) _____

---

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Behzad  Hedayati
30 Prairie
Irvine, CA 92618

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Beloit Radiology, Ltd.
Thomas Lisk
12326 Leighton Dr.
Caledonia, IL 61011

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Ben  Stricks
250 Hadisway Ave
Santa Fe, NM 87501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Benjamin  Cornwell
4010 Ripple Ave
Norman, OK 73072

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Benjamin  Tharian
1/12 Lucinda Court
Tasmania, Australia
Latrobe, AUSTRALIA 07307-0000

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Benjamin Chen
10 Penamber Court
Benowa, Queensland 4217 Australia, Austr

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Bernadette  Van Belois
150 Commons Way
Kalispell, MT 59901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.155** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Bijay  Pandey
682 South 8th street
Griffin, GA 30224

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.156** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Binu  Jacob
10537 SUTHERBY DRIVE
CHARLOTTE, NC 28277

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.157** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Bipan  Kotwal
10206 Bay Breeze Court
Tampa, FL 33615-4261

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.158** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $54,028.00

BLUEGILL
26 COURT STREET, SUITE 606
BROOKLYN, NY 11242

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.159** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Bobby  Abraham
1334 Preakness Point
Tallahassee, FL 32308

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Bobby Murphy
530 Northeast Glen Oak Avenue
Peoria, IL 61637

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $908.50

BOSTON DIGITAL PRODUCTIONS
316 STUART STREET
BOSTON, MA 02116

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Health E Galaxy, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.162** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Brady Library
1400 Locust St   Suite G-185
ATTN: ROBERT NEUMEYER
Pittsburgh, PA 15219

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.163** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Brandon  Chock
3822 Harriman Avenue
Los Angeles, CA 90032

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.164** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Brandon  Fisher
50 SW 10th Street, Apartment 603
Miami, FL 33130

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Brendan  Coghlan
37/93-103 High Street
Preston, NonUS ,  3072

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Brent  Barson
6044 Mcclellon Drive
Galena, OH 43021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.167** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Brent  Jones
5920 SW Riveridge Ln
Portland, OR 97239

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Brett Thorpe
PO Box 970834
Orem, UT 84097

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.169** | **Nonpriority creditor's name and mailing address**
Brett Young
1268 Gardner Way
Medford, OR 97504

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.170** | **Nonpriority creditor's name and mailing address**
Brian  Chavez
1846 W Red Fox Rd
Santa Ana, CA 92704

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.171** | **Nonpriority creditor's name and mailing address**
Brian  Mahon
11645 NE Finn Hill Loop
Carlton, OR 97111

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.172** | **Nonpriority creditor's name and mailing address**
Brian Eichinger
1111 E Union St
Apt 619
Seattle, WA 98122

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.173** | **Nonpriority creditor's name and mailing address**
Brian Foley
7120 Clearvista Drive, Suite 1500
Indianapolis, IN 46256

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.174** | **Nonpriority creditor's name and mailing address**
Brianna Teel
1108 Baybrook Dr.
Elgin, OK 73538

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.175** | **Nonpriority creditor's name and mailing address**
Bridget   Akel
500 Harrison Street
Apartment 706
Syracuse, NY 13202

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.176**

**Nonpriority creditor's name and mailing address**

Bridget  Hempel
890 South Matlack St
Apt 413
West Chester, PA 19382

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.177**

**Nonpriority creditor's name and mailing address**

Brigham and Women's Hospital
75 Francis Street, PBB-1
Attn: Ana A. Mercurio-Pinto
Boston, MA 02115

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.178**

**Nonpriority creditor's name and mailing address**

Brinda Dixit
637 Kinsborough Square
Suite D
Chesapeake, VA 23320

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.179**

**Nonpriority creditor's name and mailing address**

Brooke  Steinbronn
601 Elmwood Avenue
Box 777R
Rochester, NY 14642

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.180**

**Nonpriority creditor's name and mailing address**

Bruce  Thorkildsen
1207 Belvidere Corner Road
Mount Bethel, PA 18343

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.181**

**Nonpriority creditor's name and mailing address**

Burt  Rahavi
400 Newport Center Drive
Ste 602-A
New Port Beach, CA 92660

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.182**

**Nonpriority creditor's name and mailing address**

Carl  Blatt Jr.
Mercy
901 Patients First Drive
Washington, MO 63090

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.183** | **Nonpriority creditor's name and mailing address**

Carlos  Badiola
5 Northmoor Road
West Hartford, CT 06117

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.184** | **Nonpriority creditor's name and mailing address**

Carlos  Lozada
2500 Monterey Court
Weston, FL 33327

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.185** | **Nonpriority creditor's name and mailing address**

Carol  Langford
32775 Jackson Road
Moreland Hills, OH 44022

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.186** | **Nonpriority creditor's name and mailing address**

Caroline  Joe
128 Health Care Lane
Martinsburg, WV 25401

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.187** | **Nonpriority creditor's name and mailing address**

Carolyn Haerr
5680 Whelen Road
Fitchburg, WI 53575

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.188** | **Nonpriority creditor's name and mailing address**

Carrie  Edelman
76 Kettle Creek Dr
Brick, NJ 08723

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.189** | **Nonpriority creditor's name and mailing address**

Cassandra  Dickerson
4760 Sweetwater Blvd.
Suite 102
Sugar Land, TX 77479

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.190** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Catherine   Muhumuza
CHOP
304 Provincial drive
Morganville, NJ 07751

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.191** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Catherine   Tuite
Fox Chase Cancer Center
25 Carnoustie Way
Media, PA 19063

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.192** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Catherine Boyle
Cleveland Clinic
9500 Euclid Avenue
P34
Cleveland, OH 44195

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.193** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Celsio Gonzalez
390 E Oakenwald, Apt. 371
Dallas, TX 75203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.194** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Chandana  Keshavamurthy
400 North University Avenue
apt 112
Little Rock, AR 72205

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.195** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Chandrakant  Patel
380 Ramona Avenue
Staten Island, NY 10312

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.196** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

CHARLES   OZBORN
EUPORA FAMILY MEDICAL CLINIC
916 EDGEWOOD DRIVE
EUPORA, MS 39744

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Health E Galaxy, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.197** | **Nonpriority creditor's name and mailing address**

Charles  Galea
1280 S Riveroaks Dr
Blackshear, GA 31516

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.198** | **Nonpriority creditor's name and mailing address**

Charles  Henderson
2108 Harrisburg Pike Ste 200
Lancaster, PA 17604

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.199** | **Nonpriority creditor's name and mailing address**

Charles  Homer
8346 Delmar Lane
Prairie Village, KS 66207

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.200** | **Nonpriority creditor's name and mailing address**

Charles  King
845 S Madison
Belden, MS 38826

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.201** | **Nonpriority creditor's name and mailing address**

Charles  Molta
2301 Renaissance Blvd
Mail Stop: RN0320
King of Prussia, PA 19406

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.202** | **Nonpriority creditor's name and mailing address**

Charles  Schultz
1500 E Medical Center Drive SPC 5316
1914 Taubman Ctr.
Ann Arbor, MI 48109-5316

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.203** | **Nonpriority creditor's name and mailing address**

Charles Garvin
35 Clermont Lane
St. Louis, MO 63124

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.204**

**Nonpriority creditor's name and mailing address**

Charles Hubbard
22 Cotton Hope Lane
Columbia, SC 29209

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.205**

**Nonpriority creditor's name and mailing address**

Charles Romano
142 Ward Street
Watertown, NY 13601

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.206**

**Nonpriority creditor's name and mailing address**

CHASE CARD SERVICES-0761
CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON, DE 19886-5153

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$23,986.00

---

**3.207**

**Nonpriority creditor's name and mailing address**

CHASE CARD SERVICES-7278
CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON, DE 19886-5153

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$4,711.61

---

**3.208**

**Nonpriority creditor's name and mailing address**

Cheri  Blacksten
Family Physicians of Albuquerque
3825 Eubank NE
Suite F
Albuquerque, NM 87111

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.209**

**Nonpriority creditor's name and mailing address**

Cheruvari  Chander
Medstar Medical Group
6878 Caravan Court
Columbia, MD 21044

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.210**

**Nonpriority creditor's name and mailing address**

Chester County Hospital
701 E. Marshall St
Attn: Inger Wallin
West Chester, PA 19380

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.211** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Children's Hospital of Pittsburgh
3705 Fifth Ave
Pittsburgh, PA 15213

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.212** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Chimene  Kesserwan
12525 Downsview Ln
Oklahoma City, OK 73142

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.213** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Chintu  Gademsetty
CLG Limited
12 St Albans Avenue
Weybridge , Surrey,  KT13 8EW, UK

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.214** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Chonlada  Pongrattanaman
388 Ave X
Apt 4E
Brooklyn, NY 11223

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.215** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Chris  Tsimerekis
11100 Warner Ave
Suite 354
Fountain Valley, CA 92649

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.216** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Christi  Witherspoon
5653 Frist Boulevard
Suite 630
Hermitage, TN 37076

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.217** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Christian Koopman
1706 HARDY DR.
EDMOND, OK 73013

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   Health E Galaxy, LLC
_____
Name

Case number (if known)   _____

| 3.218 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Christine Gooley
31 Estey Circle
Brattleboro, VT 05301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Christine Keating
4218 Coliseum
new orleans, LA 70115

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Christine Villarino
1405 West Third Street
Winslow, AZ 86047

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Christopher  Colglazier
2616 Legends Way
Crestview Hills, KY 41017

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Christopher  Kratzwald
3104 Blackford Pkwy
Lexington, KY 40509

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Christopher  Avendano
33 Ridgeview Circle
Milan, OH 44846

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Christopher  Cutler
8814 Cheyenne Way
Park City, UT 84098

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.225**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|
| Christopher  Krol | ☐ Contingent | |
| 2113 94th Ave NE | ☐ Unliquidated | |
| Clyde Hill, WA 98004 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.226**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|
| Christopher  Todaro | ☐ Contingent | |
| 17221 Larosa Drive | ☐ Unliquidated | |
| Derwood, MD 20855 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.227**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|
| Christopher  Wu | ☐ Contingent | |
| 14165 Skylark Court | ☐ Unliquidated | |
| Carmel, IN 46033 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.228**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|
| Christopher Ashley | ☐ Contingent | |
| Tennessee Orthopaedic Alliance | ☐ Unliquidated | |
| 608 Norris Avenue | ☐ Disputed | |
| Nashville, TN 37209 | | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.229**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|
| Christopher Corsi | ☐ Contingent | |
| 422 S 4th Street W | ☐ Unliquidated | |
| Missoula, MT 59801 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.230**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|
| Christopher Cote | ☐ Contingent | |
| 4415 SE West Edge Road | ☐ Unliquidated | |
| Topeka, KS 66609 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.231**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|
| Christopher Creel | ☐ Contingent | |
| 17 Mountain Estates Road | ☐ Unliquidated | |
| Box 763 | ☐ Disputed | |
| High Rolls, NM 88325 | | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.232** | **Nonpriority creditor's name and mailing address**

Christopher Joy
3 Brevity Court
Binghamton, NY 13905

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.233** | **Nonpriority creditor's name and mailing address**

Christopher Mojcik
23 Rosedale Cir
Shelton, CT 06484

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.234** | **Nonpriority creditor's name and mailing address**

Chun Wong
98 East Broadway 6th Floor
New York, NY 10002

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.235** | **Nonpriority creditor's name and mailing address**

Claudia  Villate
954 Ave Ponce De Leon
Miramar Plaza suite 701
San Juan, PR 00907

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.236** | **Nonpriority creditor's name and mailing address**

Claudio  Rivera
1723 Spruce St
Apt 4F
Philadelphia, PA 19103

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.237** | **Nonpriority creditor's name and mailing address**

Cleveland Clinic Foundation
Attn: Law Deparptment
3050 Science Park Drive - AC-321
Beachwood, OH 44122

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$495,600.00

---

**3.238** | **Nonpriority creditor's name and mailing address**

CLEVELAND CLINIC FOUNDATION CTR FOR ED.
RE: Activity #013336 Pediatrics
P.O. Box 931653
Cleveland, OH 44193-1082

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.239** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

CLEVELAND CLINIC FOUNDATION CTR FOR ED.
RE: Activity #013350 Gastroenterology
P.O. Box 931653
Cleveland, OH 44193-1082

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.240** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

CLEVELAND CLINIC FOUNDATION CTR FOR ED.
RE: Activity #013348 Internal Med
P.O. Box 931653
Cleveland, OH 44193-1082

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.241** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

CLEVELAND CLINIC FOUNDATION CTR FOR ED.
RE: Activity #013335 Endocrinology
P.O. Box 931653
Cleveland, OH 44193-1082

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.242** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Clint Parker
1104 Autumn Lakes Drive
Grimeslant, NC 27837

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.243** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Colleen  Murphy
23 Neck Hill Road
Mendon, ME 01756

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.244** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Colleen Daly
112 Hilton Ave
Garden City, NY 11530

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.245** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Colleen Ward
1227 East Madison Street
Unit N705N
Tampa, FL 33602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Health E Galaxy, LLC | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

---

**3.246**

**Nonpriority creditor's name and mailing address**

Community Hospital
901 Mac Arthur Blvd.
Munster, IN 46321

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.247**

**Nonpriority creditor's name and mailing address**

Concetta  Bivona
101 Saint Andrews Lane
Glen Cove, NY 11542

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.248**

**Nonpriority creditor's name and mailing address**

Constance Andrejko
1735 Cortland Lane
Bethlehem, PA 18015

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.249**

**Nonpriority creditor's name and mailing address**

Corrie  Broudy
310 Surrey Drive
Bonita, CA 91902

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.250**

**Nonpriority creditor's name and mailing address**

Courtney  Stone
16908 Flickerwood Road
Parkton, MD 21120

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.251**

**Nonpriority creditor's name and mailing address**

Craig  Ennis
David B Stanton, M.D. and Associates
1140 W. La Veta Dr.
Suite 555
Orange, CA 92868

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.252**

**Nonpriority creditor's name and mailing address**

Crystal  CJacovino
1400 Riverboat Circle
Apt 304
Memphis, TN 38103

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.253**

**Nonpriority creditor's name and mailing address**
Curtis Harris
19940 CR 1542
Ada, OK 74820

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.254**

**Nonpriority creditor's name and mailing address**
Cynthia  Enlow
3125 Stonewater Dr
Lakeland, FL 33803

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.255**

**Nonpriority creditor's name and mailing address**
Cynthia Herrick
5123 Westminster Place
St. Louis, MO 63108

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.256**

**Nonpriority creditor's name and mailing address**
Cynthia Sunday
Thomas Jefferson University Hospital
1100 Walnut Street MOB - BIC - 4th Floor
Philadelphia, PA 19107

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.257**

**Nonpriority creditor's name and mailing address**
Dale  McNett
2233 East 5th Ave
Warren, PA 16365

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.258**

**Nonpriority creditor's name and mailing address**
Dalveer Singh
6 Nowingi Close
Eight Mile Plains   04113

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.259**

**Nonpriority creditor's name and mailing address**
Dana  Jacobs-Kosmin
1103 Orleans Road
Cheltenham, PA 19012

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.260** **Nonpriority creditor's name and mailing address**
Danette  Glenn
16 DEVON PL
SEWELL, NJ 08080

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.261** **Nonpriority creditor's name and mailing address**
Daniel  Ibanez
3451 NE 1st Ave
Ap m604
Miami, FL 33137

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.262** **Nonpriority creditor's name and mailing address**
Daniel  Sablich
21 Jessica Trace
Gansevoort, NY 12831

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.263** **Nonpriority creditor's name and mailing address**
Daniel Dalton
143-22 222 Street
Springfield Gardens, NY 11413

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.264** **Nonpriority creditor's name and mailing address**
Daniel Hirsen
1027 Lincoln Trl
Oak Park, IL 60302

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.265** **Nonpriority creditor's name and mailing address**
Daniel Levy
180 Brewster Road
Scarsdale, NY 10583

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.266** **Nonpriority creditor's name and mailing address**
Danielle  Castillo
992 Penhook Court
Virginia Beach, VA 23464

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor    Health E Galaxy, LLC
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.267 | **Nonpriority creditor's name and mailing address**<br>Danielle  Lehoux<br>953 Pawstand Rd<br>Celebration, FL 34747<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.268 | **Nonpriority creditor's name and mailing address**<br>Dannette  Johnson<br>1383 Royal Oaks Drive<br>Frisco, TX 75034<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.269 | **Nonpriority creditor's name and mailing address**<br>Darla  McCain<br>732 Streamside Drive<br>Arden, NC 28704<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.270 | **Nonpriority creditor's name and mailing address**<br>Darlene Dix<br>TULANE UNIVERSITY MEDICAL SCHOOL<br>1430 TULANE AVENUE, SL-54<br>NEW ORLEANS, LA 70114<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.271 | **Nonpriority creditor's name and mailing address**<br>Darrow Sports Medicine<br>Marc Darrow<br>11645 Wilshire Blvd. #120<br>Los Angeles, CA 90025<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.272 | **Nonpriority creditor's name and mailing address**<br>Darshan  Jagnnath<br>113 Edelvale road<br>Southampton United Kingdom,  SO185QB, Lo<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.273 | **Nonpriority creditor's name and mailing address**<br>David  Baldwin<br>106 Litchfield Circle<br>Hurricane, WV 25526<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.274**  **Nonpriority creditor's name and mailing address**

David  Bullock
Life Enhancement Medicine and Rehabilita
3001 Carrington Lane
Lawrence, KS 66049

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.275**  **Nonpriority creditor's name and mailing address**

David  Cassius
809 Olive Way #611
Seattle, WA 98101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.276**  **Nonpriority creditor's name and mailing address**

David  DeAtkine
805 St. Vincent's Drive, Suite 500
Birmingham, AL 35205

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.277**  **Nonpriority creditor's name and mailing address**

David  Fraser
2001 Grenville Court
New Bern, NC 28562

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.278**  **Nonpriority creditor's name and mailing address**

David  Johnson
Arthritis and Osteoporosis Center
708 Broadwater Ave.
Billings, MT 59101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.279**  **Nonpriority creditor's name and mailing address**

David  Lyter
8012 Riverwood Estates Pl
Riverview, FL 33569-4774

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.280**  **Nonpriority creditor's name and mailing address**

David  Moreno
12142 Cortez
Brooksville, FL 34613

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.281** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

David  Mowery
1163 Route 37 West Ste A1
Toms River, NJ 08755

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.282** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

David  Spirer
520 North And South Road
Apt 305
Saint Louis, MO 63130

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.283** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

David  Wanalista
4 fieldcrest drive
Pittsgrove, NJ 08318

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.284** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

David Bleich
185 South Orange Avenue, MSB I-588
Newark, NJ 07103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.285** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

David Bodne
600 Wentworth Court
Fayetteville, GA 30215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.286** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

David Clayman, MD
19549 Estuary Drive
Boca Raton, FL 33498

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.287** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

David DeLorenzo
1330 Coshocton Avenue
Mount Vernon, OH 43050

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.288 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

David Fisher
408 North Avenue
Sheobyan, WI 53083

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

David Fleischmann
Department of Orthopedics and Rehabilita
Med
1685 Highland Ave., Sixth Fl, Room 6264
Madison, WI 53705-2281

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

David Funt
6144 NW 23 Way
Boca Raton, FL 33496

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

David Mordes
8879 Southwest Fishermans Wharf Drive
Stuart, FL 34997-9113

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

David Zink
1276 Waukazoo Dr.
Holland, MI 49424

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Dawn  Moleins
24 Lenox Drive
hainesport, NJ 08036

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Dayal  Raja
1729 Burrstone Road
New Hartford, NY 13413

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.295**

**Nonpriority creditor's name and mailing address**
Dean  Gardella
930 NW 12th Avenue
Apartment 224
Portland, OR 97209

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.296**

**Nonpriority creditor's name and mailing address**
Delia  Calo
24 Avalon Circle
Smithtown, NY 11787

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.297**

**Nonpriority creditor's name and mailing address**
Della  Williams
7215 Allison Road
Pelham, NC 27311

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.298**

**Nonpriority creditor's name and mailing address**
Denis Kapkov
300 Winston Dr.
Apt. 1004
Cliffside Park, NJ 07010

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.299**

**Nonpriority creditor's name and mailing address**
Denise  Bell
631 Jefferson Avenue
Cherry Hill, NJ 08002

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.300**

**Nonpriority creditor's name and mailing address**
Denise  Zingrone
16 Cara Lane
Hammonton, NJ 08037

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.301**

**Nonpriority creditor's name and mailing address**
Dennis Gibson
CCF
3520 SW 142nd Ave
Miramar, FL 33027

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.302 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Devika  Kasaraneni
75 Colton Road
Glastonbury, CT 06033

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.303 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Dhruv  Panchal
1533 Village Center Drive
Bldg 4, Apt 207
Lakeland, FL 33803

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.304 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Diana Young
1811 Ibis Lane
Sanibel, FL 33957

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.305 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Diane Eline
650 E Indian School Rd
RS/151B
Phoenix, AZ 85012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.306 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Dilip  Bearelly
8656 Arrowwood Drive
Mason, OH 45040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.307 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Dilrukshie  Cornelio
20437 Madison Street
Torrance, CA 90503

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

DIMITRIOS  GIANNAKIDIS
4050 Minnesota Ave
Duluth, MN 55802

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.309** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Divya  Rajasekaran
550 Locust St
Apt 5D
Mt Vernon, NY 10552

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.310** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Dolly  Rani
10469 Roxley Bend
Carmel, IN 46032

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.311** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Don Mascarenhas
8351 Blue Jay Drive
Ypsilanti, MI 48197

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.312** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Donal  Dunne
5509 W Autumn Springs Ct
Muncie, IN 47304

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.313** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Donald  Eagerton
8805 Kings Road
Myrtle Beach, SC 29572

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.314** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Donald  Miller
CPCMG
4610 Trieste Drive
Carlsbad, CA 92010

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.315** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Donald Forance
1400 Hand Avenue
Ormond Beach, FL 32174

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.316** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Donald Silcox
700 West Parr Ave. Suite A
Los Gatos, CA 95032

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.317** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Donald Thomas
9208 Bradford Rd
Silver Spring, MD 20901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.318** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Donna Gray
1262 Oliver Street
Fayetteville, NC 28304

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.319** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Donnard Haggins
1991 W 7 Mile Rd
Detroit, MI 48203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.320** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Doquyen Huynh
3545 shoreline bluff lane
san diego, CA 92110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.321** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Doreen Teoh
6409 Garland Ave
Fort Worth, TX 76116

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.322** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Doris Pastore
178 East 80th Street
Apt 15E
New York, NY 10075

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Health E Galaxy, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.323 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | Dorota  Lebiedz-Odrobina<br>1122 Arbor Dr.<br>Shrewsbury, MA 01545 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.324 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | Douglas  Henning<br>Mercy Health System-Janesville, WI<br>3703 Spy Glass Ridge Rd<br>Crystal Lake, IL 60012-1748 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.325 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | Douglas  Slater<br>7645 West Hulbert Road<br>Frederic, MI 49733 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.326 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | Douglas Casey<br>5919 General Haig Street<br>New Orleans, LA 70124 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.327 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | Douglas Roberts<br>500 University Ave #230<br>Sacramento, CA 95825 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.328 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | Dr. N. Khorrami-Arani Inc.<br>Nivmand Khorrami-Arani<br>1527 Mulberry Lane<br>Comox<br>BC V9M 3S4, Canada | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.329 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | Dr. R. Kurwa<br>926 Deep Springs Drive<br>Claremont, CA 91711 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Health E Galaxy, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.330**

**Nonpriority creditor's name and mailing address**

Dr. Zulkharnain
Zulkharnain Medical Services, PC
136 Sobieski Street
Buffalo, NY 14212

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.331**

**Nonpriority creditor's name and mailing address**

Dragana   Jokic
224 Daffodil Dr
Freehold, NJ 07728

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.332**

**Nonpriority creditor's name and mailing address**

Dulal  Bhattacharjee
1319 Saint Georges Avenue
Apt 214
Rahway, NJ 07065

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.333**

**Nonpriority creditor's name and mailing address**

E Alec Schoenberger
235 Bradford Circle
Blue Bell, PA 19422

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.334**

**Nonpriority creditor's name and mailing address**

E Brien  Dugas
70 Kenyon Ave
Ste 324
Wakefield, RI 02879

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.335**

**Nonpriority creditor's name and mailing address**

Earline  Whitcomb
111 Colchester Avenue
Burlington, VT 05401

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.336**

**Nonpriority creditor's name and mailing address**

Eddie Benge
691 Blackhawk Drive NE
Alburquerque, NM 87122-1803

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.337**

**Nonpriority creditor's name and mailing address**

Edgar  German Mena
12433 NW 62nd Court
Coral Springs, FL 33076

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.338**

**Nonpriority creditor's name and mailing address**

Eduardo Noguera
8900 Transue Drive
Bethesda, MD 20817

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.339**

**Nonpriority creditor's name and mailing address**

Edward  Fourgas
21520 Francis
St Clair Shores, PA 48082

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.340**

**Nonpriority creditor's name and mailing address**

Edward  Hsiao
340 S Lemon Ave
#7935
Walnut, CA 91789

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.341**

**Nonpriority creditor's name and mailing address**

Edward Clark
2160 South First Avenue
Building #54 Room 149
Maywood, IL 60153

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.342**

**Nonpriority creditor's name and mailing address**

Edward Rico
4333 Bell Rd
Unit 809
Newburgh, IN 47630

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.343**

**Nonpriority creditor's name and mailing address**

EDWING DAVID  DIAZ PERTUZ
Calle Sancho Ramirez
11, esc izda, piso 5D
Pamplona,  31008, Pamplona

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

---

**3.344** | **Nonpriority creditor's name and mailing address**

Ehteshamul  Anjum
7671 Evelyn Drive
South Beloit, IL 61080

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.345** | **Nonpriority creditor's name and mailing address**

Elaf  Abu
P.O.Box 227
Jeddah   21411

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.346** | **Nonpriority creditor's name and mailing address**

Elaine Cong
61 west 62nd Street
Apt #12-G
new york, NY 10023

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.347** | **Nonpriority creditor's name and mailing address**

Elana  Rosman
1601 3rd Avenue
Apt 18K
New York, NY 10128

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.348** | **Nonpriority creditor's name and mailing address**

Elena  Cucurull
714 Shady Lake Pkwy
Baton Rouge, LA 70810

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.349** | **Nonpriority creditor's name and mailing address**

Elena Barnes
7155 HWY A1A
Melbourne, FL 32951

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.350** | **Nonpriority creditor's name and mailing address**

Elinor  Mody
15 Rice Street
Newton, MA 02459

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.351** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown

Eliotte  Hirsbherg
INERMOUTNAIN HEALTH CARE
5121 SOUTH COTTONWOOD
MURRAY, UT 84107

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.352** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown

Elizabeth  Bagsby
2329 Central Ave
Indianapolis, IN 46205

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.353** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown

Elizabeth  Hsu
1751 W Walker Street
Apt 8202
League City, TX 77573

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.354** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown

Elizabeth  Lawler
120 E. Main St Apt 1702
Lexington, KY 40507

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.355** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown

Elizabeth  Stahl
901 Vestlake Hollow Circle
Vestavia Hills, AL 35242

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.356** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown

Elizabeth  Szilagyi
Doctor's office
139  Avenue U
Brooklyn, NY 11223-3606

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.357** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown

Elizabeth Cook
3601 Quaker Ridge Lane
Grand Chute, WI 54914

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.358** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Elizabeth Russell
2200 Riverfront Dr.
Apt #7104
Little Rock, AR 72202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.359** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Elizabeth Sack
604 South Poplar Ave
Elmhurst, IL 60126

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.360** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Ellie Chuang
23 Chester Street
Nashua, NH 03064

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.361** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Elmhurst Hospital Center
79-01 Broadway
ATTN: CHERYL RAMER
Elmhurst, NY 11373

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.362** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Eloy Ituarte
5550 E. Brookdale Drive
Reno, NV 89523

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.363** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Elva  Dreisbach
13914 Bora Bora Way
Suite 106D
Marina del Rey, CA 90292

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.364** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Elva  Dreisbach
13914 Bora Bora Way
Suite 106D
Marina del Rey, CA 90292

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.365** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Emilia Dulgheru
1909 Baylor Ave
McAllen, TX 78504

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.366** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Emilio Supsupin, Jr.
3001 Murworth Drive
Unit 804
Houston, TX 77025

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.367** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Emma  Diiorio
2730 University Blvd West Ste 310
Wheaton, MD 20902

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.368** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Emma  Raizman
3556 Autumn Tree Dr
Medina, OH 44256

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.369** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Emory School of Medicine
Office of the General Counsel
101 Administration Building
201 Dowman Drive
Atlanta, GA 30322

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.370** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Emory School of Medicine
Continuing Medical Education Dept.
ATTN: Karlotta Brown
1462 Clifton Road
Atlanta, GA 30322

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.371** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Emory University Hospital
Health Science Ctr Library, 1462 Clifton
ATTN: ANN HULTON
Atlanta, GA 30322

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.372** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Enas  Danidni
1263 S CHILLICOTHE RD
Suite 284-56
Aurora, OH 44202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.373** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Eneida Agosto. MD, PC
151-57 11th Avenue
Whitestone, NY 11357

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.374** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $531.96

Enqwest Telecommunications
12 Daniel Road East
Fairfield, NJ 07004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.375** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Entela Pone
832 Walden Ave
Buffalo, NY 14211

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.376** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Eric  Awwad
7706 Windflower Ct
Brownsburg, IN 46112

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.377** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Eric  Schwartz
608 Portledge Drive
Bryn Mawr, PA 19010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.378** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Eric  Wallace
7889 Wheeler Canyon Rd
Santa Paula, CA 93060

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Health E Galaxy, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.379 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Eric Ex
24 Clovernook Drive
Arden, NC 28704

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Eric Freeman
9323 Midlothian Tpke
SUITE E
North Chesterfield, VA 23235

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Eric Frey
487 13TH ST
Brooklyn, NY 11215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Eric Ho
163 Julia Flynn Avenue
Isaacs, Australia 02607-0000

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.383 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Erica Hill
225 Rosemary Ave
San Antonio, TX 78209

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Erin Farrell
2007 Woodland Estates Drive
Elkhart, IN 46514

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Erin Marcus
U Miami
325 Cypress Drive
Key Biscayne, FL 33149

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.386** | **Nonpriority creditor's name and mailing address**

Ervin  Lowther
4935 Tutelo Trail
Winston Salem, NC 27127

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.387** | **Nonpriority creditor's name and mailing address**

Esther Hwang
4717 NW Lincoln Ave
Vancouver, WA 98663

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.388** | **Nonpriority creditor's name and mailing address**

Eugene  Pantangco
66 Thornapple
Irvine, CA 92620

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.389** | **Nonpriority creditor's name and mailing address**

Eugene  Trowers
U of Arizona
4911 N. Avenida De Castilla
Tucson, AZ 85718

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.390** | **Nonpriority creditor's name and mailing address**

Eugene Stish
2014 Father Angelo Drive
Hazle Township, PA 18202

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.391** | **Nonpriority creditor's name and mailing address**

Eve Wolinsky
2553 Essex Street
Orono, ME 04473

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.392** | **Nonpriority creditor's name and mailing address**

Evelyn Donroe
30 Abbey Lane
Hamden, CT 06514

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.393 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Evelyn Love
156 Pond Street
Hopkinton, MA 01748

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Evgenia  Korytnaya
8 E 9th street
Apt. 2202
Chicago, IL 60605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Fadi  Nabhan
5572 Lincoln Center Blvd
Dublin, OH 43016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Faiza  Malik
810 Ferry Road
Apt 105
Galveston, TX 77550

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Faiza Chaudhry
1024 Betty Lane
Easton, PA 18040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Family Care Associates, GBMC
JoAnne Wills
6535 N. Charles ST Suite 1000
Towson, MD 21204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Farah Salahuddin
11950 Idaho Avenue #122
los angeles, CA 90025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.400**

**Nonpriority creditor's name and mailing address**
Farahnaz Namvari
380 SAN JUAN PLACE
PASADENA, CA 91107

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.401**

**Nonpriority creditor's name and mailing address**
Fardina Malik
613 Winans Way
Baltimore, MD 21229

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.402**

**Nonpriority creditor's name and mailing address**
Fawad  Aslam
211 Wisconsin St, Apt 301
Eau Claire, WI 54703

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.403**

**Nonpriority creditor's name and mailing address**
Ferris  Ginsberg
34 Ascot Dr
Ocean, NJ 07712

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.404**

**Nonpriority creditor's name and mailing address**
Floyd Gonzalez
821 Walter J Leeper Drive
De Queen, AZ 71832

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.405**

**Nonpriority creditor's name and mailing address**
Frances  Immordino
2117 22nd Road
Astoria, NY 11105

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.406**

**Nonpriority creditor's name and mailing address**
Francesca  Wilkins
1112 South Church Street
Jonesboro, AR 72401

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Health E Galaxy, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.407** Nonpriority creditor's name and mailing address

Francine  Bruder
6130 Rothbury St
Portage, MI 49024

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.408** Nonpriority creditor's name and mailing address

Frank  Starvaggi
345 West 58 Street
New York, NY 10019

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.409** Nonpriority creditor's name and mailing address

Frank  Kennedy
1824 Baihly Hills Drive, SW
Rochester, MN 55902

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.410** Nonpriority creditor's name and mailing address

Frank  Lovell
SMB Radiology
12478 Preservation Drive
Gulfport, MS 39503

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.411** Nonpriority creditor's name and mailing address

Frank Kennedy
1824 Baihly Hills Drive, SW
Rochester, MN 55902

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.412** Nonpriority creditor's name and mailing address

Franklin  Grauzer
265 Hillsboro Pl
Nashville, TN 37215

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.413** Nonpriority creditor's name and mailing address

Frazier King
1229 W Shingle Mill Road
Sandpoint, ID 83864

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.414** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Fred  Lindberg
560 Timberwood
Thousand Oaks, CA 91360

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.415** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Fred Greensite
18 Lyon
Newport Coast, CA 92657

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.416** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Fred White
2125 Pine Street
Abilene, TX 79601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.417** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Frederick Memorial Hospital
400 W. 7th St.
ATTN: LUCY KOSCIELNIAK
Frederick, MD 21701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.418** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Furkhan  Kachhawala
300 Humar Street Apt 5
West Bend, WI 53095

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.419** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

G. Andrew  Spencer
7600 Seven Gables St
Terre Haute, AL 47802

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.420** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Gabriel  Radu
4237 richmond ave
staten island, NY 12831

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Gagan  Pawar
Clinicas del Camino Real
1660 Glider Ct
Thousand Oaks, CA 91320

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Gail  Hacker
1003 Elkay Dr
Eugene, OR 97404

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Gamaliel  Rodriguez-Herrera
1419 Saint Gabrielle Lane #4008
Weston, FL 33326

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Garland  Gossett
1315 St. Joseph Parkway
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Garvin Murray
7963 Eagle Ranch Road
Port Collins, CO 80528

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Gary  Press
1804 Garnet Avenue
Suite 454
San Diego, CA 92109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Gayatri  Kuraganti
2037 S Main street
Moultrie, GA 31768

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.428**

**Nonpriority creditor's name and mailing address**

Geeta  Jain
6240 Linway Terrace
Mclean, VA 22101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.429**

**Nonpriority creditor's name and mailing address**

Geeta  Katwa
401 Mary Beth Drive
Greenville, NC 27858

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.430**

**Nonpriority creditor's name and mailing address**

Geisinger Medical Center
100 N. Academy Ave
ATTN: SUSAN ROBISHAW
Danville, PA 17822

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.431**

**Nonpriority creditor's name and mailing address**

Gemma  Lim
38902 Scenic View Dr
Sartell, MN 56377

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.432**

**Nonpriority creditor's name and mailing address**

Geoffrey  Geiger
777 South Broad Street, Ste. 407
PHILADELPHIA, PA 19147

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.433**

**Nonpriority creditor's name and mailing address**

George  Hanna
1718 Peppervine Way
Sugarland, TX 77479

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.434**

**Nonpriority creditor's name and mailing address**

Gerald Ho
750 21st ST, #C
Santa Monica, CA 90402

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.435**

**Nonpriority creditor's name and mailing address**
Geri  Maas
526 Lake Ave
Webster Groves, MO 63119

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.436**

**Nonpriority creditor's name and mailing address**
GESNER TORCHON
1709 Whittling Court
Fort Myers, FL 33901

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.437**

**Nonpriority creditor's name and mailing address**
Ghanem  Almounajed
5059 Villa Linde Pkw
Ste 28
Flint, MI 48532

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.438**

**Nonpriority creditor's name and mailing address**
Ginas Stafford
215 S Scott St
New Orleans, LA 70119

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.439**

**Nonpriority creditor's name and mailing address**
Gino  Mongelluzzo
213 W 3rd Street
Bloomsburg, PA 17815

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.440**

**Nonpriority creditor's name and mailing address**
Godson  Asamoa
222 Stone Fence Road
West Chester, PA 19382

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.441**

**Nonpriority creditor's name and mailing address**
Greenville Memorial Medical Center
701 Grove Road
ATTN: FAY TOWELL
Greenville, SC 29605

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

Debtor    Health E Galaxy, LLC
_____    Case number (if known)    _____
Name

| 3.442 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Gregory  Bombassei
Dartmouth Endocrinology, LLC
40 Dale Road
Suite 202
Avon, CT 06001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Gregory  Cammell
7046 Riverwood Lane
Grand Rapids, MI 49546

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Gregory  Czarnecki
41 Baldwin Lane
Glastonbury, CT 06033

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Gregory  Huff
26 Morning Grove Drive
Jackson, TN 38305

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.446 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Guadalupe  Rengifo
Hernando Giraldo MD PA
200 East Hallendale Beach Boulevard
Hallendale, FL 33009

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Guli  Khan
2 Abate Drive
Millstone Township, NJ 08510

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Guy Wheeler
922 Millercrest Drive
Johnson City, TN 37604

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.449** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Gwen  Nazarian
21115 Christmas Lane
Excelsior, MN 55331

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.450** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Halyna Kuzyshyn
121 Old Orchard Rd
Cherry Hill, NJ 08003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.451** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Hamid  Kiabayan
10404 Wetherburn Road
Woodstock, MD 21163

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.452** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Hana Hulinska
22 Westwood Drive
Easton, CT 06612

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.453** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Hani  Sharkey
300 3rd street
Apt 801
San Francisco, CA 94107

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.454** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Harchetan  Sandhu
3244 Hudson ave
Chico, CA 95973

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.455** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Harini  Jalagani
3432 Woodshire  Crossing
marietta, GA 30066

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.456** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
--- | --- | --- | ---

Harold  Tice
2926 Judith Drive
Merrick, NY 01156

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.457** **Nonpriority creditor's name and mailing address**

Harpinder  Ajmani
9119 Kostner
Skokie, IL 60076

**As of the petition filing date, the claim is:** *Check all that apply.*    Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.458** **Nonpriority creditor's name and mailing address**

Harry  Bray
2304 NE 27th Ave
Portland, OR 97212

**As of the petition filing date, the claim is:** *Check all that apply.*    Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.459** **Nonpriority creditor's name and mailing address**

Harsha  Aramada
5946 Dorothy Bolton Court
Alexandria, VA 22310

**As of the petition filing date, the claim is:** *Check all that apply.*    Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.460** **Nonpriority creditor's name and mailing address**

Hasmukh  Prajapati
6296 108th Ave N
None
Pinellas Park, FL 33782

**As of the petition filing date, the claim is:** *Check all that apply.*    Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.461** **Nonpriority creditor's name and mailing address**

Heather  Finke
3989 Orangewood Dr
Orange Village, OH 44122

**As of the petition filing date, the claim is:** *Check all that apply.*    Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.462** **Nonpriority creditor's name and mailing address**

Heather  Schwemm
184 Ridge Road
Portland, ME 04103

**As of the petition filing date, the claim is:** *Check all that apply.*    Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.463** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Heather Gerst
295 Alaina Drive
Loganton, PA 17747

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.464** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Heather Goodwill
23626 W 92nd Ter
Lenexa, KS 66227

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.465** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Heidi Schneider
3680 Southwood
Tyler, TX 75707

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.466** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Helen  Han
21 Carriage Lane
Marlborough, CT 06447

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.467** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Helen  Reyes
5354 Serenade Lane
Stockton, CA 95207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.468** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Helena Choi
182 Sunbrook Dr.
Chambersburg, PA 17201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.469** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Henri  Godbold
28694 CastleGate Drive
Southfield, MI 48034

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Health E Galaxy, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.470**

**Nonpriority creditor's name and mailing address**
Henry  Bobeck
1406 Alberdeen Road
Mountain Top, PA 18707

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.471**

**Nonpriority creditor's name and mailing address**
Henry Davis
7200 Meadow Ridge Drive
Terre Haute, IN 47802

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.472**

**Nonpriority creditor's name and mailing address**
Henry Mayo Newhall Memorial
23845  McBean Pkwy
ATTN: GLENDA SCHNEIDER
Valencia, CA 91355

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.473**

**Nonpriority creditor's name and mailing address**
Henry Steven  Lawrence
1641 Stonington Drive
Hudson, OH 44236-1238

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.474**

**Nonpriority creditor's name and mailing address**
Herman  Branson
14617 Notley Road
Silver Spring, MD 20905-5833

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.475**

**Nonpriority creditor's name and mailing address**
Himabindu  Reddy
5044 Prestwick
Marion, IN 46953

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.476**

**Nonpriority creditor's name and mailing address**
Hinda  Greene
3640 Lakeview Dr
Sebring, FL 33870

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | |
|---|---|---|
| | Name | |
| | | Case number *(if known)* |

---

**3.477** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Hong  Mei
283 Simon Willard Rd
Concord, MA 01742

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.478** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Houston Northwest Medical Center
710 FM 1960 RD., West
Library, ATTN: MARILY HOU
Houston, TX 77090

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.479** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Howard  Schertzinger
720 Miamiview Court
Loveland, OH 45140

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.480** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Hugh McGrath
4708 Haring Court
Metairie, LA 70006

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.481** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Hui  Peng
5100 Glow Haven Way
Perry Hall, MD 21128

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.482** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Hui  Zhao
13357 E Cochise Road
Scottsdale, AZ 85259

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.483** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Huron Gastro
John Walsh
5300 Elliott Dr.
Ypsilanti, MI 48188

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Health E Galaxy, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.484** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Hussaina  Saria
9500 Osuna Road NE APT. 623
Albuquerque, TX 87111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.485** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Iftequar  Ahmed
Capital Internal Medicine & Geriatrics P
3225 Blue Ridge Road, Suite 113
Raleigh, NC 27612-8060

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.486** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Ihsan  Mamoun
2028 Sperrys Forge Trail
Westlake, OH 44145

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.487** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Imanual  Somers-Dehaney
3374 Douglas Drive
Binghamton, NY 13903

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.488** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Ingrid Tseng
309 Old Larkspur Way
Chapel Hill, NC 27516

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.489** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

INTERNAL MEDICINE ASSOCIATES
Allison LIPSEY
1301 KENSINGTON LAKE DRIVE
EASLEY, SC 29642

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.490** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Ion Ratiu
2200 Park Bend Dr
BLDG 3-300
Austin, TX 78758

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.491 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Irene  Flatau
8 Foxhall Drive
Saratoga Springs, NY 12866

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Iris Bonilla-Yoon
1 John Benson Road
Lexington, MA 02420

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Irphan Gaslightwala
2045 Sandy Dr
State College, PA 16803

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Israel Orija
2145 Millennium Way NE
Atlanta, GA 30319

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Issam   Cheikh
1401 Autumn Leaf Rd
Towson, MD 21286

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Iwan Tjauw
18924 Saddle River Dr
edmond, OK 73012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

J Tyler  Rogers
4225 Gunston Hall
New Albany, OH 43054

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Health E Galaxy, LLC | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

---

| 3.498 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

J. Michael  Metts
3200 Grand Avenue
Des Moines, IA 50312-4198

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Jacqueline  Fischer
One Illini Drive
Peoria, IL 61605

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Jacqueline  Salazar
16241 Biscayne Blvd
North Miami Beach, FL 33160

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Jacqueline Johnson
931 Hinkle Creek Road
Sutherlin, OR 97479

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

JAIME  RUIZ-MONTERO
2226 COOK CT
SCHERERVILLE, IN 46375

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Jake  Westerberg
9806 Sherman Avenue
Lubbock, TX 79423

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Jalal Mukhtar
112 MEADOW RIDGE DR
APT 18
HERMON, ME 04401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.505** | **Nonpriority creditor's name and mailing address**
James  Applebury
3126 Oak Road Apt 424
Walnut Creek, CA 94597

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.506** | **Nonpriority creditor's name and mailing address**
James  Frisbie
8304 Highwood Dr
Bloomington, MN 55438

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.507** | **Nonpriority creditor's name and mailing address**
James  Goske
471 N Cleveland Massillon Rd
Akron, OH 44333

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.508** | **Nonpriority creditor's name and mailing address**
James  Hellerman
PMHC
841 Fairfield Court
Yorktown Heights, NY 10598

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.509** | **Nonpriority creditor's name and mailing address**
James  Hess
141 Roxbury Rd
Garden City, NY 11530

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.510** | **Nonpriority creditor's name and mailing address**
James  Kohlroser
45 Half Hollow Road
Commack, NY 11725

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.511** | **Nonpriority creditor's name and mailing address**
James  Lam
310 Cornell Dr. SE
Albuquerque, NM 87106

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.512** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

James Ragland
2966 Domino Drive
Bismarck, ND 58503

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.513** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

James Britt
113 Christopher Drive
Clayton, NC 27520

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.514** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

James Coleman
25429 Spindle Lane
Daphne, AL 36526

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.515** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

James Kessler
50 Appletree Lane
Roslyn, NY 11576

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.516** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

James Thomas
482 Church Road
Albany, NY 12203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.517** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Jamin Feng
510 Riverbottom
Ellensburg, WA 98926

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.518** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Jan Davis
1000 Health Center Drive
Mattoon, IL 61938

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.519** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Jane  Cooper
233 Patton Drive
Cheshire, CT 06410

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.520** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Jane  Derrig
126 Nansemond Pointe Drive
Suffolk, VA 23435

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.521** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Jane  Hernandez-Ing
46-162 Nahiku Place
Kaneohe, HI 96744

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.522** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Janice  Koval
2841 Debarr Rd Ste 50
Anchorage, AK 99501

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.523** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Jason  Schafer
65 War Trophy Lane
Media, PA 19063

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.524** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Jason Brucker
4610 Center Blvd
Apt 618
Long Island City, NY 11109

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.525** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Jawad  Bhatti
14631 Charter Walk Ct
Midlothian, VA 23114

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Health E Galaxy, LLC | | |
|---|---|---|---|
| | Name | Case number (if known) | |

---

**3.526**

**Nonpriority creditor's name and mailing address**

Jay Patel
15 Redwing Drive
Bridgewater, MA 02324

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.527**

**Nonpriority creditor's name and mailing address**

Jayshree  Dhali
4305 N. Kolmar Ave.
Chicago, IL 60641-1949

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.528**

**Nonpriority creditor's name and mailing address**

Jean  Mancini
245 JAYBIRD CT
BRISTOL, TN 37620-5855

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.529**

**Nonpriority creditor's name and mailing address**

Jeff  McPherson
2447 S. Plumthicket Ct
Andover, KS 67002

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.530**

**Nonpriority creditor's name and mailing address**

Jeff Fong
2691 17th Avenue
san francisco, CA 94116

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.531**

**Nonpriority creditor's name and mailing address**

Jeff Neher
AGMC PPG
23 Blackberry Dr.
Hudson, OH 44236

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.532**

**Nonpriority creditor's name and mailing address**

Jeffrey  DeSanto
Central Illinois Radiological Associates
4319 W Deermeadow Drive
Peoria, IL 61615

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Health E Galaxy, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.533** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Jeffrey  Feinstein
8018 Winter Park
San Antonio, TX 78250

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.534** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Jeffrey  Lynds
21 Glover Rd
Rumford, ME 04276

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.535** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Jeffrey  Sodergren
14103 Windy Creek
Helotes, TX 78023

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.536** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Jeffrey  Sweet
3100 W. Touhy Ave
Apt 1
CHICAGO, IL 60645

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.537** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Jenine  Vecchio
109 Lincoln Lane
Berlin, NJ 08009

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.538** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Jennifer  Jacobs
2495 Main Street
Ste 230
Buffalo, NY 14214

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.539** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Jennifer  Pulliam
5364 Stoneybrook Drive
Broomfield, CO 80020

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.540** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Jennifer  Calagan
9420 Dantel Dr
New Port Richey, FL 34654

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.541** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Jennifer  Carter
10851 Parkgate Dr
Nokesville, VA 20181

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.542** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Jennifer  Holst
5427 Fair Oaks Street
Pittsburgh, PA 15217

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.543** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Jennifer  Pedersen White
2218 Kings Way
Augusta,, GA 30904

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.544** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Jennifer  Vacca
7870 E 29th Ave
Denver, CO 80238

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.545** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Jennifer Jacob
Advanced Educational Products
2495 Main Street
Ste 230
Buffalo, NY 14214

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.546** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Jennifer Roost
619 Cotton St
Menlo Park, CA 94025-5606

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.547 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Jennifer Schwarz
333 East 46th Street
Apt 5E
New York, NY 10017

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Jerry  Goldberg
1000 N. Oak Avenue
Marshfield, WI 54449

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Jerry Kosowksky
18700 North 64 Drive Ste 301
Glendale, AZ 85308

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Jesse  Rael
1716 Proctor Drive
Santa Rosa, CA 95404

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Jessica  Jenkins
University of Missouri-Columbia
One Hospital Dr.
DC043.00
Columbia, MO 65212

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Jessica Chapman
23 Winthrop Ave
Albany, NY 12203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Jessica Cozzens
2675 Central Ave
Billings, MT 59102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Health E Galaxy, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.554**

**Nonpriority creditor's name and mailing address**

JESSICA DIORIO
11A OAK ST., APT 5
WEEHAWKEN, NJ 07086

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,231.25

---

**3.555**

**Nonpriority creditor's name and mailing address**

Jill  Fallon
71 Addison Drive
Basking Ridge, NJ 07920

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.556**

**Nonpriority creditor's name and mailing address**

Jill Gibson
2595 Mckay Landing Pkwy
Broomfield, CO 80023

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.557**

**Nonpriority creditor's name and mailing address**

Jillian  Boroniec
639 W Melrose St
Unit 1s
Chicago, IL 60657

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.558**

**Nonpriority creditor's name and mailing address**

Jillian  Klaucke
GBMC
6535 N Charles St Suite PPN 100
Baltimore, MD 21204

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.559**

**Nonpriority creditor's name and mailing address**

Jim  Whitehurst
349 Bloombridge Way NW
Marietta, GA 30066

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.560**

**Nonpriority creditor's name and mailing address**

Jim Gore
2101 Key Drive
Brentwood, TN 37027

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.561** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Jim Smick
N1075 Summer Breeze Lane
Greenville, WI 54942

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.562** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Jinny Baker
772 Rangewood Road
Piney Flats, TN 37686

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.563** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Joan  Bailey
2200 N. 3rd Street
Phoenix, AZ 85004

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.564** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

JoAnne  Kriege
7679 Greenwood Road
Verona, WI 53593

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.565** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Jodi Shields
141 Biscayne Avenue
Tampa, FL 33606

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.566** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Jody  Kerr
551 Suwanee Circle
Tampa, FL 33606

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.567** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Joe Kenney
6442 Woodbine Avenue
Philadelphia, PA 19151

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Health E Galaxy, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Joel Clarfield
11550 Indian Hills rd
ste 200
Mission Hills, CA 91345

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Joel Mabalot
106 Silkwood Turn
Yorktown, VA 23693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Joel Smith
16520 Ashworth Avenue North
Shoreline, WA 98133

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

John  Lavery
997 Raintree Circle St  120
Allen, TX 75013

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

John  Arrington
6334 W Maclaurin Drive
Tampa, FL 33647

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

John  Bies
1120 Professional Blvd
Evansville, IN 47714

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

John  Cranwell
3056 Newton Street
Denver, CO 80211

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.575** | **Nonpriority creditor's name and mailing address**

John  Croghan
255 Melrose Avenue
Kenilworth, IL 60043

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.576** | **Nonpriority creditor's name and mailing address**

John  Franzese
396 Main Street
Chatham, NJ 07928

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.577** | **Nonpriority creditor's name and mailing address**

John  Gowans
1517 Treybrooke circle
greenville, NC 27834

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.578** | **Nonpriority creditor's name and mailing address**

John  Hurley
601 N 30th Street
Omaha, NE 68131

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.579** | **Nonpriority creditor's name and mailing address**

John  Jaworsky
320 E 46 St.
Apt. 4C
New York, NY 10017

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.580** | **Nonpriority creditor's name and mailing address**

John  Mathews
151 McGowan Court
Hot Springs, AR 71913

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.581** | **Nonpriority creditor's name and mailing address**

John  O'Neill
171 Lovers Lane
Ancaster, ON L9g1g9

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.582 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

John  Podgore
6516 Meadow Haven
Fort Worth, TX 76132

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

John  Strong
1547 Morgan Street
Wooster, OH 44691

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

John  Trapp
1500 South 48th Street
Lincoln, NE 68506

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

John Andrew
8410 W Loop 335
Amarillo, TX 79119

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

John Arnett
Bassett Medical Center
One Atwell Road
Cooperstown, NY 13326

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

John D. Dingell VA Medical Center
Library (11R-EIM), ATTN: STEPHANIE CONAT
4646 John R St
Detroit, MI 48201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

John Dingell VA Medical Center
Khurshaid Alam
4648 Pond Run
Canton, MI 48188

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|--------|----------------------|------------------------|--|
| | Name | | |

---

**3.589** | **Nonpriority creditor's name and mailing address**

John Houk
529 Windings Court
Cincinnati, OH 45220

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.590** | **Nonpriority creditor's name and mailing address**

John Perl
2686 E Windsong Drive
Boise, ID 83712

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.591** | **Nonpriority creditor's name and mailing address**

John Sorgj
2491 Sawmill Road
Apt. 1108
Santa Fe, NM 87505

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.592** | **Nonpriority creditor's name and mailing address**

John Swisher
4353 Aylesbury Dr
Knoxville, TN 37918

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.593** | **Nonpriority creditor's name and mailing address**

John Wang
426 W 58th Street
New York, NY 10019

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.594** | **Nonpriority creditor's name and mailing address**

John-Paul D Jansen
8664 Forrest Dr
Highlands Ranch, CO 80126

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.595** | **Nonpriority creditor's name and mailing address**

Jolene Key
7733 Sandy Hollow Dr.  SE
Alto, MI 49302

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.596 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Jon  Hunsaker
3283 E. Washington Ave.
Gilbert, AZ 85234

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.597 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Jon  Udwadia
1115 Clint Court
Bogart, GA 30622

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.598 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Jonathan  Megerian
6 NANCYS WAY
LITTLETON, MA 01460

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.599 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Jonathan  Ponder
2520 Leyla Lane
College Station, TX 77845

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.600 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Jonathan  Schlosser
3 Chip Circle
Montebello, NY 10901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.601 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Jonathan  Singer
8400 E Prentice Ave
Suite 301
Greenwood Village, CO 80111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.602 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Jonathon  Kirsch
629 Birch Point Drive
Stevens Point, WI 54481

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor    Health E Galaxy, LLC
_____
Name                                    Case number (if known) _____

| | | |
|---|---|---|
| 3.603 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

3.603

**Nonpriority creditor's name and mailing address**
Jonida  Cote
174 Kimberly Lane
Shavertown, PA 18708

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

3.604

**Nonpriority creditor's name and mailing address**
Jordan  Cohen
6002 E Exeter Blvd
Scottsdale, AZ 85251

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

3.605

**Nonpriority creditor's name and mailing address**
Jorge  Zamora
2601 Cornerstone Blvd
Edinburg, TX 78539

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

3.606

**Nonpriority creditor's name and mailing address**
Jorge Tobar
11200 RANDY ROAD
AUSTIN, TX 78726

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

3.607

**Nonpriority creditor's name and mailing address**
Jose  Aliling
2207 Avenel Blvd
North Wales, PA 19454

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

3.608

**Nonpriority creditor's name and mailing address**
Jose  Buenaseda
333 W Summerchase Dr
Fayetteville, NC 28311

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

3.609

**Nonpriority creditor's name and mailing address**
Jose  Lara
Bell Clinica familiar
4670 Gage Ave
Bell, CA 09020-1136

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Jose  Roldan
4511 Horizon Hill
San antonio, TX 78229

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Jose Nassar
P.O. Box 9132
Humacao, PR 00792

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Joselito Reyes
6 Sylvan Glen Court
Burr Ridge, IL 60527

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Joseph  Compton
2976 Arbor Hills Drive
Debuque, IA 52001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Joseph  Devich
1205 Delaware Street
White Oak, PA 15131

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Joseph  Kretschmar
401 Takoma Avenue
Greenville, TN 37743

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Joseph  Sarnelle
2 Hixon Terrace
Holmdel, NJ 07733

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Health E Galaxy, LLC
_____
Name

Case number *(if known)* _____

---

| 3.617 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Joseph Metes
62 WEBBER PL.
GROSSE POINTE, MI 48236

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.618 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Josheila  Crandall
450 Clarkson Ave
Room B6518
Brooklyn, NY 11203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.619 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Joshua  Aaron
6 Angelica Drive
Avondale, PA 19311

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.620 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Joshua A  Bemporad
122 North 36th Street
Allentown, PA 18104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.621 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Joy  Bhat
Rush Rehab
600 N McClurg Ct Apt 1412A
Chicago, IL 60611

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.622 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Julia Tang
609 Rye Ridge Road
Cary, NC 27519

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.623 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Julian  Nelson
311 Winterton Road
Bloomingburg, NY 12721

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.624**

**Nonpriority creditor's name and mailing address**

Julie Hildebrand
1809 Autumn Hill Dr
Verona, WI 53593

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.625**

**Nonpriority creditor's name and mailing address**

Julie Larson
620 Harang Ave
Metairie, LA 70001

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.626**

**Nonpriority creditor's name and mailing address**

Julie Reynolds
1500 Santa Rosa
Madison, TN 37115

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.627**

**Nonpriority creditor's name and mailing address**

Justin  Hata
21212 Fern Circle
Huntington Beach, CA 92646

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.628**

**Nonpriority creditor's name and mailing address**

Justin Costello
100 North Santa Rosa
PH 23
San Antonio, TX 78207

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.629**

**Nonpriority creditor's name and mailing address**

Justo  Sierra
1701 Arch Street
Apt 1106
Philiadelphia, PA 19103

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.630**

**Nonpriority creditor's name and mailing address**

Justyna Watkowska
26 Lily Pond Lane
Katonah, NY 10536

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.631 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Jyothsna  Palla
6420 Double Eagle Drive
Unit 904
woodridge, IL 60517

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Jyothsna Rayadurg
11593 Cedar Pass
Minnetonka, MN 55305

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Kaiser Permanente Downey
Cindy Runnels
9449 Imperial Highway
Medical Library
Downey, CA 90242

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Kara Petersen
3404 S Jesse James Circle
Sioux Falls, SD 57103

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Karen  Ephlin
1675 Prospect Road
Mountain Top, PA 18707

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Karen  Fraley
17566  Sanctuary Drive
Wayzata, MN 55391

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Karen  Galichon
10107 Mulholland Drive
Glen Allen, VA 23059

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.638**

**Nonpriority creditor's name and mailing address**
Karen Hippe
3545 Sunbright Ln
Raleigh, NC 27610

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.639**

**Nonpriority creditor's name and mailing address**
Karin  Antevil
3400 W. Landing Dr
Chesapeake, VA 23322

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.640**

**Nonpriority creditor's name and mailing address**
Kate  Pyzdrowski
6435 Virginia Drive
Excelsior, MN 55331

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.641**

**Nonpriority creditor's name and mailing address**
Katerina  Silverblatt
Heights Pediatrics
145 Henry Street
Suite 1 G
Brooklyn, NY 11201

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.642**

**Nonpriority creditor's name and mailing address**
Katherine  Buchanan
8530 Bluegate St
Houston, TX 77025

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.643**

**Nonpriority creditor's name and mailing address**
Katherine  Milroy
PO Box 20150
Stanford, CA 94309

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.644**

**Nonpriority creditor's name and mailing address**
Katherine  Morrison
Greenbrier Physicians
200 Maplewood Ave.
Ronceverte, WV 24970

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.645 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Katherine  Temprano
2106 Pinecreft Manor Lane
St. Louis, MO 63122

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Kathleen  McKinnon
3732 Lincoln
Bloomfield Hills, MI 48301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Kathleen Parks
747 Broadway
Seattle, WA 98122

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Kathryn  Baker
5520 Park Avenue
Suite 206
Trumbull, CT 06611

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Kathryn  Mosher
226 Treetop Spur
Copley, OH 44321

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.650 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Kathryn Hester
1001 North Waldorp Drive
Suite 601
Arlington, TX 76012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Kathy Joo
40700 California Oaks Rd.
Suite 208
Murrieta, CA 92562

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.652** | **Nonpriority creditor's name and mailing address**

Kathy Lynn
458 Hemlock Street
SUITE 201
Macon, GA 31201

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.653** | **Nonpriority creditor's name and mailing address**

Katrina  Natividad
795 Willow Road
Menlo Park, CA, CA 94025

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.654** | **Nonpriority creditor's name and mailing address**

Kaylund  Chan
1821 Shaddy Terrace
Fremont, CA 94539

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.655** | **Nonpriority creditor's name and mailing address**

Kean Ming  Wong
13 Coates Street
Morningside,  4170, NON US

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.656** | **Nonpriority creditor's name and mailing address**

Keith Atkins
62 Oakmont Place
JACKSON, TN 38305

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.657** | **Nonpriority creditor's name and mailing address**

Keith Lane
1338 Laird Ave
Salt Lake City, UT 84105

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.658** | **Nonpriority creditor's name and mailing address**

Keith Tonkin
1020 Island Drive
Memphis, TN 38103

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Health E Galaxy, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.659** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Kelly  Broderick
185 Crest Rd
Woodside, CA 94062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.660** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Kennedy McMullen
3159 Stratford Green Place
Avondale Estates, GA 30002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.661** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Kenneth  Gellman
3745 NW 89 Terrace
Hollywood, FL 33024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.662** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Kenneth  Lynch
1320 W Wesley Rd NW
Atlanta, GA 30327

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.663** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Kenneth  McIntyre
Hillsville Family Care Center
702 Pine Street
Hillsville, VA 24343

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.664** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Kenneth  Weiss
102 N Mill St
Apt 1206
Jackson, MS 39201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.665** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Kenneth Fox
34 Augusta Lane
Martinsburg, WV 25405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number *(if known)* | |
|--------|----------------------|--------------------------|--|
| | Name | | |

---

| 3.666 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Kenneth Gheen
5317 Mail Creek Lane
Fort Collins, CO 80525-3840

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.667 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Kenneth Hsu
2205 Park Gate Street
Bakersfield, CA 93311

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Kenneth Lee
160 E Artesia #140
Pomona, CA 91767

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Kenneth Zide
4470 Nautilus Drive
Miami Beach, FL 33140

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.670 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Kent Ta
16404 - 14th Dr SE
Mill Creek, WA 98012

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.671 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Kerren  Elder
3620 Chagford Ln
Fayetteville, NC 28306

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Kerry  Whitelock
107 Garret Way
Port Matilda, PA 16870

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Health E Galaxy, LLC
_____    Case number (if known) _____
Name

---

**3.673** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
Ketti  Awad
6527 Westchester Avenue
Houston, TX 77005

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.674** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
Kevin  Helvie
1101 Michigan Avenue
Logansport, IN 46947

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.675** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
Kevin Adams
2801 Martin Luther King Dr
Cleveland, OH 44104

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.676** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
Kevin Donnelly
2031 Alta Vista Drive
Vista, CA 92084

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.677** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
Khaldoun Alrayess
1654 east 2400 north
Layton, UT 84040

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.678** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
Khusro  Rashid
5234 Sagail Place
San Antonio, TX 78249

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.679** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
Kim Anderson
800 North A Street
Easley, SC 29640

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.680 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Kiran  Shah
5012 York Lane
Plano, TX 75093

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.681 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Kiran  Ubriani
8 Carteret Trail
Basking Ridge, NJ 07920

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.682 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Kiran Chava
80 Palmetto
Kenner, LA 70065

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.683 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Kiron  Thomas
11117 Torbay Dr
Bakersfield, CA 93311

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.684 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Kostas  Botsoglou
79 Pheasant Run Lane
Lancaster, NY 14086

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.685 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Kourosh  Adhami
5 Heather Hill Rd
Brookville, NY 11545

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.686 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Kristen  Hyland
10 Saxford Place
Durham, NC 27713

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.687** | **Nonpriority creditor's name and mailing address**
Kristen  Nagata
1624 Kamole St
Honolulu, HI 96821

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

Unknown

---

**3.688** | **Nonpriority creditor's name and mailing address**
Kristen Thomas
1012 Meadow Glen Rd
Middle River, MD 21220

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.689** | **Nonpriority creditor's name and mailing address**
Kurt  Kodroff
128 Willow Street
Apt 5C
Brooklyn, NY 11201

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.690** | **Nonpriority creditor's name and mailing address**
Kurt  Velguth
5716 15th Ave NE
Apt B
Seattle, WA 98105

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.691** | **Nonpriority creditor's name and mailing address**
L Brushing
8210 Walnut Hill Lane
Ste 20
Dallas, TX 75231

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.692** | **Nonpriority creditor's name and mailing address**
Laila Tabatabai
4899 Montrose Blvd, Apt. 1110
Houston, TX 77006

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.693** | **Nonpriority creditor's name and mailing address**
Larry  Harman
4920 Higel Avenue
Sarasota, FL 34242

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.694** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

LaToya  Wright
UTSW Medical Center
Dept. of Radiology
5323 Harry Hines Blvd
Dallas, TX 75390-9178

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.695** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Laura  Calili
6641 Taraval Drive
Indianapolis, IN 46260

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.696** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Laura  Durrett
5912 95th St.
Lubbock, TX 79424

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.697** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Laura  Hughes
1013 Lake Colony Lane
Birmingham, AL 35242

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.698** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Laura  Llinas Lux
2628 Honeysuckle Lane
Elmira, NY 14903

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.699** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Laureate Group
Suma Dronavalli
1300 Beech Valley Rd NE
Atlanta, GA 30306

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.700** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Lauren  Kirkpatrick
5905 Canaveral Dr
Columbia, MO 65201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Health E Galaxy, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.701** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Lauren  Ousley
215 Elmdale Ave
Akron, OH 44313

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.702** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Lauren Gray
444 NW Elks Drive
Corvallis, OR 97330

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.703** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Laurence Cambron
3912 Dogwood Place
Mount Vernon, WA 98274-8750

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.704** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Laurie  Bergstrom
1460 E. Paseo Pavon
Tucson, AZ 85718

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.705** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Laurie  Mathie
438 Crimson Drive
Pittsburgh, PA 15237

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.706** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Laurie Witts
3 Kings Row
North Reading, MA 01864

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.707** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Lavanya  Vuddagiri
2951 Audubon Circle
Davis, CA 95618

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.708** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Lawrence  Attia
350 West 58th Street
Ground Floor
New York, NY 10019

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.709** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Lawrence  Churchville
35 Fitchburg Road
Townsend, MA 01469

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.710** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Lawrence  Gaul
LWG Consulting
56 Edwards Village Blvd Suite 124
# 193
Edwards, CO 81632

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.711** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Lawrence Freitas
136 Davis Dive
North Wales, PA 19454

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.712** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Lawrence Solins
3837 Poplar Ave
Brooklyn, NY 11224

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.713** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Leanza Liu
14618 Lander Rd
Midlothian, VA 23113

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.714** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Lee  Kamstra
309 First Street NE
Orange City, IA 51041

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor    Health E Galaxy, LLC
_____
Name

Case number (if known)    _____

---

| 3.715 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Lee McHenry
550 N. UNIVERSITY BLVD
SUITE 1634
INDIANAPOLIS, IN 46202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Leisa  Batts
Department  of Endocrinology
Mailstop 628
Greenville, NC 27858-4353

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.717 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Lena  Bedri
1560 Graystone Drive
Tuscaloosa, AL 35406

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Leo Jeng
7016 BREMERTON DRIVE
DALLAS, TX 75252

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.719 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Lester  Duplechan
8200 Miami Road
Cincinnati, OH 45243

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.720 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Lester  Gerson
1616 Fountain View
#412
Houston, TX 77057

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.721 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Li Nichols
2004 Marsh Harbor Place
Wilmington, NC 28405

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.722** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Lily  Martorell
25736 via sarah
wildomar, CA 92595

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.723** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Lina  Leykina
28 May Place
Staten Island, NY 10312

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.724** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Linda  Archer
Eastern Virginia Medical School
358 Mowbray Arch, Ste. 203
PO Box 1980
Norfolk, VA 23501-1980

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.725** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Linda Deluxe
79-01 Broadway
Elmhurst, NY 11373

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.726** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Lisa  Aurand
17 Berkhire Court
Lebanon, NJ 08833

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.727** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Lisa  Britton
3701 41ST AVE SW
Seattle, WA 98116

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.728** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Lisa Jacob
9 West Library
1775 Dempster Street
Park Ridge, IL 60068

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.729 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Lisa Key
3014 Los Prados
St #300
San Mateo, CA 94403

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Lisa Lawson
515 E. Las Olas Blvd
6th Floor
Ft. Lauderdale, FL 33301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.731 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Lisa Mucciolo
1401 Avenue G
Danville, PA 17821

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.732 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Lois  Shuman
Indiana University Radiology
550 North University Blvd.
Indianapolis, IN 46202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Lourdes  Aponte
1302 Savannah Rd
Lewes,, DE 19958

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.734 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $877.50 |
|---|---|---|---|

LOWENSTEIN SANDLER, LLP
65 LIVINGSTON AVENUE,
ROSELAND, NJ 07068

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.735 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Ludie  Hernandez-Buck
2008 Timber Ln
Houston, TX 77521

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.736** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $908.50
---

Lushan, McCarthy & Goonan
PO Box 1604
Brookline, MA 02446

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.737** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Luz Alvarez
34 Lindberg Ave
Amsterdam, NY 12010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.738** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Luz Catherine  Tello
13007 Vandalia Drive
Rockville, MD 20853

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.739** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Madalene Greene
10401 Old Georgetown Rd
suite 305
Bethesda, MD 20814

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.740** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Madelyn  Rovira
Calle Falcon #65 Urb Montehiedra
San Juan, PR 00926

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.741** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Madhu  Mehta
8158 Winchcombe Drive
Dublin, OH 43016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.742** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Magee-Women's Hospital
300 Halket Street
Pittsburgh, PA 15213

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.743 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Maggie Che
377 Sandpiper Drive
Davis, CA 95616

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No □ Yes

---

| 3.744 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Mahendra Ghanta
6735 York Castle ct
Frisco, TX 75035

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No □ Yes

---

| 3.745 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Majid Khan
583 Reynard Ct.
Bloomfield Hills, MI 48304

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No □ Yes

---

| 3.746 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Manpreet Bhullar
7950 Ventnor Avenue
Margate City, NJ 08402

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No □ Yes

---

| 3.747 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Manuel Carrasco
801 Caprock Dr
Big Spring, TX 79720

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No □ Yes

---

| 3.748 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Manuel Lopez
35 Mineral Court
benson, NC 27504

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No □ Yes

---

| 3.749 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Marc Jouandet
52 Whispering Pines Drive
Ithaca, NY 14850

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No □ Yes

---

| Debtor | Health E Galaxy, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.750** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$351,484.00**

MARC KLEIN
45 POPHAM ROAD
APT 2 K
SCARSDALE, NY 10583

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.751** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$351,484.00**

Marc Klein
45 Popham Road, Apt. 2K
Scarsdale, NY 10583

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.752** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Marcos  Montagnini
3163 Asher Road
Ann Arbor, MI 48104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.753** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Margaret  Chapman
34 Stedman Street
Jamaica Plain, MA 02130

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.754** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Margaret Goodman
3900 N Camino Ojo De Agua
Tucson, AZ 85749

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.755** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Maria  Darland
1517 North Chambliss
Alexandria, VA 22312

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.756** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Maria  Patten
Maria Patten DO
163 Kuumele Place
Kailua, HI 96734

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com |

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.757** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Maria Cortez
6222 Cypress Circle
San Antonio, TX 78240

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.758** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Maria Garcia
12826 Lakeshore Dr
Clermont, FL 34711

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.759** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Maria Paliou
103 West 117th St
Apt PH
New York, NY 10026

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.760** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Maria Rivas
915 McCormick Dr
Lake Forest, IL 60045

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.761** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Mariam  Thomas
3933 Revere Ave
Los angeles, CA 90039

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.762** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Maricela  Gonzalez
12332 Morningside Lane
North Tustin, CA 92705

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.763** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Maridine Co
2519 Sage Drive
Green Bay, WI 54302

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    Health E Galaxy, LLC
_____
Name

Case number (if known) _____

| 3.764 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Marie  Culdwell
643 N Perrys Hollow Rd
Salt lake City, UT 84103

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.765 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Marie  Mahoney
North Shore Hospitalists
1551 cuttysark Cove
Slidell, LA 70458

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.766 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Marisabel  Bravo
Endocrinology Miami, PA
2516 SW 20th Street
Miami, FL 33145

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.767 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Marisha  Newton
17 Rainflower Path #203
Sparks, MD 21152

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.768 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Mark  Brinckman
5603 S Biloxi Way
Aurora, CO 80016

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.769 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Mark  Keegan
1152 Taro Lane SW
Rochester, MN 55902

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.770 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Mark  Sturgill
14407 Crescent Cove Drive
Louisville, KY 40291

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Health E Galaxy, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.771** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Mark  Tan
7 Old Wood Rd
Stony Brook, NY 11790

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.772** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Mark Grossnickle
167 Lake View Dr North
Macon, GA 31210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.773** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Mark Marzano
9140 The Lane
Naples, FL 34109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.774** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Mark Shelub
467 Lakeshore Drive
San Francisco, CA 94132

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.775** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Mark Stern
95 Maple Grove Lane
Springfield, IL 06712

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.776** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Marshaleen  Forsythe
717 Baker Court
Atlanta, GA 30349

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.777** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Marta  Moroldo
20 Cornwall Rd
Norwalk, CT 06850

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|--------|----------------------|------------------------|--|
| | Name | | |

| 3.778 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|-------------------------------------------------------------------|---------|

**3.778** | **Nonpriority creditor's name and mailing address**

Martha  Gonzalez
116 N. Brent St
Ventura, CA 93003

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.779** | **Nonpriority creditor's name and mailing address**

Martin  Morell
107 Stonebridge Ct
New Hartford, NY 13413

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.780** | **Nonpriority creditor's name and mailing address**

Marvin  Tam
6520 E Bar Z Ln
Paradise Valley, AZ 85253

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.781** | **Nonpriority creditor's name and mailing address**

Mary  Alizadeh
5811 Atlantic Blvd Unit 141
Jacksonville, FL 32207

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.782** | **Nonpriority creditor's name and mailing address**

Mary  Bryant
11201 Spyglass Hill Ln NE
Albuquerque, NM 87111

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.783** | **Nonpriority creditor's name and mailing address**

Mary Jane Oneill
85 Herrick St
Beverly, MA 01915

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.784** | **Nonpriority creditor's name and mailing address**

Mary Lathrop
132 Jeff Lane
Hummelstown, PA 17036

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.785 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Maryam  Mahmoodian
700 Cobblestone Blvd
Apt 107
Fredricksburg, VA 22401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Masoud  Shiehmorteza
10202 Trails End Cir
None
San Diego, CA 92126

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

MASSACHUSETTS GENERAL HOSP.,
NEURO. DIV.
55 FRUIT STREET
DEPT. OF NEURORADIOLOGY
ATTN: R. GILBERTO GONZALEZ, MD, PHD
BOSTON, MA 02114

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

---

| 3.788 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Massimo Pietropaolo
1611 Forest Trace Drive
Sugar Land, TX 77479

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Matthew  Draelos
200 North Bryant Avenue
Ste 100
Edmunds, OK 73034

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.790 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Matthew  Edel
5684 Furnace Rd.
Conneaut, OH 44030

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Matthew  Meyer
431 South Richard Street
Bedford, PA 15522

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Health E Galaxy, LLC
_____
Name

Case number (if known) _____

| 3.792 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Matthew Wood
23 Sunset Terrace
Asheville, NC 28801

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.793 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Matthew Leone
3 Pulsifer Avenue
Apt 1R
Yonkers, NY 10701

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.794 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Matthew Michaels
1501 Bright Rd
Findlay, OH 45840

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.795 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Matthew Nicholson
111 ABERDEEN DR
GREENVILLE, SC 29605

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.796 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Matthew Roh
12533 Cerromar Place
Fairfax, VA 22030

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.797 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Maureen Koops
1411 Tranquil Trail Drive
San Antonio, TX 78232

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.798 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

May Alattar
5263 Five fingers Way
Columbia, MD 21045

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.799 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Mayura Madani
2081 Babcock Drive
Troy, MI 48084

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.800 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $56.62 |
|---|---|---|---|

McCarthy, Burgess and Wolff
The MB & W Building
26000 Cannon Road
Cleveland, OH 44146

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  0619

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.801 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Meena  Mittal
22 Kew Gardens Road
Kew Gardens, NY 11415

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.802 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Meenakshi  Padmanabhan
19/738 Burke Road
Camberwell, Victoria , Australia   03124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.803 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Mehtap  Berkmen
333 Kai Malu Place
Kihei, HI 96753

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.804 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Mehwish Khan
39 Parsley
Savoy, IL 61874

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.805 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Melanie  Schorr
91 Sherman Street
Unit 3
Cambridge, MA 02140

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.806** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Melanie Chatterji
1755 Allerford Dr
Hanover, MD 21076

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.807** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Melinda   Ramsby
621 Huckleberry Hill Road
Avon, CT 06001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.808** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Melinda Ramsby
Farmington Valley Arthritis & Reumatolog
54 West Avon Road
Avon, CT 06001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.809** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Melissa Craig
12780 Bluebird St NW
Coon Rapids, MN 55448

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.810** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Melissa Ellis
710 Jefferson Ave
Apt 209
Cleveland, OH 44113

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.811** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Melissa Walsh
1065 North 15 East
Mountain Home, ID 83647

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.812** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Meltem  Zeytinoglu
33 W Ontario #42F
Chicago, IL 60654

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.813** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Melvin L. Butler
1003 Solomon Lane
Spring Hill, TN 37174

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.814** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Melvyn  Feliciano
4525 Altura PL NE
Albuquerque, NM 87110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.815** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Michael   Jacewicz
855 Monroe Ave Ste 415
Memphis, TN 38163

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.816** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Michael  Bagner
888 8th Avenue
3B
New york, NY 10019

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.817** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Michael  Barnidge
108 Savoy Dr
Monroe, LA 71203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.818** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Michael  Garovich
2320 Raven Drive
Sullivavs island, SC 29482

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.819** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Michael  Ginsburg
US Dept of Veterans affairs
2304 Wild Forest Circle
Lewisville, TX 75056

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.820**

**Nonpriority creditor's name and mailing address**

Michael  Irwig
1711 Willard St NW
Washington, DC 20009

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.821**

**Nonpriority creditor's name and mailing address**

Michael  Keleher
7004 santori Lane
Dublin, OH 43016

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.822**

**Nonpriority creditor's name and mailing address**

Michael  Marchese
4189 Waterbury Avenue
Bronx, NY 10465

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.823**

**Nonpriority creditor's name and mailing address**

Michael  Phillips
2440 Coventry Rd
Cleveland Heights, OH 44118

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.824**

**Nonpriority creditor's name and mailing address**

Michael  Reichel
201 E.19th St
Apt. 11E
New York, NY 10003

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.825**

**Nonpriority creditor's name and mailing address**

Michael  Ryan
13808 Professional Center Drive
Huntersville, NC 28269

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.826**

**Nonpriority creditor's name and mailing address**

Michael  Singer
MICHAEL SINGER MD PC
11 MOHEGAN DRIVE
CHAPPAQUA, NY 10514

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.827** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Michael  Szatkowski
6355 Drexel Road
Philadelphia, PA 19151

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.828** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Michael C  Lemieux
SVH
58 Cedar Village Place
Oakland, ME 04963

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.829** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Michael Decker
2307 SE 105th Ct
Vancouver, WA 98664

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.830** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Michael Grigsby
Brooke Army Medical Center
3551 Roger Brook Drive
San Antonio, TX 78234

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.831** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Michael Hein
2 Wake Robin Road
Ste 207
Lincoln, RI 02865

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.832** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Michael Koehler
University Hospitals Gastroenterology As
523 Manorbrook Drive
Chagrin Falls, OH 44022

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.833** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Michael Purcell
Geisinger Medical Center
140 16th Streeet
Northumberland, PA 17857

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.834** | **Nonpriority creditor's name and mailing address**
Michael Reardon
2479 Indian Laurel Road
Charlottesville, VA 22911

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.835** | **Nonpriority creditor's name and mailing address**
Micheal  Coffey
180 Kenton Rd.
Chagrin Falls, OH 44022

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.836** | **Nonpriority creditor's name and mailing address**
Michele  Test
100 Saint Mary's Medical Plaza
Jefferson City, MO 65109

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.837** | **Nonpriority creditor's name and mailing address**
Michelle  McCain
459 Corporate Drive
Houma, LA 70360

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.838** | **Nonpriority creditor's name and mailing address**
Michelle Agnew
16420 Alverno Dr
Brookfield, WI 53005

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.839** | **Nonpriority creditor's name and mailing address**
Michelle Haggar
29 Amathus Avenue
Myria Court Flat 31
Ayios Tychonas Limassol Cyprus, CYPRUS 0

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.840** | **Nonpriority creditor's name and mailing address**
Michelle Le
9154 Woodbridge Oak Terrace
Orlando, FL 32825

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.841** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
---

Miguel Jurado
225 Oakbend drive
Athens, GA 30606

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.842** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Mikael  Lagwinski
3277 E Louise Drive
Suite 350
Meridian, ID 83642

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.843** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Milene Sirio  Guirado
rua 115 qd43 lt222 setor sul
goiania  07408-5240

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.844** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Milind  Sinha
1019 Lexington Drive
Export, PA 15632

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.845** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Min Xu
7575 Cambridge street
3201
Houston, TX 77054

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.846** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Mingi  Choi
Somerset Orthopedic Associates
1 Robertson Drive
Suite 10
Bedminster, NJ 07921

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.847** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Mini  Balaji
12, Bernadette Circle
Monmouth Junction, NJ 08852

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | |

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.848**

**Nonpriority creditor's name and mailing address**

Mira  Jun
2316 Kendal Circle
College Station, TX 77845

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.849**

**Nonpriority creditor's name and mailing address**

Miriam  Greenberg
6750 170 Street
Fresh Meadow, NY 11365

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.850**

**Nonpriority creditor's name and mailing address**

Mitchell  Berner
1722 Brookshire Ave.
Tustin, CA 92780

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.851**

**Nonpriority creditor's name and mailing address**

Mitra Dastghby
821 A South King Street
Leesburg, VA 20175

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.852**

**Nonpriority creditor's name and mailing address**

Moges  Sisay
505 Sandalwood Drive
Evansville, IN 47715

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.853**

**Nonpriority creditor's name and mailing address**

Mohamad  Horani
3250 West Harrison
Chandler, AZ 85226

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.854**

**Nonpriority creditor's name and mailing address**

Mohammad  Alsawah
3992 Hollyhock Drive
West Bloomfield, MI 48322

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.855** | **Nonpriority creditor's name and mailing address**
Mohammad  Bahadori
14904 Jefferson Davis Highway
Suite 203
Woodbridge, VA 22191

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.856** | **Nonpriority creditor's name and mailing address**
Mohammad  Bhatti
1325 Blakely Lane
Modesto, CA 95356

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.857** | **Nonpriority creditor's name and mailing address**
Mohammed  Aldawish
Alrabwa P.box 261370
Riyadh   11342

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.858** | **Nonpriority creditor's name and mailing address**
Mona Shay
3109 Kennesaw Cir NW
Canton, OH 44708

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.859** | **Nonpriority creditor's name and mailing address**
Moses  Keng
5101 Canyon Gate Drive
Plano, TX 75093

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.860** | **Nonpriority creditor's name and mailing address**
Moumina  Airood
238 Silleck st
Clifton, NJ 07013

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.861** | **Nonpriority creditor's name and mailing address**
Moumina  Airood
238 Silleck St
Clifton, NJ 07013

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.862** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Mounir  Fertikh
1071 Celestial Street
Apt 1700
Cincinnati, OH 45202

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.863** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Muguel Fabrega
2910 Wickwood Dr.
Pearland, TX 77584

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.864** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Muhammad Imran
8504 East 99th Street
Kansas City, MO 64134

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.865** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Muni Tahzib
78 Jefferson Street # 5-J
Hoboken, NJ 07030

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.866** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Musaberk  Goksel
KCH
1314 Duncan Drive
Warsaw, IN 46580

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.867** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Mutahir  Abidi
11 Stayman Ct
Manalapan, NJ 07726

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.868** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Muthamma  Machimada
108 N Bennington Drive
Spartanburg, SC 29307

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|--------|----------------------|------------------------|--|
| | Name | | |

---

**3.869** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Myrvle L  Lindberg III
1914 Briarton Wells
San Antonio, TX 78254

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.870** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Nadeem  Ansari
292 Barrington Lane
Bourbonnais, IL 60914

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.871** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Nafisa  Kondru
1800 Highland Lane
Ashtabula, OH 44004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.872** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Naila  Ahmad
2501 E. Madison St. Apt. #304
Seattle, WA 98112

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.873** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Naji  Alamuddin
1352 South Street
Apt 300
Philadelphia, PA 19147

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.874** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Nam Le
100 Saint Regis Court
Brentwood, TN 37027

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.875** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Nancy  Bolanis
19 Pulsifer St.
Newton, MA 02460

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.876** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Nancy  Walker
2760 Century Blvd.
Wyomissing, PA 19610

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.877** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Nancy Batts
Department  of Endocrinology
Mailstop 628
Greenville, NC 27858-4353

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.878** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Nancy Morris
4107 Brittany Court
Pensacola, FL 32504

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.879** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Nancy Spates
1515 Lake Lansing Road
Ste C-2
Lansing, MI 48912

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.880** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Narandra  Bethina
25 Bacon St Unit 405
South Burlington, VT 05403

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.881** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Narayan Dharel
934 Jamerson Lane
Glen Allen, VA 23059

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.882** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Nargess  Kaviani
1042 Crabapple Dr
state college, PA 16801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.883 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Nasrin  Ashouian
104 Barton Drive
Spring City, PA 19475

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.884 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Natalya  Warner
2401 Cliffside Lane NW A-302
Gig Harbor, WA 98335

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.885 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Nathan   Balusik
4308 Drummond Rd
Toledo, OH 43613

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

National Library of Medicine
Bldg. 38 Room B1W10, ATTN: DAFFODIL
HAMI
8600 Rockville Pike
Bethesda, MD 20894

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.887 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Nauman  Qureshi
1700 Cordova Road
Germantown, TN 38138

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.888 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Naval Hospital
P O Box 555191
CREW'S/Medical Libraies, ATTN: LARRY MOO
Camp Pendleton, CA 92055

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.889 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Naval Medical Center San Diego
Library Services BLDG 5-2,  ATTN: MELISS
34800 BOB WILSON DRIVE
San Diego, CA 92134

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.890**

**Nonpriority creditor's name and mailing address**

Naveed  Iqbal
512 Dickson Hill Circle
West Columbia, SC 45208

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.891**

**Nonpriority creditor's name and mailing address**

Navid  Nouri
300 S Biscayne Bvld
Apt 3102
Miami, FL 33131

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.892**

**Nonpriority creditor's name and mailing address**

Navin  Barot
4640 W Beach blvd d3
Gulfparl, MS 39501

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.893**

**Nonpriority creditor's name and mailing address**

Nazih  Iskander
Metro Pain Clinic
21751 W 11 Mile Rd STE 215
Southfield, MI 48076

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.894**

**Nonpriority creditor's name and mailing address**

Neesha Amin
221 September Dr
Morgantown, WV 26508

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.895**

**Nonpriority creditor's name and mailing address**

New York Comprehensive Cardiology
Sanjeev Palta
112-01 Queens Blvd, #17 D
Forest Hills, NY 11375

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.896**

**Nonpriority creditor's name and mailing address**

New York Weill Cornell Medical Center
1300 York Avenue
UNIV SJ WOODS LIB/SERIALS DEPT, ATTN:
MA
New York, NY 10065

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.897** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown
Nicol  Gross
10903 New Hampshire Ave
Bldg 22 Room 4216
Silver Spring, MD 20993

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.898** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown
Nicole Davis
326 SE 45th Ave
portland, OR 97215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.899** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown
Nicole Klett
201 Woodleaf Dr
Chapel Hill, NC 27516

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.900** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown
Nija Mathew
90 Clent Road
Great Neck, NY 11021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.901** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown
Nikolas  Mata-Machado
100 East 14th street # 801
Chicago, IL 60605

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.902** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown
Niroshini  Yahampath
2141 Hanscom Drive
South Pasadena, CA 91030

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.903** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown
Nisrine  Atieh
361 Elmgrove ave
Providence, RI 02906

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.904** **Nonpriority creditor's name and mailing address**
Nitin  Sajnani
439 Golden Dr
Richland, WA 99352

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.905** **Nonpriority creditor's name and mailing address**
Nivmand  Khorrami-Arani
1527 Mulberry Lane
Comox, BC, Canada V9M 3S4

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.906** **Nonpriority creditor's name and mailing address**
Nobuyoshi  Minemura
Aobacho 4-1-1 Higashimurayama
Tokyo   00189-0002

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.907** **Nonpriority creditor's name and mailing address**
Noman  Saif
700 E Marshall Ave
Longview, TX 75601

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.908** **Nonpriority creditor's name and mailing address**
Noriko  Salamon
621 S Barrington Ave  203
Los Angeles, CA 90049

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.909** **Nonpriority creditor's name and mailing address**
Norma  Perez
2106 Coronet Blvd
Belmont, CA 94002

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.910** **Nonpriority creditor's name and mailing address**
Norman Rosen
1767 Glidden Court
San Diego, CA 92111

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    Health E Galaxy, LLC
_____
Name

Case number (if known)    _____

| | | |
|---|---|---|
| 3.911 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.911

**Nonpriority creditor's name and mailing address**
Nuzhat  Chalisa
2623 Rutland Road
Naperville, IL 60564

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.912

**Nonpriority creditor's name and mailing address**
NYU AMBULATORY CARE CENTER (303)
ATTN: MR. GEOFFREY HALL
240 EAST 38TH STREET, 15TH FLOOR
(RE: COURSE 2013, 303 PMR)
NEW YORK, NY 10016

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.913

**Nonpriority creditor's name and mailing address**
NYU AMBULATORY CARE CENTER (316)
ATTN: MR. GEOFFREY HALL
240 EAST 38TH STREET, 15TH FLOOR
(RE: COURSE 2015, 316 PMR)
NEW YORK, NY 10016

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.914

**Nonpriority creditor's name and mailing address**
NYU LANGONE MED  CENTER, DIV. OF
RHEUMAT
NYU HOSP. FOR JOINT DISEASES, ATTN:
JAME
301 EAST 17th STREET, Suite 1410
(RE: COURSE 2013, 302 RA)
NEW YORK, NY 10003

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.915

**Nonpriority creditor's name and mailing address**
NYU POST-GRAD. MED SCH DEPT OF CME
ATTN: DANIELLE MILBAUER
577 FIRST AVE, #117
(RE: COURSE 2015, 317 CARDIOLOGY)
NEW YORK, NY 10016

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.916

**Nonpriority creditor's name and mailing address**
NYU POST-GRAD. MED SCH DEPT OF CME
ATTN: DANIELLE MILBAUER
577 FIRST AVE, #117
(RE: COURSE 2015, 316 PMR)
NEW YORK, NY 10016

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor   Health E Galaxy, LLC
_____
Name

Case number (if known) _____

---

| 3.917 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

NYU POST-GRAD. MED SCH, DEPT OF CME
ATTN: DANIELLE MILBAUER
577 FIRST AVE, #117
(RE: COURSE 2015, 317 CARDIOLOGY
ROYALTY
NEW YORK, NY 10016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.918 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10,000.00 |
|---|---|---|---|

NYU POST-GRAD. MED SCH. DEPT OF CME
ATTN: DANIELLE MILBAUER
577 FIRST AVENUE, #117
(RE: COURSE 2013, 302 PMR)
NEW YORK, NY 10016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.919 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

NYU POST-GRAD. MED SCH. DEPT OF CME
ATTN: DANIELLE MILBAUER
577 FIRST AVENUE, #117
(RE: COURSE 2013, 303 PMR)
NEW YORK, NY 10016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.920 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

NYU POST-GRAD. MED SCH. DEPT OF CME
ATTN: DANIELLE MILBAUER
577 FIRST AVE, #117
(RE: COURSE 2013, 302 RA)
NEW YORK, NY 10003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.921 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Odette Mohamed-Santa
1105 Warren Drive
Marshall, TX 75672

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.922 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Okey  Nwozo
12547 Waterside Drive
Alpharetta, GA 30004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.923 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Olayinka Wilhelm
4528 Marshall Drive West
Vestal, NY 13850

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.924**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Olga Petrovic Henthorn<br>230 Linden Drive<br>Cincinnati, OH 45215 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.925**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Omar  Manlapaz<br>8181 El Mundo St, #3402<br>Houston, TX 77054 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.926**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Omayra M  Quijano Vega<br>6936 47th Way<br>Pinellas Park, FL 33781 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.927**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Ongkarn  Sarasombath<br>4211 Cherokee circle<br>Fort Smith, AR 72903 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.928**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Orsuville  Cabatu<br>17 Ampssler Way<br>Old Tappan, NJ 07675 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.929**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Osama Haikal<br>2136 E Desert Inn Road<br>Ste A<br>Las Vegas, NV 89169 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.930**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Osamah Elattar<br>2241 Cheswic Lane<br>Los Angeles, CA 90027 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.931** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Oscar  Ortiz
409 Primrose Dr.
Greensburg, PA 15601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.932** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Oscar  Ortiz
1163 Route 37 West Ste A1
Toms River, NJ 08755

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.933** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Paige Gault
3 Kings Grant Way
Simpsonville, SC 29681

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.934** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Palmdale Regional Hospital
38600 Medical Ctr. Dr.
ATTN: KRISTEN WEGG
Palmdale, CA 93551

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.935** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Pamela  Huffman-DeVaughn
105 West School House Lane
Philadelphia, PA 19144

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.936** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Pamela Phillips-Mann
2300 Rose Lane
Riverton, WY 82501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.937** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Panayiotis  Economides
9 Iona Nicolaou Street
Engomi Nicosia   02406

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.938** | **Nonpriority creditor's name and mailing address**
Parham  Ghavami
9021 Sandpoint Way NE
Seattle, WA 98115

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.939** | **Nonpriority creditor's name and mailing address**
Parveen  Qazi
30550 Forest Drive
Franklin, MI 48025

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.940** | **Nonpriority creditor's name and mailing address**
Patricia Martin
1759 Creekview Dr
Fogelsville, PA 18501

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.941** | **Nonpriority creditor's name and mailing address**
Patricia Wade
PO Box 823902
Pembroke Pines, FL 33082

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.942** | **Nonpriority creditor's name and mailing address**
Patrick  Reilly
3241 Seville Dr
Pensacola, FL 32503

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.943** | **Nonpriority creditor's name and mailing address**
Paul  Povanda
60 Frog Pond Road
Horseheads, NY 14845

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.944** | **Nonpriority creditor's name and mailing address**
Paul  Shieh
1602 Walton Way
Wall Township, NJ 07753

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.945** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Paul Bierman
Gastrointestinal Specialists
80 Humphrey's Center Dr.
Suite 200
Memphis, TN 38120

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.946** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $765,704.00

PAUL GERSH
100 WINSTON DRIVE
PH C S
CLIFFSIDE PARK, NJ 07010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Two notes:  $351,484.00 and $414,220.00

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.947** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Paul Reese
125 Fox Road
Unit 501
Waltham, MA 02451

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.948** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Pavankumar  Patel
1800 South Egret Bay Blvd
Apt 12106
League City, TX 77573

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.949** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Pedro  Corzo
60 Dogwood Avenue
Roslyn Harbor, NY 11576

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.950** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Peggy Byck
404 Herb River Drive
Savannah, GA 31406

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.951** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Penelope  Galbraith
215 Highbourne Ddr
Greenville, SC 29615

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Health E Galaxy, LLC
_____
Name

Case number (if known)    _____

---

| 3.952 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Petar  Otasevic
Stojana Protica 17
Serbia
Belgrade   11118

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.953 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Philip  Waller
12553 Gulf Freeway
Houston, TX 77034

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.954 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Philip Shalen
The PRS Group, PA
85 Maple Ridge Lane
Snowmass Village, CO 81615

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.955 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Phillip  Bonneaux
PO Box 21426
San Juan, PR 00928-1426

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.956 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Phillip  Kempf
1635 North George Mason Drive
Ste 220
Arlington, VA 22205

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.957 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Phillip  Pham
645 Davis Drive
Monroe, OH 45050

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.958 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Piotr  Sadej
1020 SIENA LN
VESTAL, NY 13850

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.959** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Poonam  Walia
5620 NE Canard Dr
Hillsboro, OR 97124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.960** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Pooya Hosseinzadeh
10791 North Kendell Drive
Ste B202
Miami, FL 33176

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.961** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Pragnesh  Patel
1164 Larch Ave
Moraga, CA 94556

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.962** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Prasad  Cherian
8 Glen Arden Road
Glenview, KY 40025

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.963** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $271.78

PRIME PRINTER SERVICES.
PO BOX 402
MANVILLE, NJ 30384-4351

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.964** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Pritesh Mutha
9309 Brightway Court
Henrico, VA 23294

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.965** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Priyan  Perera
661 Frank Blvd
Akron, OH 44320

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.966** | **Nonpriority creditor's name and mailing address**

Priyanka  Deb
30 Botticello Drive
Manchester, CT 06042

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.967** | **Nonpriority creditor's name and mailing address**

PROTON MEDIA
1690 SUMNEYTOWN PIKE
SUITE 140
LANSDALE, PA 19446

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$4,500.00

---

**3.968** | **Nonpriority creditor's name and mailing address**

Puja  Karanth
8556 Sw 76th place
Gainesvile, FL 32608

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.969** | **Nonpriority creditor's name and mailing address**

Punitha Shivaprasad
1374 Whitehorse Hamilton Square
2nd Floor
Hamilton, NJ 08690

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.970** | **Nonpriority creditor's name and mailing address**

Quentin   Johnson
605 Pradera Court
Pasco, WA 99301

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.971** | **Nonpriority creditor's name and mailing address**

Quynh  Le
5514 Ridgeview Dr Loop NE
Moses Lake, WA 98837

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.972** | **Nonpriority creditor's name and mailing address**

R. David  Shepard
4224 N Tampania Ave
Tampa, FL 33607

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.973** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Rachel Hopkins
210 Dewittshire Rd
Dewitt, NY 13214

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.974** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Rachel McKenney
1900 South Avenue
La Crosse, WI 54601-5467

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.975** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Radha  Peram
2244 Westfield ct
Lancaster, CA 93536

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.976** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Raghu  Srinivasan
450 A Tucker Drive
Maysville, KY 41056

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.977** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Rahil  Shah
208 Lac Segnette
Luling, LA 70070

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.978** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Rahmet  Muzaffer
608 Old Spring Drive
Bluefield, VA 24605

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.979** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Rajesh Sethi
500 S UNIVERSITY AVE, SUITE 105
LITTLE ROCK, AR 72205

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    Health E Galaxy, LLC
_____
Name

Case number *(if known)* _____

| 3.980 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Ram  Kapoor
39400 paseo pdrea pkwy
fremont, CA 94538

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.981 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Raman Kumar
2 Heather Lane
Muttontown, NY 11753

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.982 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Ramon  Moreda
526 Madeira Avenue
Coral Gables, FL 33134

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.983 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

RANDALL JAMES
5892 Losee Rd
ste 132-409
NORTH LAS VEGAS, NV 89081

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.984 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Randolph  Cordle
1206 Silver Arrow Court
Fort Mill, SC 29715

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.985 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Randy Horwitz
6801 N Table Mountain Rd
Tucson, AZ 85718

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.986 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Rani  Radhamma
6446 S Valley Brook CT
Springfield, MO 65810

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.987** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Ranjana  Nathan
2840 Carriage Way
West Linn, OR 97068

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.988** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Rashida  Mahmud
316 Shalimar Ct
Monroeville, PA 15146

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.989** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Raymond  Adams
325 Mount Arter Loop
Lander, WY 82520

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.990** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Raymond Thomas
5166 Bristol Road
Canandaigua, NY 14424

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.991** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Rebecca Moles
54 Acorn Road
Madison, CT 06443

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.992** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Red River Consultants
Daniel Hennigan
10911 Sanctuary
Shreveport, LA 71106

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.993** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Rekha Nugaram
12012 Player Court
Chester, VA 23836

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.994** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,765.34
---

RELIANCE STANDARD LIF INS CO
P.O. BOX 3124
SOUTHEASTERN, PA 19398-3124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.995** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
---

Renee Moenning
541 Clinical Drive
CL370
Indianapolis, IN 46202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.996** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
---

REORDAN DE JESUS
8501 SW 103RD AVE
GAINESVILLE, FL 32608

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.997** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
---

Resurrection Medical Center
7435 W. Talcott Ave.
Suite 470, ATTN: LAURA WIMMER
Chicago, IL 60631

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.998** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
---

Reuben Henderson
3918 huntrers ridge #4
lanisng, MI 48911

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.999** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
---

Ria Bardhan
90 Groveland Terrace
Minneapolis, MN 55403

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.100
0** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
---

Ricardo Puertas
Altamed Health Services
2402 Baltusrol Drive
Alhambra, CA 91803

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.100 1**

**Nonpriority creditor's name and mailing address**
Richard  Price
3202 Cedar Ridge Dr
Joplin, MO 64804

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.100 2**

**Nonpriority creditor's name and mailing address**
Richard  Sawyer
10 Peach Tree Path
Andover, MA 01810

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.100 3**

**Nonpriority creditor's name and mailing address**
Richard Haddad
2 Messenger Dr
Colts Neck, NJ 07722

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.100 4**

**Nonpriority creditor's name and mailing address**
Richard Hicks
Baystate Health Systems
122 Quinnehtuk Rd
Longmeadow, MA 01106-2940

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.100 5**

**Nonpriority creditor's name and mailing address**
Richard Jaskiewicz
11362 SW County Road
240
Lake City, FL 32024

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.100 6**

**Nonpriority creditor's name and mailing address**
Richard Jones Jr.
2903 Vicksburg Ave NW
Canton, OH 44708

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.100 7**

**Nonpriority creditor's name and mailing address**
Richard Mills
1820 Parkside Drive NW
Marietta, GA 30064

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

Debtor  Health E Galaxy, LLC
_____        Case number *(if known)* _____
        Name

| | | |
|---|---|---|
| **3.100 8** | | Unknown |

**Nonpriority creditor's name and mailing address**
Richard Swanson
5714-126th Ave
Fennville, MI 49408

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.100 9** | | Unknown |

**Nonpriority creditor's name and mailing address**
Rick Johnson
320Liberty St
Morris, IL 60450

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.101 0** | | Unknown |

**Nonpriority creditor's name and mailing address**
Rickin Shah
2765 Barclay Way
Ann Arbor, MI 48105

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.101 1** | | Unknown |

**Nonpriority creditor's name and mailing address**
Rita  Gidwaney
128 N. Oak Knoll Avenue
Unit 304
Pasadena, CA 91101

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.101 2** | | Unknown |

**Nonpriority creditor's name and mailing address**
Rita  Jain
3629 Imperata Dr
Rockledge, FL 32955

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.101 3** | | Unknown |

**Nonpriority creditor's name and mailing address**
Ritu Malik
181 Woodcliff Blvd
Morganville, NJ 07751

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.101 4** | | Unknown |

**Nonpriority creditor's name and mailing address**
Rizwan  Qureshi
11373 CORTEZ BLVD
SUITE 308
BROOKSVILLE, FL 34613

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.101
5**

**Nonpriority creditor's name and mailing address**

Robert  Biedermann
5621 Raven Horse Drive
Las Vegas, NV 89131

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.101
6**

**Nonpriority creditor's name and mailing address**

Robert  Borden
212 Greenfield Terrace
Ardmore, PA 19003

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.101
7**

**Nonpriority creditor's name and mailing address**

Robert  Lehmann
221A Kearsing Parkway
Monsey, NY 10952

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.101
8**

**Nonpriority creditor's name and mailing address**

Robert  Varney
1752 Wilstone Ave
Encinitas, CA 92024

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.101
9**

**Nonpriority creditor's name and mailing address**

Robert Hosage
ROBHOS
6315 S 68th Ave
Laveen, AZ 85339

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.102
0**

**Nonpriority creditor's name and mailing address**

Robert Hynd
13101 Water Rock Lane
Arcadia, OK 73007

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.102
1**

**Nonpriority creditor's name and mailing address**

Robert Jablonsky
4018 E HUNTINGTON BLVD
FRESNO, CA 93702

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.102
2**

**Nonpriority creditor's name and mailing address**

Robert Lefsrud
21 High Point Rd
Dellwood, MN 55110

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.102
3**

**Nonpriority creditor's name and mailing address**

Robert Martin
6113 Mossman Place, N.E.
Albuquerque, NM 87110

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.102
4**

**Nonpriority creditor's name and mailing address**

Robert Rilling
Lab Blding Room 216
9200 W Wisconsin Ave
Wauwatosa, WI 53226

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.102
5**

**Nonpriority creditor's name and mailing address**

Robert Thompson
78 Beacon Hill Drive
Apt 3A4
Dobbs Ferry, NY 10522

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.102
6**

**Nonpriority creditor's name and mailing address**

Robert Werner
1525 Shady Avenue
Pittsburgh, PA 15217

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.102
7**

**Nonpriority creditor's name and mailing address**

Roberto  Chuapoco Jr
8608 Mirada del sol Drive
Las Vegas, NV 89128

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.102
8**

**Nonpriority creditor's name and mailing address**

Robin Smith
UF Neurology
1149 Newell Drive, L3-100 MBI
Gainesville, FL 32611

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.102 9**

**Nonpriority creditor's name and mailing address**
Rod Michaels
1585 Liberty Street SE
Salem, OR 97302

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.103 0**

**Nonpriority creditor's name and mailing address**
Roderick  Fields
915 Camino del Salud MSC 10-5550
Albuquerque, NM 87131

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.103 1**

**Nonpriority creditor's name and mailing address**
Roderick  McCoy
170 Lincoln Street
Newton Highlands, MA 02461-1510

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.103 2**

**Nonpriority creditor's name and mailing address**
Rodney  Brunson
4 Dani Drive
Northfield, NJ 08225

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.103 3**

**Nonpriority creditor's name and mailing address**
Rodolfo  Galindo
2015 Hone ave
Bronx, NY 10461

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.103 4**

**Nonpriority creditor's name and mailing address**
Rohit Kedia
1319 N 113th Ct
Apt 6013
Omaha, NE 68154

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.103 5**

**Nonpriority creditor's name and mailing address**
Roland Chan
60 White Oak Run
Westport, MA 02790

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.103 6**

**Nonpriority creditor's name and mailing address**
Roman Raju
716 Willard Street
Houston, TX 77006

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.103 7**

**Nonpriority creditor's name and mailing address**
Romulo  Ortega
7702 N Alpine Road
Loves Park, IL 61111

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.103 8**

**Nonpriority creditor's name and mailing address**
Rosalie  Naglieri
10209 New Forest Court
Ellicott City, MD 21042

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.103 9**

**Nonpriority creditor's name and mailing address**
Rosana  Ayoub
3 Hummingbird Lane
Rolling Hills, CA 90274

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.104 0**

**Nonpriority creditor's name and mailing address**
Roy  Prashad
54 Commerce Drive
River Head, NY 11901

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.104 1**

**Nonpriority creditor's name and mailing address**
Roy Jonas
395 North Locust
Manteno, IL 60950

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.104 2**

**Nonpriority creditor's name and mailing address**
Rudy  Kink
1524 East Indian Wells Drive
Collierville, TN 38017

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.104 3**

**Nonpriority creditor's name and mailing address**

Russ Carter
7800 Southwest Pkwy, Unit 2020
Austin, TX 78735

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.104 4**

**Nonpriority creditor's name and mailing address**

Russell  Blinder
60 Powell St. Unit 2
Brookline, MA 02446

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.104 5**

**Nonpriority creditor's name and mailing address**

Ryan Bockelkamp
11218 Windsor Place Cir
Tampa, FL 33626

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.104 6**

**Nonpriority creditor's name and mailing address**

S Reddy
11954 Boyette Road
Riverview, FL 33569

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.104 7**

**Nonpriority creditor's name and mailing address**

S.P. Cooper & Company, LLP
1 Executive Boulevard, 4th Floor
Yonker, NY 10701

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,000.00

---

**3.104 8**

**Nonpriority creditor's name and mailing address**

Sabina  Bizzoco
2 Graham Court
Rye, NY 10580

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.104 9**

**Nonpriority creditor's name and mailing address**

Sadia Ashraf
19 TUMBLE ROAD
BEDFORD, NH 03110

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor    Health E Galaxy, LLC
_____     Case number (if known) _____
Name

---

**3.105 0**

**Nonpriority creditor's name and mailing address**
Sadri  Avsar
114 Mill Creek Road
Warrior, AL 35180

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.105 1**

**Nonpriority creditor's name and mailing address**
Saima Kamran
6712 Yellowstone Boulevard
Apt D18
Forest Hills, NY 11375

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.105 2**

**Nonpriority creditor's name and mailing address**
Saint Barnabas Medical Center
94 Old Short Hills Road
Health Sciences Library, ATTN: TRISHA RE
Livingston, NJ 07039

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.105 3**

**Nonpriority creditor's name and mailing address**
Saira  Qureshi
549 North 12 Street
New Hyde Park, NY 11040

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.105 4**

**Nonpriority creditor's name and mailing address**
Sajan Thomas
MacNeil Hospital
Internal Medicine Residency Program
3231 South Euclid Ste 203
Berwyn, IL 60402

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.105 5**

**Nonpriority creditor's name and mailing address**
Sajan Thomas
MacNeil Hospital
Internal Medicine Residency Program
3231 South Euclid Ste 203
Berwyn, IL 60402

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.105 6**

**Nonpriority creditor's name and mailing address**

Saket Prasad
1001 E. Second Street
Coudersport, PA 16915

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.105 7**

**Nonpriority creditor's name and mailing address**

Salam Yasser, MD
2569 Palmer Cir
Avon, OH 44011

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.105 8**

**Nonpriority creditor's name and mailing address**

SALEH  ALGHOFAILI
1766 CREEKSIDE ST
LONDON,  N5X 4L7, Canada

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.105 9**

**Nonpriority creditor's name and mailing address**

Sally  Watson
6649 Autumnwood Drive
Nashville, TN 37221

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.106 0**

**Nonpriority creditor's name and mailing address**

Sam  Samuel
8520 Stahley Road
East Amherst, NY 14051

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.106 1**

**Nonpriority creditor's name and mailing address**

Sam  Waits
102 Parkside Cove
Saltillo, MS 38866

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.106 2**

**Nonpriority creditor's name and mailing address**

Sam Burnett
8 KEYSTONE CIRCLE
ABBEVILLE, SC 29620

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor  Health E Galaxy, LLC
_____
Name

Case number *(if known)* _____

---

| 3.106 3 | |
|---|---|

**Nonpriority creditor's name and mailing address**

Samim  Enayat
6129 Residencia
Newport Beach, CA 92660

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.106 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**

Samina  Syed
2324 W Dickens Ave
Floor 2
Chicago, IL 60647

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.106 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**

Samir Ali
5312 cork drive
Muncie, IN 47304

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.106 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**

Samir Noujaim
4769 Riverchase Drive
Troy, MI 48098

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.106 7 | |
|---|---|

**Nonpriority creditor's name and mailing address**

Sandeep Patel
3303 TARRANT SPRINGS TRL
FORT WAYNE, IN 46804

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.106 8 | |
|---|---|

**Nonpriority creditor's name and mailing address**

Sandhya  Chhabra
2108 Piper Way
Keswick, VA 22947

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.106 9 | |
|---|---|

**Nonpriority creditor's name and mailing address**

Sandra Hoffmann
5000 Cedar Plaza Pkwy #220
St. Louis, MO 63128

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.107 0**

**Nonpriority creditor's name and mailing address**
Santa Rosa Memorial Hospital
1154 Montgomery Dr
MAIL STATION 1 WO4, ATTN: MARCIA B. ROSE
Santa Rosa, CA 95405

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.107 1**

**Nonpriority creditor's name and mailing address**
Santina Carminati Taddei
1050 E. Cullumber St.
Gilbert, AZ 85234

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.107 2**

**Nonpriority creditor's name and mailing address**
Sarada Jaimungel
15 Charles Plaza
Apt 22-05
Baltimore, MD 21201

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.107 3**

**Nonpriority creditor's name and mailing address**
Sarah Bushore
3 Turnberry Court
Arden, NC 28704

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.107 4**

**Nonpriority creditor's name and mailing address**
Sarah Cadman
310 Linden Ave
Burbank, CA 91506

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.107 5**

**Nonpriority creditor's name and mailing address**
Sarah Rettinger
10511 Wyton Drive
Los Angeles, CA 90024

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.107 6**

**Nonpriority creditor's name and mailing address**
Sarah Swarts
3389 NW Glenridge Drive
Corvallis, OR 97330

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|--------|----------------------|------------------------|---|
| | Name | | |

---

**3.107 7**

**Nonpriority creditor's name and mailing address**
Sarah  Wilhelm
5210 S Laurelhurst Ct
Spokane, WA 99223

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.107 8**

**Nonpriority creditor's name and mailing address**
Sarah Orrin
4621 westminster pl
st louis, MO 63108

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.107 9**

**Nonpriority creditor's name and mailing address**
Sarfaraz  Sadruddin
906 Delford Way
SUGAR LAND, TX 77479

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.108 0**

**Nonpriority creditor's name and mailing address**
Sarnia  Singh
4294 W Woods Edge Lane
Muncie, IN 47304

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.108 1**

**Nonpriority creditor's name and mailing address**
Scott  Birch
22667 Lakeview Dr
Springdale, AR 72764

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.108 2**

**Nonpriority creditor's name and mailing address**
Scott  Lnoeppel
18991 Crooked Lane
Lutz, FL 33548

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.108 3**

**Nonpriority creditor's name and mailing address**
Scott  Mirani
381 Cole Avenue
Providence, RI 02906

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.108 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Scott  Stollenwerk
347 Park Avenue
Pewaukee, WI 53072

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Scott  Trepeta
10 Coach Lane
Syosset, NY 11791

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Scott Anderson
875 Meadowridge Drive
Fairfield, CA 94534

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Scott Beech
231 Phosphor Ave
Metairie, LA 70005

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Scott Murray
561 Glen Oaks Dr
Marysville, OH 43040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Scott Ober
1777 Crestwood Road
Cleveland, OH 44124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,000.00 |
|---|---|---|---|

SCOUTNEWS, LLC
150 BROADHOLLOW RD.,  SUITE 302
MELVILLE, NY 11747

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.109 1**

**Nonpriority creditor's name and mailing address**

Se Young  Oh
406 Valley View Ave
Paramus, NJ 07652

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.109 2**

**Nonpriority creditor's name and mailing address**

Seamus Norton
608 St. George Street
Port Dover, ON N0A1N0

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.109 3**

**Nonpriority creditor's name and mailing address**

Sean  Meagher
5707 W. Forestwood Drive
Peoria, IL 61615

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.109 4**

**Nonpriority creditor's name and mailing address**

Seem a Maroo
2363 Heather Drive
Decatur, GA 30033

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.109 5**

**Nonpriority creditor's name and mailing address**

Seema  Amin
1071 Eagle Drive
Apartment 1406
Akron, OH 44312

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.109 6**

**Nonpriority creditor's name and mailing address**

Seong  Noh
1710 Kings North St
Eugene, OR 97401

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.109 7**

**Nonpriority creditor's name and mailing address**

Serena  Shi
535 Kelton Ave, Apt 7
Los Angeles, CA 90024

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.1098**

**Nonpriority creditor's name and mailing address**

Seth  Bokser
11 Meadow Ridge Drive
Corte Madera, CA 94925

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.1099**

**Nonpriority creditor's name and mailing address**

Shah Zaman
243 North Road
Suite 201 S
Poughkeepsie, NY 12601

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.1100**

**Nonpriority creditor's name and mailing address**

Shaista  Quddusi
Advanced Diabetes and Endocrine Care
700 S 320th St Ste D
Federal Way, WA 98003

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.1101**

**Nonpriority creditor's name and mailing address**

Shalini  Paturi
3236 Windsong
Rockford, IL 61114

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.1102**

**Nonpriority creditor's name and mailing address**

Shampa  Chatterjee
4 Littles Brook Ct, Apt-97
Burlington, MA 01803

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.1103**

**Nonpriority creditor's name and mailing address**

Shane   Backus
1755 Gerard Cir
Zanesville, OH 43701

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.1104**

**Nonpriority creditor's name and mailing address**

Shannon  Penland
25 Neil Acres RD
Laurel, MS 39443

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.110 5**

**Nonpriority creditor's name and mailing address**

Shari  Mintz
1 Indian Rd
Suite 8
Denville, NJ 07834

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.110 6**

**Nonpriority creditor's name and mailing address**

Sharon  Sternfeld
CPCMG
1546 Martingale Court
Carlsbad, CA 92011

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.110 7**

**Nonpriority creditor's name and mailing address**

SHARON  HINES
9000 ROCKVILLE PIKE
BLDG. 10 ROOM 6N216
BETHESDA, MD 20892

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.110 8**

**Nonpriority creditor's name and mailing address**

Sharon May
11702 Moeller Road
New Haven, IN 46774-9308

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.110 9**

**Nonpriority creditor's name and mailing address**

Sharp Memorial Hospital
7901 Frost St
ATTN: LAURA STUBBLEFIELD
San Diego, CA 92123

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.111 0**

**Nonpriority creditor's name and mailing address**

Shashi  Panozzo
P.O. Box 7291 Campus Avenue
Lewiston, ME 04243-7291

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.111 1**

**Nonpriority creditor's name and mailing address**

Shauna  Runchey
3810 E Wesley Ave
Denver, CO 80210

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Health E Galaxy, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.111**
**2**

**Nonpriority creditor's name and mailing address**
Shaunak Patel
9 Auspice Circle
Newark, DE 19711

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.111**
**3**

**Nonpriority creditor's name and mailing address**
Shaunak Patel
PO Box 5721
Newark, DE 19714

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.111**
**4**

**Nonpriority creditor's name and mailing address**
Shelly Kafka Kafka
PO Box 29
Clarksburg, WV 26323

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.111**
**5**

**Nonpriority creditor's name and mailing address**
Shelly Lazaro
1095 Whirlaway Drive
El Paso, TX 79936

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.111**
**6**

**Nonpriority creditor's name and mailing address**
Sherma Winchester-Penny
11 Mackellar Court
Peekskill, NY 10566

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.111**
**7**

**Nonpriority creditor's name and mailing address**
Sheryl Ramer Gesoff
Elmhurst Hospital Center
Health Sciences Library
79-01 Broadway Room D3-52
Elmhurst, NY 11373

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.111**
**8**

**Nonpriority creditor's name and mailing address**
Shine Kim
4210 Colden Street
Apt 420
Flushing, NY 11355

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.111 9**

**Nonpriority creditor's name and mailing address**

Shirin  Haddady
5 Folsoms Pond Road
Wayland, MA 01778

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.112 0**

**Nonpriority creditor's name and mailing address**

Shirin  Morad
12 Cottage Walk Circle
Beauford, SC 29907

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.112 1**

**Nonpriority creditor's name and mailing address**

Shironda Stewart
3302 Wilkerso Circle
Melvindale, MI 48122

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.112 2**

**Nonpriority creditor's name and mailing address**

Shivani  Choudhary
8492 Cranbrook drive
Grand Blanc, MI 48439

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.112 3**

**Nonpriority creditor's name and mailing address**

Shoshana Wind
269-10 Grand Central Parkway
Apt. 27A
Floral Park, NY 11005

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.112 4**

**Nonpriority creditor's name and mailing address**

Shubhi  Sehgal
19285 Edmonton Drive
Brookfield, WI 53045

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.112 5**

**Nonpriority creditor's name and mailing address**

Shyam  Garg
170 Howard Oak Drive
Macon, GA 31210

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.112 6**

**Nonpriority creditor's name and mailing address**

Siew  Peoh
196 East Emerson Road
Lexington, MA 02420

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.112 7**

**Nonpriority creditor's name and mailing address**

Signature B & B Companies
1 E. Lincoln Avenue
Valley Stream, NY 11580

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$542.00

---

**3.112 8**

**Nonpriority creditor's name and mailing address**

Simon Gabriel
1038 Berkeley Dr.
Marina del Rey, CA 90292

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.112 9**

**Nonpriority creditor's name and mailing address**

So-Young  Kim
80 Riverside Blvd APT
4P
New York, NY 10069

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.113 0**

**Nonpriority creditor's name and mailing address**

Sonya  Smoak
1434 Mohawk Dr
West Columbia, SC 29169

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.113 1**

**Nonpriority creditor's name and mailing address**

Sophia Grant
Litchfield County Pediatrics
20 Felicity Lane
Torrington, CT 06790

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.113 2**

**Nonpriority creditor's name and mailing address**

South Shore Hospital
8012 S. Crandon Ave.
ATTN: ALLISON ROBERTSON
Chicago, IL 60617

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor    Health E Galaxy, LLC
_____    Case number (if known) _____
Name

| 3.113 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Southern Illinois Univ. Schoolof Medical
801 North Rutledge St
P.O. Box 19625, ATTN: LORI THOMPSON
Springfield, IL 62794

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Sowmya  Suryanarayanan
2302 Hannah Way N
Dunedin, FL 34698

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Spencer Lowe
1501 Trousdale Drive, 3rd Floor
Burlingame, CA 94010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Spomenka  Jercinovic
708 Westshore Dr
Shorewood, IL 60404

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Sreenivas  Garla
30 Parkside Place apartment 516
Malden, MA 02148

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Srilakshmi  Rajsheker
Radiology Associates of Canton
Po Box 8030
Canton, OH 44711

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

St. Luke's Heath Network
Jonathan  Hosey
1503 Red Lane
Danville, PA 17821

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.114 0**

**Nonpriority creditor's name and mailing address**

Stefan Iorga
1111 Scenic Drive
Ada, OK 74820

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.114 1**

**Nonpriority creditor's name and mailing address**

STEILE HOLDINGS, LLC
STEVE MILLER
ONE LINDURA STREET
RANCHO MISSION VIEJO, CA 92694

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$117,161.00

---

**3.114 2**

**Nonpriority creditor's name and mailing address**

Stephanie Fritz
827 Crescent Springs Court
Valley Park, MO 63088

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.114 3**

**Nonpriority creditor's name and mailing address**

Stephanie Husen
3508 Partridge Rd
OKlahoma City, OK 73120

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.114 4**

**Nonpriority creditor's name and mailing address**

Stephanie Robertson
814 Tilden Street
Apt. A5J
Bronx, NY 10467

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.114 5**

**Nonpriority creditor's name and mailing address**

Stephen Kuehne
8851 116th Street
Clearlake, MN 55319

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.114 6**

**Nonpriority creditor's name and mailing address**

Stephen Pfeiffer
7424 W Cross Creek Trail
Brecksville, OH 44141

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.114 7**

**Nonpriority creditor's name and mailing address**

Stephen  Wrzesinski
48 Daniel St
Slingerlands, NY 12159

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.114 8**

**Nonpriority creditor's name and mailing address**

Stephen  Yoelson
52 Peck Road
Torrington, CT 06790

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.114 9**

**Nonpriority creditor's name and mailing address**

Stephen Hoye
2020 Palomino Lane, Suite 100
Las Vegas, NV 89106

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.115 0**

**Nonpriority creditor's name and mailing address**

STEPHEN STERN, ESQ
8 GINNY DRIVE
WOODCLIFF LAKE, NJ 07677

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$175,742.00

---

**3.115 1**

**Nonpriority creditor's name and mailing address**

Steve  Ahmed
Bigspring Pediatrics
1700 W FM700
Bigspring, TX 79720

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.115 2**

**Nonpriority creditor's name and mailing address**

Steven   Bergquist
10000 N Lake Shore DR
Mequon, WI 53092

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.115 3**

**Nonpriority creditor's name and mailing address**

Steven  Chua
8282 Cambridge #1302
Houston, TX 77054

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

Debtor   Health E Galaxy, LLC

_____
Name

Case number *(if known)* _____

| 3.115<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Steven Dorfman
58 49th Street
Sacramento, CA 95819

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Steven Jablonski
635 Broadway
Milton, PA 17847

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Steven Taylor
Gastro & Well Consult LLC
8 Christie Ln
Stratham, NH 03885

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Steven Zucker
125 hamlet drive
Mt.Sinai, NY 11766

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Sualeah  Ashraf
10671 Emerald Chase Drive
Orlando, FL 32836

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Subbarao Daggubati
1309 Hickory Street
Abilene, TX 79601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Subhash K. Shah MDSC
11413 Burr Oak Lane
Burr Ridge, IL 60527

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.116 1**

**Nonpriority creditor's name and mailing address**
Sudha  Yalamanchi
20 Glendale Ave
Hinsdale, IL 60521

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.116 2**

**Nonpriority creditor's name and mailing address**
Suhail  Hameed
3925 W Kimberly Ave
Greenfield, WI 53221

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.116 3**

**Nonpriority creditor's name and mailing address**
Sujana  Reddy
11949 Red Leaf Ct
Fort Myers, FL 33908

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.116 4**

**Nonpriority creditor's name and mailing address**
Sujani  Surakanti
35 Trewbridge Court
Princeton, NJ 08540

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.116 5**

**Nonpriority creditor's name and mailing address**
Sujata  Sarkar
1501 N Campbell Avenue
Tucson, AZ 85724

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.116 6**

**Nonpriority creditor's name and mailing address**
Sumeet  Bhinder
10400 Southport Glenn
Bakersfield, CA 93311

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.116 7**

**Nonpriority creditor's name and mailing address**
Sun Life Financial=001
P.O. Box 7247-0381
Philadelphia, PA 19170-0381

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,299.39

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.116 8**

**Nonpriority creditor's name and mailing address**

Sung  Pahng
21 Astor Place
#7C
New York, NY 10003

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.116 9**

**Nonpriority creditor's name and mailing address**

Sunil  Darbari
Cardiology Summerlin
784 Joshua Star CT
Las Vegas, NV 89138

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.117 0**

**Nonpriority creditor's name and mailing address**

Sunil  John
512 Wedgewood Court
Hinsdale, IL 60521

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.117 1**

**Nonpriority creditor's name and mailing address**

Sunil  Ram
SMIL
PO Box 1573
Scottsdale, AZ 85252

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.117 2**

**Nonpriority creditor's name and mailing address**

Sunita   Dachinger
5035  Pellingham Circle
Enola, PA 17025

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.117 3**

**Nonpriority creditor's name and mailing address**

SUNY Upstate Medical Univ. Libr.
766 Irving Ave
ATTN: CHRISTINE KUCHARSKI
Syracuse, NY 13210

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.117 4**

**Nonpriority creditor's name and mailing address**

Suong  Tran
1434 Chimney Rock Rd
Houston, TX 77056

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|--------|----------------------|------------------------|---|
| | Name | | |

---

**3.117 5**

**Nonpriority creditor's name and mailing address**

Supen Patel
727 Muirfield Place
Florence, SC 29501

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.117 6**

**Nonpriority creditor's name and mailing address**

Susan  Fanburg
34 Powder Hill Road
Bedford, NH 03110

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.117 7**

**Nonpriority creditor's name and mailing address**

Susan  Kwok
85 Livingston. 8E
Brooklyn, NY 11201

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.117 8**

**Nonpriority creditor's name and mailing address**

Susan  Settineri
1272 Southfield Pl
Virginia Beach, VA 23452

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.117 9**

**Nonpriority creditor's name and mailing address**

Susan  Sotardi
211 Thompson Street, APT 2P
New York, NY 10012

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.118 0**

**Nonpriority creditor's name and mailing address**

Susan Haden
20 Garland Rd
Newton, MA 02459

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.118 1**

**Nonpriority creditor's name and mailing address**

Susan M F Erickson
3003 S Oak Way
Lakewood, CO 80227

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.118 2**

**Nonpriority creditor's name and mailing address**

Susan Shih
264 Green St
Northborough, MA 01532

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.118 3**

**Nonpriority creditor's name and mailing address**

Susannah  Becker
8020 Innsbrook Place
Cincinnati, OH 45244

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.118 4**

**Nonpriority creditor's name and mailing address**

Susanne  Trost
516 Wildflower Circ
Williston, VT 05495

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.118 5**

**Nonpriority creditor's name and mailing address**

Suzanne Delea
2505 SE Ankeny St
Portland, OR 97214-1726

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.118 6**

**Nonpriority creditor's name and mailing address**

Suzanne Shulman
326 McCully Street
Pittsburgh, PA 15216

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.118 7**

**Nonpriority creditor's name and mailing address**

Syed  Hasan
514 Burkarth Road
Warrensburg, MO 64093

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.118 8**

**Nonpriority creditor's name and mailing address**

Syed  Shah
9050 Oakland Ave NE
Albuquerque, NM 87122

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor    Health E Galaxy, LLC
_____
Name

Case number (if known) _____

---

| 3.118 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Syed Haq
527 Medical Park Dr
Suite 103
Bridgeport, WV 26330

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $238.16 |
|---|---|---|---|

T-MOBILE-85
PO BOX 742596
CINCINNATI, OH 45274-2596

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Tahereh Jamshidi
4707 River Rd
Bethesda, MD 20816

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Taiyeb  Khumri
13133 bluejacket street
Overland Park, KS 66213

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Tam  Pham
204 Highland Terrace
Norman, OK 73069

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Tammy Nelson
7626 Windsor Dr
Zionsville, IN 46077

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Tan  Attila
Bagdat Cad Orhan
Apt D2
Istanbul  34740

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.119 6**

**Nonpriority creditor's name and mailing address**
Tan Pham
204 Highland Terrace
Norman, OK 73069

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.119 7**

**Nonpriority creditor's name and mailing address**
Tanu Chandra
445 East Gittings Street
Baltimore, MD 21230

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.119 8**

**Nonpriority creditor's name and mailing address**
Tariq  Doorani
6216 East Shea Blvd
Scottsdale, AZ 85254

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.119 9**

**Nonpriority creditor's name and mailing address**
Tayyaba  Bashir
73-10 178th street
Fresh Meadows, NY 11366

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.120 0**

**Nonpriority creditor's name and mailing address**
Teerath Tanpitukpongse
6 Candlewood Drive
Apt 6
Springfield, IL 62704

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.120 1**

**Nonpriority creditor's name and mailing address**
Terence  Chan
PO BOX 396
Centralia, WA 98531

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.120 2**

**Nonpriority creditor's name and mailing address**
Terrence Swade
130 S Main St, Suite 303
Lombard, IL 60148

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.120 3**

**Nonpriority creditor's name and mailing address**

Terri  Horan
901 B Loop 337
New Braunfels, TX 78130

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.120 4**

**Nonpriority creditor's name and mailing address**

Terry  Wolpaw
6993 Schoolhouse Rd
Hershey, PA 17033

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.120 5**

**Nonpriority creditor's name and mailing address**

Terry Turner
15827 E. Primrose Dr.
Fountain Hills, AZ 85268

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.120 6**

**Nonpriority creditor's name and mailing address**

Tesfai  Tekle
611 North Elder Grove Drive
Pearland, TX 77584

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.120 7**

**Nonpriority creditor's name and mailing address**

Texas Tech  Health Science Center
800 W. 4th Street
Odessa, TX 79763

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.120 8**

**Nonpriority creditor's name and mailing address**

Texas Tech Health Science Center
4800 Alberta Avenue RM #103
El Paso, TX 79905

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.120 9**

**Nonpriority creditor's name and mailing address**

The Alpiner Group LLC
Jordana Latozas
3050 Steeple Hill Rd
White Lake, MI 48380

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|--------|----------------------|------------------------|---|
| | Name | | |

---

**3.121 0**

**Nonpriority creditor's name and mailing address**
THE TRUSTEES OF COLUMBIA U., CITY OF NY
DEPT. OF MEDICINE
622 WEST 168TH ST., PH8 EAST, RM 105
ATTN: KAREN WISDOM
NEW YORK, NY 10032

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$112,500.00

---

**3.121 1**

**Nonpriority creditor's name and mailing address**
Theodore Bedard
8601 Village Dr. Suite 212
San Antonio, TX 78217

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.121 2**

**Nonpriority creditor's name and mailing address**
Theresa  Nieman
7622 N. 185th Ave
Waddell, AZ 85355

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.121 3**

**Nonpriority creditor's name and mailing address**
Theresa  Kehoe
11712 Lovejoy St
Silver Spring, MD 20902

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.121 4**

**Nonpriority creditor's name and mailing address**
Thitinan  Srikulmontree
3080 Jimmy Way
Roseville, CA 95747

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.121 5**

**Nonpriority creditor's name and mailing address**
Thomas  Bloom
70 Dogwood Ave.
roslyn harbor, NY 11576-1204

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.121 6**

**Nonpriority creditor's name and mailing address**
Thomas  Hughes
502 Genius Drive
Winter Park, FL 32789

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.121 7**

**Nonpriority creditor's name and mailing address**

Thomas  Markel
112 Emerald Lake Drive
Jackson, TN 38305

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.121 8**

**Nonpriority creditor's name and mailing address**

Thomas Abel
15480 Palos Verdes Drive
Monte Sereno, CA 95030

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.121 9**

**Nonpriority creditor's name and mailing address**

Thomas Fuchs
860 51 Street
Brooklyn, NY 11220

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.122 0**

**Nonpriority creditor's name and mailing address**

Thomas Khoury
555 West 59th St.
Apt. 33D
New York, NY 10019

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.122 1**

**Nonpriority creditor's name and mailing address**

THOMSON REUTERS (MARKETS) LLC
PO BOX 415983
BOSTON, MA 02241

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$11,845.00

---

**3.122 2**

**Nonpriority creditor's name and mailing address**

Thu  Nguyen
12960 Linden Church Rd
Clarksville, MD 21029

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.122 3**

**Nonpriority creditor's name and mailing address**

Thuan-Hoa  Nguyen
217 Arkansas Street #1
San Francisco, CA 94107

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor      Health E Galaxy, LLC
_____
Name

Case number *(if known)* _____

---

**3.122 4**

**Nonpriority creditor's name and mailing address**

Tiffany  Darling
823 East A St
Iron Mountain, MI 49801

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.122 5**

**Nonpriority creditor's name and mailing address**

Tiffany  Musick
Children's Mercy Hospital
3101 Broadway Blvd
Kansas City, MO 64111

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.122 6**

**Nonpriority creditor's name and mailing address**

Tiffany Beckman
5216 17th Ave. S.
Minneapolis, MN 55417

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.122 7**

**Nonpriority creditor's name and mailing address**

Tiffany Vu
8312 Wades Way
Jessup, MD 20794

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.122 8**

**Nonpriority creditor's name and mailing address**

Tim  Arakawa
4815 Impala Park
San Antonio, TX 78251

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.122 9**

**Nonpriority creditor's name and mailing address**

Timea  Bor
1116 LaPort Drive
Papillion, NE 68046

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.123 0**

**Nonpriority creditor's name and mailing address**

Timothy  Van Schoick
2100 Fourth St
Jackson, MI 49203

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.123 1**

**Nonpriority creditor's name and mailing address**

Timothy J Carribine
3838 Massillon Road
Ste 360
Uniontown, OH 44685

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.123 2**

**Nonpriority creditor's name and mailing address**

Tjark  Schliep
236 East 111 Street
New York, NY 10029

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.123 3**

**Nonpriority creditor's name and mailing address**

Todd  Nichols
105 Burne Run
MADISON, MS 39110

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.123 4**

**Nonpriority creditor's name and mailing address**

Todd Dombrowski
263 Skyline Drive
Keene, NH 03431

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.123 5**

**Nonpriority creditor's name and mailing address**

Tom  Garnica
Health Sciences Library
79-01 Broadway Room D3-52
Elmhurst, NY 11373

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.123 6**

**Nonpriority creditor's name and mailing address**

Tony  Liu
10124 Vallui Blvd Unit 305
Elmonte, CA 91731

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.123 7**

**Nonpriority creditor's name and mailing address**

Tony Lee
4004 S. Ocean Blv.
Highland Beach, FL 33487

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.123 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Tracy  Lovell
4819 Grandview Court
Flowery branch, GA 30542

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**Nonpriority creditor's name and mailing address**  [3.123 9]
Travelers Service Center
PO Box 660317
Dallas, TX 75266-0137

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,330.00

---

**Nonpriority creditor's name and mailing address**  [3.124 0]
Troy Hamilton
1214 Blake Court
York, PA 17408

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**Nonpriority creditor's name and mailing address**  [3.124 1]
Tse Kin Sun
3/F, 239A Prince Edward Road West
Kowloon, Hong Kong SAR 00000-0000

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**Nonpriority creditor's name and mailing address**  [3.124 2]
Tulika  Gupta
69 Dinwiddie Way
Kearneysville, WV 25430

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**Nonpriority creditor's name and mailing address**  [3.124 3]
Tuong  Le
17919 Benchmark Drive
Dallas, TX 75252

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**Nonpriority creditor's name and mailing address**  [3.124 4]
Tze Yang  Chung
No. 21 Jalan 10/6
Petaling Jaya, Malaysia 46000-0000

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Health E Galaxy, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.124 5**

**Nonpriority creditor's name and mailing address**

Uganda   Johnson
Bay Pines VAHCS
10000 Bay Pines Blvd
Warehouse Bld 100
Bay Pines, FL 33744

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.124 6**

**Nonpriority creditor's name and mailing address**

University of Arkansas
Carroll Medical Library, ATTN: JANE TERR
1617 North Washington
Magnolia, AR 71753

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.124 7**

**Nonpriority creditor's name and mailing address**

University of Massachusetts
55 Lake Ave. North
ATTN: MARIANNE SIENER
Worcester, MA 01655

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.124 8**

**Nonpriority creditor's name and mailing address**

University of Medicine and Dentistry
E-Resources/Distributed Tech. Serv.
47 DAVIDSON ROAD
PISCATAWAY, NJ 08854

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.124 9**

**Nonpriority creditor's name and mailing address**

University of Missouri/Kansas City
2411 Holmes
ATTN: MARLENE SMITH
Kansas City, MO 64108

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.125 0**

**Nonpriority creditor's name and mailing address**

UNIVERSITY OF PA HEALTH SYSTEM
(UPNR)
DEPARTMENT OF RADIOLOGY
3400 SPRUCE STREET, 1 SILVERSTEIN
ATTN: LORI EHRICH (RE: Neuroradiology Co
PHILADELPHIA, PA 45274-2596

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Health E Galaxy, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.125 1**

**Nonpriority creditor's name and mailing address**

UNIVERSITY OF PA HEALTH SYSTEM (UPOR)
DEPARTMENT OF RADIOLOGY
3400 SPRUCE STREET, 1 SILVERSTEIN
ATTN: LORI EHRICH (RE: Onc Imaging Cours
PHILADELPHIA, PA 19104

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

Unknown

**3.125 2**

**Nonpriority creditor's name and mailing address**

UNIVERSITY OF PA HEALTH SYSTEM (UPRR)
DEPARTMENT OF RADIOLOGY
3400 SPRUCE STREET, 1 SILVERSTEIN
ATTN: LORI EHRICH (RE: Rad in Redrocks C
PHILADELPHIA, PA 19104

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

Unknown

**3.125 3**

**Nonpriority creditor's name and mailing address**

University of Pittsburgh Medical Center
200 Lothrop St
Pittsburgh, PA 15213

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

Unknown

**3.125 4**

**Nonpriority creditor's name and mailing address**

University of Pittsburgh Medical Center
9100 Babcock Boulevard
Pittsburgh, PA 15237

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

Unknown

**3.125 5**

**Nonpriority creditor's name and mailing address**

University of Pittsburgh Medical Center
815 Freeport Rd
Pittsburgh, PA 15215

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

Unknown

**3.125 6**

**Nonpriority creditor's name and mailing address**

University of Pittsburgh Medical Center
1048 Lincoln Way
McKeesport, PA 15213

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

Unknown

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.125
7**

**Nonpriority creditor's name and mailing address**

University of Pittsburgh Medical Center
Terrace & DeSoto Streets
ATTN: JEFF HUSTED
Pittsburgh, PA 15261

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.125
8**

**Nonpriority creditor's name and mailing address**

University of Puerto Rico
MED SCI CAMPUS, GPO 365067
CONRADO F. ASENJO LIBRARY, ATTN:
PROFA.
San Juan, PR 00936

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.125
9**

**Nonpriority creditor's name and mailing address**

UNIVERSITY OF WASHINGTON, CME DEPT
UNIVERSITY OF WASHINGTON, SCHOOL OF
MED
4333 BROOKLYN AVE NE
BOX 359441, ATTN: CAROLE FISHER
SEATTLE, WA 98195

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.126
0**

**Nonpriority creditor's name and mailing address**

UNIVERSITY OF WASHINGTON, DEPT
FAMILY ME
ATTN ERIC J. TOBIASON,MBA, DIR OF
FINANC
C408 HEALTH SCIENCES
BOX 356390
SEATTLE, WA 98195

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.126
1**

**Nonpriority creditor's name and mailing address**

UPMC Horizon-Greenville
110 N. Main Street
Greenville, PA 16125

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.126
2**

**Nonpriority creditor's name and mailing address**

UPMC Shadyside Hospital
5230 Centre Ave
Pittsburgh, PA 15232

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.126 3**

**Nonpriority creditor's name and mailing address**

UPMC-Beford Memorial
10455 Lincoln Hwy
Everett, PA 15537

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.126 4**

**Nonpriority creditor's name and mailing address**

Urmila  Bajpai-Pillai
1 Marview Way
San Francisco, CA 94131

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.126 5**

**Nonpriority creditor's name and mailing address**

US NAVY
RYAN PRUNTY
601 MCCAIN BLVD
SAN DIEGO, CA 92135

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.126 6**

**Nonpriority creditor's name and mailing address**

Uzma  Khan
1233 NW Whitman St
Camas, WA 98607

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.126 7**

**Nonpriority creditor's name and mailing address**

Valeria  Bohrt
2208 W Chesterfield Blvd
Apt 306
Springfield, MO 65807

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.126 8**

**Nonpriority creditor's name and mailing address**

Valerie  Myrick
1600 SW Archer Road
H-2
Gainesville, FL 32610

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.126 9**

**Nonpriority creditor's name and mailing address**

Valley Medical Group
Frank Garigali
11 Pierce Drive
Stony Point, NY 10980

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.127 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |

Vance Bray
2990 E 17th Ave
2702
Denver, CO 80206

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Vatsala  Katragadda
4539 Maple Creek Ct
West Bloomfield, MI 48322

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Venkata   Yelamanchili
2022 Waters Ridge Dr
Newburgh, IN 47630

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Venkata Lakkimsetty
228 Big Timber
Temple, TX 76502

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Vergil  Brown
122 Troy Circle
Fort Walton Beach, FL 32547

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Victor  Matthews
825 Grovesmere Loop
Ocoee, FL 34761

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Victoria  Crescenzi
1696 NW Viewmont Court
Silverdale, WA 98383

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.127 7**

**Nonpriority creditor's name and mailing address**

Victoria  Koren
4440 W. 95th Street
Library room 141s
oak lawn, IL 60453

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.127 8**

**Nonpriority creditor's name and mailing address**

Vidya  Parameswaran
6120 Yeadon Way
San Jose, CA, CA 95119

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.127 9**

**Nonpriority creditor's name and mailing address**

Vijay  Vikhara
181 Meadow Lark Lane
Boalasburg, PA 16827

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.128 0**

**Nonpriority creditor's name and mailing address**

Vijaya Surampudi
1210 E. Leadora Ave.
Glendora, CA 91741

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.128 1**

**Nonpriority creditor's name and mailing address**

Vincent Yen
900 Park Ave.
Apt 23A
New York, NY 10075

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.128 2**

**Nonpriority creditor's name and mailing address**

Vishala  Chindalore
Anniston Medical Clinic PC
1010 Christine Ave
Anniston, AL 36207

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.128 3**

**Nonpriority creditor's name and mailing address**

VitalHealth Partners
Todd Pesek
5555 Mayfield Road
Lyndhurst, OH 44124

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor    Health E Galaxy, LLC
_____          Case number (if known) _____
Name

| 3.128 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

VIVEK  VARIAR
4191 MCCARTY RD
APT 2
SAGINAW, MI 48603

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Vivek  Narang
1857 E. Kenilworth
Unit 521
Milwaukee, WI 53202

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Voytek  Sobieraj
204 Lancelot Drive
Elmira, NY 14903

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Vrishali  Dalvi
16 Botany Court
North Potomac, MD 20878

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

W Patrick Knibbe
1542 East Braemere Road
Boise, ID 83702

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Walid Attisha MD PA
2531 Blue Bonnet
Houston, TX 77039

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Walter  Nguyen
425 South Street
#601
Honolulu, HI 96813

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.129
1**

**Nonpriority creditor's name and mailing address**

Walter Evansmeyer
4315 Houma Blvd
Metairie, LA 70006

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.129
2**

**Nonpriority creditor's name and mailing address**

Walter Zajac
8755 Brookdale Circle
Granite bay, CA 95746

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.129
3**

**Nonpriority creditor's name and mailing address**

Walworth Medical Associates
Matthew D'Onofrio
1275 S Main St
Ste 102
Greensburg, PA 15601

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.129
4**

**Nonpriority creditor's name and mailing address**

Wayne  Woo
2610 Courthouse Circle
Flowood, MS 39232

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.129
5**

**Nonpriority creditor's name and mailing address**

Wayne Smith
169 WESTMANLAND RD
NEW SWEDEN, ME 04762

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.129
6**

**Nonpriority creditor's name and mailing address**

Wegner Health Services Info. Center
Sanford Sch. Of Med./Serials Dept.
1400 W. 22nd St.
Sioux Falls, SD 57105

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.129
7**

**Nonpriority creditor's name and mailing address**

Wendy Lee
1767 Cliffwood Dr
Myrtle Beach, SC 29572

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor    Health E Galaxy, LLC
_____    Case number (if known) _____
            Name

| 3.129 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Western Psychiatric Institute
3811 Ohara St.
Pittsburgh, PA 15206

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Willard  Standiford
1 Englewood Road
Baltimore, MD 21210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

William  Cobell
29 Stoneridge Pl
Kalispell, MT 59901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

William  Millar
15 Lindsey Ave
Danville, PA 17821

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

William  Rivers
123 Bradford Dr
Macon, GA 31210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

William  Surbeck
2238 E. 38th St
Tulsa, OK 74105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

William  Westerkam
6 Williamstown Ct.
Columbia, SC 29212

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Health E Galaxy, LLC

Name                                                    Case number *(if known)*

---

| 3.130 5 |
|---------|

**Nonpriority creditor's name and mailing address**

WILLIAM  WIN
412-203 BENNER ROAD
ALLENTOWN, PA 18104

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| 3.130 6 |
|---------|

**Nonpriority creditor's name and mailing address**

William Beaumont Hospital
3601 W. 13 Mile Rd
ATTN: JANE ZIMMERMAN
Royal Oak, MI 48073

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| 3.130 7 |
|---------|

**Nonpriority creditor's name and mailing address**

WILLIAM EMLICH
4930 W BROAD ST
SUITE 1
COLUMBUS, OH 43228

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| 3.130 8 |
|---------|

**Nonpriority creditor's name and mailing address**

William Sunshine
660 Glades Road
Ste 306
Boca Raton, FL 33431

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| 3.130 9 |
|---------|

**Nonpriority creditor's name and mailing address**

William White
19016 Stone Oak Blvd Ste #100
San Antonio, TX 78258

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| 3.131 0 |
|---------|

**Nonpriority creditor's name and mailing address**

Willis Chung
Comanche County Memorial Hospital
2450 E 5th Ave
Unit B
Denver, CO 80206

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| 3.131 1 |
|---------|

**Nonpriority creditor's name and mailing address**

Willis Parsons
925 Central Ave
Wilmette, IL 60091

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.131 2**

**Nonpriority creditor's name and mailing address**

Winchester Hospital
41 Highland Ave
ATTN: MARY MILLER
Winchester, MA 01890

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.131 3**

**Nonpriority creditor's name and mailing address**

WOLTERS KLUWER HEALTH
P.O. BOX 1610
HAGERSTOWN, MD 21741-1610

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$5,684.98

---

**3.131 4**

**Nonpriority creditor's name and mailing address**

Wonil  Tae
3908 Huxley Dr
Springfield, IL 62711

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.131 5**

**Nonpriority creditor's name and mailing address**

Xandra  Rarden
3718 38th Avenue S
Seattle, WA 98144

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.131 6**

**Nonpriority creditor's name and mailing address**

Xuanjing  Zhou
353 E. 17th Street #20E
New York, NY 10003

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.131 7**

**Nonpriority creditor's name and mailing address**

Yanal  Masannat
6519 Country Club Drive
Huntington, WV 25705

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.131 8**

**Nonpriority creditor's name and mailing address**

Yao Chen
5608 15th Avenue NE
Apartment 203
Seattle, WA 98105

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor    Health E Galaxy, LLC
_____    Case number (if known) _____
Name

---

**3.131 9**

**Nonpriority creditor's name and mailing address**

Yassin  Mustafa
Howard University Hospital
5340 Holmes Run Pkwy
Apt 1217
Alexandria, VA 22304

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.132 0**

**Nonpriority creditor's name and mailing address**

Yick Moon  Lee
7301 19th avenue
Brooklyn, NY 11204

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.132 1**

**Nonpriority creditor's name and mailing address**

Yogesh  Nandan
7772 Oak Bay Circle
Sacramento, CA 95831

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.132 2**

**Nonpriority creditor's name and mailing address**

Yolanda  Mendoza
2240 E. WINROW AVE  BLDG 45001
FORT HUACHUCA, AZ 85613

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.132 3**

**Nonpriority creditor's name and mailing address**

Yoonah  Kim
3305 Kline Drive
Virginia Beach, VA 23452

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.132 4**

**Nonpriority creditor's name and mailing address**

Youhanna  Al Tawil
1701 Alcott Manor Lane
Knoxville, TN 37922

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.132 5**

**Nonpriority creditor's name and mailing address**

Yuan  Lin
62 Garden Road
Wellesley, MA 02481

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.132 6**

**Nonpriority creditor's name and mailing address**

Yukiko  Oe
215 Slocum way
Fort Lee, NJ 07024

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.132 7**

**Nonpriority creditor's name and mailing address**

Yvan  Thomas
1220 E. 42nd Place
Sand Springs, OK 74063

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.132 8**

**Nonpriority creditor's name and mailing address**

Zachary  Berry
50 SW Matthey Dr.
Cache, OK 73527

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.132 9**

**Nonpriority creditor's name and mailing address**

Zameer  Hirji
38 Springer Avenue
Burnaby, Canada V5B3K3

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.133 0**

**Nonpriority creditor's name and mailing address**

Zeba  Shakir
15167 Grandview Drive
Orland Park, IL 60467

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.133 1**

**Nonpriority creditor's name and mailing address**

Zhengjin  Cao
2492 Amber Ridge Drive
Dubuque, IA 52002

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.133 2**

**Nonpriority creditor's name and mailing address**

Ziad  Alhumayyd
55 station landing,apt 522
medford, MA 02155

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.133 3 | **Nonpriority creditor's name and mailing address**<br>Zimu  Zheng<br>27 Fairway Pl<br>Cold Spring Harbor, NY 11724<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
|---|---|---|---|
| 3.133 4 | **Nonpriority creditor's name and mailing address**<br>Zubair  Ashraf<br>2820 Woodsview Drive. Apt 2<br>Beavercreek, OH 45431<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.133 5 | **Nonpriority creditor's name and mailing address**<br>Zulmarie  Roig<br>1 Berridge Way<br>North Reading, MA 01864<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Allen Maxwell & Silver<br>190 Sylvan Avenue<br>Englewood Cliffs, NJ 07632 | Line  3.1221<br>☐ Not listed. Explain ____ | _ |
| 4.2 | George Hanna<br>PO Box 728<br>Bay City, TX 77404 | Line  3.433<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Lushan, McCarthy & Goonan<br>4 Cypress Street<br>Brookline, MA 02445 | Line  3.161<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Marc Klein<br>18 Prince Willow Lane<br>Mamaroneck, NY 10543 | Line  3.750<br>☐ Not listed. Explain ____ | _ |
| 4.5 | Steile Holdings, LLC<br>261 Single Petal Street<br>Henderson, NV 89014 | Line  3.1141<br>☐ Not listed. Explain ____ | _ |
| 4.6 | Stephen Stern<br>51 Hidden Ledge Road<br>Englewood, NJ 07631 | Line  3.1150<br>☐ Not listed. Explain ____ | _ |

| Debtor | Health E Galaxy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                    0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $            3,092,054.67 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $            3,092,054.67 |

**Fill in this information to identify the case:**

Debtor name     Health E Galaxy, LLC

United States Bankruptcy Court for the:     DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | 2125 Center Avenue, Suite 100, Fort Lee, NJ<br><br>Lease assigned from Foundation for Improving Patient Risk Assessment and Outcomes to Health E Galaxy, LLC in May 2014. | |
| State the term remaining | | |
| List the contract number of any government contract | | BLUEGILL<br>26 COURT STREET, SUITE 606<br>BROOKLYN, NY 11242 |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest | Royalty Contract | |
| State the term remaining | | |
| List the contract number of any government contract | | Emory University School of Med<br>1462 Clifton Road, Suite 276<br>Atlana, GA 30322 |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest | Royalty Contract | |
| State the term remaining | | |
| List the contract number of any government contract | | New York University School of Medicine<br>577 First Avenue<br>New York, NY 10016 |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest | Royalty Contract | |
| State the term remaining | | |
| List the contract number of any | | The Cleveland Clinic Foundation<br>9500 Euclid Avenue<br>Cleveland, OH 44195 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   Health E Galaxy, LLC

First Name     Middle Name     Last Name        Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Emory HEG Internal Medicine | |
| | State the term remaining | | The Cleveland Clinic Foundation |
| | List the contract number of any government contract | | 9500 Euclid Avenue |
| | | | Cleveland, OH 44195 |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Emory HEG Internal Medicine | |
| | State the term remaining | | The Cleveland Clinic Foundation |
| | List the contract number of any government contract | | 9500 Euclid Avenue |
| | | | Cleveland, OH 44195 |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Emory HEG Internal Medicine | |
| | State the term remaining | | The Cleveland Clinic Foundation |
| | List the contract number of any government contract | | 9500 Euclid Avenue |
| | | | Cleveland, OH 44195 |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Contract | |
| | State the term remaining | | The Trustees of Columbia University |
| | List the contract number of any government contract | | 622 West 168th Street, PH8 East Room 105 |
| | | | New York, NY 10032 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Health E Galaxy, LLC__

United States Bankruptcy Court for the: __DISTRICT OF NEW JERSEY__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 Foundation for Improving Patient Risk A | 2125 Center Ave., Suite 100 Fort Lee, NJ | BLUEGILL | ☐ D _____ <br> ■ E/F ___3.158___ <br> ☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name ___ Health E Galaxy, LLC _____

United States Bankruptcy Court for the: ___ DISTRICT OF NEW JERSEY _____

Case number (if known) _____

☐ Check if this is an amended filing

---

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From  1/01/2016 to Filing Date | ■ Operating a business<br>☐ Other _____ | $2,670.25 |
   | For prior year:<br>From  1/01/2015 to 12/31/2015 | ■ Operating a business<br>☐ Other _____ | $315,450.00 |
   | For year before that:<br>From  1/01/2014 to 12/31/2014 | ■ Operating a business<br>☐ Other _____ | $797,971.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

---

| Debtor | Health E Galaxy, LLC | Case number *(if known)* | |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. None out of the ordinary course. | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:** Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Debtor | Health E Galaxy, LLC | Case number *(if known)* | |

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |

---

| Part 5: | Certain Losses |

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |

---

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Levitt & Slafkes, P.C.<br>515 Valley Street<br>Suite 140<br>Maplewood, NJ 07040 | Attorney Fees | 2015 | $5,000.00 |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |

---

| Part 7: | Previous Locations |

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

| Debtor | Health E Galaxy, LLC | Case number *(if known)* |
|---|---|---|

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    Health E Galaxy, LLC _____    Case number *(if known)* _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Health E Galaxy, LLC | Case number *(if known)* | |
|---|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    S.P. Cooper & Company<br>1 Executivew Boulevard<br>Yonkers, NY 10701 | |
| 26a.2.    Thomas Calderone<br>6 Hillcrest Terrace<br>Riverdale, NJ 07457 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Thomas Calderone | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| PAUL GERSH | 100 WINSTON DRIVE<br>PH C S<br>CLIFFSIDE PARK, NJ 07010 | Managing Member | 50% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

Debtor   Health E Galaxy, LLC _____   Case number *(if known)* _____

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| ALI GERSH | 340 E. 64th STREET APT. 10 B NEW YORK, NY 10065 | Member | |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 24, 2016 _____

/s/ Paul Gersh _____          Paul Gersh _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    Managing Member _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

In re  Health E Galaxy, LLC       Case No. _____

               Debtor(s)       Chapter    7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 5,000.00 |
| Prior to the filing of this statement I have received | $ | 5,000.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| June 24, 2016 | /s/ BRUCE H. LEVITT, ESQ. |
| *Date* | BRUCE H. LEVITT, ESQ. BL9302 |
| | *Signature of Attorney* |
| | Levitt & Slafkes, P.C. |
| | 515 Valley Street |
| | Suite 140 |
| | Maplewood, NJ 07040 |
| | (973) 313-1200   Fax: (973)313-1240 |
| | *Name of law firm* |

---

# United States Bankruptcy Court
## District of New Jersey

In re   Health E Galaxy, LLC

Debtor(s)

Case No.

Chapter   7

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:   June 24, 2016

/s/ Paul Gersh

Paul Gersh/Managing Member
Signer/Title

Aaron Horvath
3100 150th Street
Urbandale, IA 50323

Aaron Kaplan
870 El Monte Ave
Chico, CA 95928

Aaron Pumerantz
7370 Prickley Pear Drive
El Paso, TX, TX 79912

Aaron Heath
102 14th Street
Belleair Beach, FL 33786

Aaroop Haridas
2420 River Front Drive
Apt 1012 Brightwater Apartments
Little Rock, AR 72202

Aarti Raina
550 Barnesley Ln
Alpharett, GA 30022

Abhijit Patil
1461 Glenheather Dr
Windermere, FL 34786

Abhinav Seth
138 Sandquist Circle
Hamden, CT 06514

Adam Cabell
Associated Radiologists Ltd
800 South Church #101
Jonesboro, AR 72401

Adam Spitz
1330 Carlton Ave
Charlotte, NC 28203

Adam Getzels
13646 Legends Walk Terrace
Bradenton, FL 34202

Adam Maass
5600 South 46th St
Rogers, AR 72758

Adel Sulaiman
32 Deer Run Road
Williamsville, NY 14221

Adeline Kamm
4651 Hawthorne Court
Middleton, WI 53562

Aditi Gupta
1240 South White Oak Drive
Apt # 1218
Waukegan, IL 60085

Advocate Healthcare
Lisa Jacob
836 West Wellington Ave
7th Floor
Chicago, IL 60657-5147

Afsar Waraich
103 Gregg Ave NW
Aiken, SC 29801

Agnes Han
4200 Falls Ridge Drive
Alpharetta, GA 30022

Ahdy Messiha
638 Garrett Place
Evanston, IL 60201

1115 Melody Hills
Fulton, IL 61252

Ahmed Chaudhary
14 Kettering Court
Easley, SC 29642

Aida Hanna
14 Clara Howard Way
North Easton, MA 02356

Aileen Wang
1590 Sawgrass Drive
San Jose, CA 95116

Aimee Mayuga
345 E Ohio St Apt 1010
Chicago, IL 60611

Akavram Reddy
2184 Eaglecrest Drive
Filer, ID 83328

Akbar Khan
21 Plowboy Path
Commack, NY 11725

Alan Mannheimer
4970 Cameron Valley Parkw
Charlotte, NC 28210

Alan Elliot
2222 Mermans Rd
Charlotte, NC 28270

Alan Goldfisher
1 Pleasant Ridge Road
Spring Valley, NY 10977

Alan Jacobs
116 Hudson Ct
Naperville, IL 60565

Albert  Retodo
ALBERT V. RETODO, M.D., INC
26539 DURHAM WAY
HAYWARD, CA 94542

Albert  Shieh
4205 Via Marina #509
Marina del Rey, CA 90292

Alberto Righi
2630 Coconut Bay Lane Apt 1J
Sarasota, FL 34237

Aldo  Ilarde
1705 HW 130E
Shelbyville, TN 37160

Alejandro  Trepp
2155 Judge Fran Jamieson Way
Unit 301
Viera, FL 32940

Alex  Lam
Alex M. Lam, M.D., P.A.
600 N Hiatus Road
Suite 105
Pembroke Pines, FL 33026

Alexander  Filatov
2836 MIDDLETOWN RD FL 3
BRONX, NY 10461-5301

Alexander Igolnikov
554 Hunter Road
Wilmette, IL 60091

Alexandra Popescu
1132 South Plymouth Court
Chicago, IL 60605

al Montguvo
Montreal, QC h4c2r5

Alfonso Blum
65 East Monroe Street
Unit 4120
Chicago, IL 60603

Ali  Araghi
Piedmont Henry Hospital
431 Ranger Passage
Alpharetta, GA 30005

Ali Akbary
5053 Bennington Way
High Point, NC 27262

ALI GERSH
340 E. 64th STREET
APT. 10 B
NEW YORK, NY 10065

Ali Sajjad
3840 Black Oaks Lane North
Plymouth, MN 55446

Alicia Pangilinan
2001 Edgehill Ct
Virginia Beach, VA 23454-6327

Alison  Haimes
360 East 72nd Street
Apt 211
New York, NY 10021

Aliya  Al Hajri
Platinum house
London, ha12ex

Alka Aggarwal
22990 King
Brownstown, MI 48183

Alan Smith
1729 Burrstone Rd
New Hartford, NY 13413

Allen Maxwell & Silver
190 Sylvan Avenue
Englewood Cliffs, NJ 076

Allison  Hays
5018 barrington dr
albany, GA 31721

Allison  Lipsey
1301 Kensington Lake Driv
Easley, SC 29642

Allison Kirshner
1957 E 17th st
idaho falls, ID 83404

Allison Mcdaniel Bolton
10 South Carlen St
Mobile, AL 00036-6066

Allyson  Monk
ProScan Imaging
5995 Park Rd
Cincinnati, OH 45243

Almoatazbella Idriss
86 Dovecrest
Irvine, CA 92620

Alpesh  Mehta
63 Boulder Ridge Road
Scarsdale, NY 10583

Alphonsus  Diamond
6734 East Hunter Ridge Co
Monticello, IN 47960

Alyssa Garcia
55 Stemwood Court
Hampstead, NC 28443

Amy Guzman
6024 Nancy Ridge Dr Ste 202
San Diego, CA 92101

Amy Wurtz
2014 Peach Orchard Drive A
Falls Church, VA 22043

AMAL KEBEDE
63 SOUTH HAMPTON DRIVE
WYOMISSING, PA 19610

Amy Casimiro
Larkin Community Hospital
7031 SW 62nd Ave
South Miami, FL 33143

Anastasiya Nikishkina
1278 ocean pkwy
brooklyn, NY 11230

Aman Purewal
101 Brookside Lane
coraopolis, PA 15108

Amy Stratton
3410 Aston St.
Annandale, VA 22003

Anat Epstein
6579 Pickwick Street
Los Angeles, CA 90042

Amanda Aguilera
944 Sunset Hills Lane
Redlands, CA 92373

Amy Bonneau
909 Silver Lake Road
Lewisberry, PA 17339

Anca Tomsa
7227 Cenrose Circle
Westwood, NJ 07675

Amanda Luu
3517 159 Place SW
Lynwood, WA 98087

Ana Funariu
223 Hammetts Glen Way
Greer, SC 29650

Andrea Zotovas
900 SE Ocean Boulevard
Ste 227
Stuart, FL 34994

Amanda Walter
622 N Riley Ave
Indianapolis, IN 46201

Ana Mishaan
7364 Brightwater Road
Fort Worth, TX 76132

Andreia de Lima
3 Evergreen Lane
Ithaca, NY 14850

Amanjot Lehil
23626 W 92nd Ter
Lenexa, KS 66227

Ana Romeo
North Flushing Primary Medical Ca
3202 Union Street
Flushing, NY 11354

Andres Gavino de la Llan
St Mary High Desert MediG
12480 Pocono Road
Apple Valley, CA 92308-6

Amber Anastasi
3570 Saybrook Ave
Cincinnati, OH 45208

Ana Maria Lopez
Arizona Cancer Center
1515 N. Campbell Ave
Tucson, AZ 85724

Andrew Gunter
7312 Rudwick Ln
Charlotte, NC 28226

Ami Milton
704 Byerland Church Rd
Willow Street, PA 17584

Anamika Sharma
115 Autry Mill Rd
Alpharetta, GA 30022

Andrew Nava
12009 Margaret Ct
Marriottsville, MD 21104

Amr Edrees
14728 Eby Street
Overland Park, KS 66221

Anand Lal
2053 Thornhill Drive
Granit Bay, CA 95746

Andrew Nguyen
1835 Mulberry Drive
San Mateo, CA 94403

Andrew Sanders
105 Old Siek Rd
Troy, NY 12180

Andrea Zimmerman
Ada, MI 49301

Andrew Yeater
7520 Tynewind Drive
Wake Forest, NC 27587

Andrew Young
9952 66 Rd
Rego Park, NY 11374

Anindita Santosa
28 Surrey Road 21-01
Singapore, 307762, Singapore

Anne Lee
4524 Laguna Dr
Edina, MN 55435

Andrew J Vance
1317 Rhode Island Ave NW
Washington, DC 20005

Anita Kirsch
25769 Shoreline Dr.
Novi, MI 48374

Anne Liebling
60 Temple Street
Suite 6A
New Haven, CT 06510

Andrew Knerl
892 Gold Dust Drive
Edwards, CO

Anita Sabharwal
Health Orlando, Inc
523 Spring Club
Altamonte Springs, FL 32714

Annette Schmit-Cline
53829 185th Lane
Good Thunder, MN 56037

Andrew Olsen
Radiology Imaging Associates
9340 Branham Drive
Parker, CO 80134

Ann Alvarez
GHC
1718 Alki Avenue SW
300
Seattle, WA 98116

Annie Lin
2908 Crabapple
Ellicott City, MD 21042

Andrew Scrogin
St. Joseph's Mercy Oakland
1854 West Auburn Road #100 A
Rochester Hills, PA 48309

Ann Corsi
422 S 4th St W
Missoula, MT

Anthony Dougherty
9431 MIDLAND WOODS DR
Midland, GA 31820

Andrew Walker
1615 NW Federal HWY
Stuart, FL 34994

Ann Marie Bausch
9815 Ascot Drive
Omaha, NE 68114

Anthony Udekwe
400 Durdick Expressway Ea
Minot, ND 58701

Angela Augustus
Rheumatology Fellowship Program
956 Court Avenue, Suite H314
Memphis, TN 38163

Ann-Marie Edwards
4815 Kettle Moraine Dr.
Apt 3A
Kalamazoo, MI 49048

Anthony Kam
13615 Eagle Ridge Drive
Apt 1621
Fort Myers, FL 33912

Angela Beauchaine
13462 N 4th AVE
Boise, ID 83714

Anna Antony
7/595 Burke Road
Hawthorn East 03123

Anthony Turkiewicz
2145 Highland Avenue S
Suite 200
Birmingham, AL 35205

Angela Miller
W7612 County Y
Monroe, WI 53566

Anna Marie Labaro
900 S Clark Apt 1211
Chicago, IL 60605

Antoinette Waits
1600 Clifton Rd, NE
Corporate Square Bldg.
8, MS E-07
Atlanta, GA 30329

Antonio Castellammare
PO Box 2616
New Smyrna, FL 32170

Arthur Schambra
2301 West Michigan Avenue
Midland, TX 79701

Anu  Verma
110 Spring Meadow Drive
Apt # 12
Williamsville, NY 14221

Arwa Nasir
1865 S. 110th Street
Omaha, NE 68144

BANKDIRECT CAPITAL FINAN
PO BOX 660448
DALLAS, TX 75266-0448

Anupa  Sharma
15 Kershaw Court
Bridgewater, NJ 08807

ASC Medical Div./Central Library
5724 Highway 280 East
JETS Dept. 742111
Birmingham, AL 35242

Baptist Health
Christie Daniels
2108 Mangrove Drive
Lexington, KY 40513

Anupender   Sidhu
190 N MENLO PARK ST
Tracy, CA 95391

Ashwin  Patel
7226 Grand View Ct
Columbus, GA 31904

Barbara Woods
5720 Heather Hollow Drive
Dayton, OH 45415-2607

Aparna  Singhal
801 Montclair Rd Apt 1216
Birmingham, AL 35213

Atul  Gupta
720 W Randolph
unit 1102
Chicago, IL 60661

Bartosz Jozwik
343 Beach Street
Apt 604
West Haven, CT 06516

April Ross
2274 HIGHWAY 43 SOUTH
2nd FLOOR
Picayune, MS 39466

Aurelia  Nelson
1607 N 7th St
Boise, ID 83702

Batsheva Levine
14 Wessex Rd
Newston, MA 02459

Archana  Bindra
177 Telles Lane
Fremont, CA 94539

Aurora Health Care
Michael Thomas
3716 E Edgerton Ave
Cudahy, WI 53110

Beaumont Health System
Sneha Patel
50900 Drakes Bay Drive
Novi, MI 48374

Arian  Teymoorian
1227 Pin Oak Drive
Apt. P-10
Flowood, MS 39232

Avnit Ahuja
1101 Saunders Drive
Fredericksburg, VA 22401

Beaumont Hospital - Troy
Tauresa Brunson
44201 Dequindre
Troy, MI 48085

Arpit Singhal
950 Stevens Creek Road
Apt 1-6
Augusta, GA 30907

Ayne  Amjad
44 AVOCET WAY
BECKLEY, WV 25801

Behzad  Hedayati
30 Prairie
Irvine, CA 92618

ARTHUR B. CORNFELD, ESQ
152 WEST 57TH STREET, 12TH FLOOR
NEW YORK, NY 10019

Babu   Kumar
2843 Dixwell Avenue
Hamden, CT 06514

Beloit Radiology, Ltd.
Thomas Lisk
12326 Leighton Dr.
Caledonia, IL 61011

Ben  Struebing
250 Hadisway Ave
Santa Fe, NM 87501

Bollingbrook Avenue
Peoria, IL 61637

1846 W Red Fox Rd
Santa Ana, CA 92704

Benjamin  Cornwell
4010 Ripple Ave
Norman, OK 73072

BOSTON DIGITAL PRODUCTIONS
316 STUART STREET
BOSTON, MA 02116

Brian  Mahon
11645 NE Finn Hill Loop
Carlton, OR 97111

Benjamin  Tharian
1/12 Lucinda Court
Tasmania, Australia
Latrobe, AUSTRALIA 07307-0000

Brady Library
1400 Locust St  Suite G-185
ATTN: ROBERT NEUMEYER
Pittsburgh, PA 15219

Brian Eichinger
1111 E Union St
Apt 619
Seattle, WA 98122

Benjamin Chen
10 Penamber Court
Benowa, Queensland 4217 Australia, Austr.

Brandon  Chock
3822 Harriman Avenue
Los Angeles, CA 90032

Brian Foley
7120 Clearvista Drive, Su
Indianapolis, IN 46256

Bernadette  Van Belois
150 Commons Way
Kalispell, MT 59901

Brandon  Fisher
50 SW 10th Street, Apartment 601
Miami, FL 33130

Brianna Teel
308 Baybrook Dr.
Elgin, OK 73538

Bijay  Pandey
682 South 8th street
Griffin, GA 30224

Brendan  Coghlan
37/93-103 High Street
Preston, NonUS ,   3072

Bridget   Akel
500 Harrison Street
Apartment 706
Syracuse, NY 13202

Binu   Jacob
10537 SUTHERBY DRIVE
CHARLOTTE, NC 28277

Brent  Barson
6044 Mcclellon Drive
Galena, OH 43021

Bridget   Hempel
890 South Matlack St
Apt 413
West Chester, PA 19382

Bipan  Kotwal
10206 Bay Breeze Court
Tampa, FL 33615-4261

Brent  Jones
5920 SW Riveridge Ln
Portland, OR 97239

Brigham and Women's Hosp
75 Francis Street, PBB-1
Attn: Ana A. Mercurio-Pin
Boston, MA 02115

BLUEGILL
26 COURT STREET, SUITE 606
BROOKLYN, NY 11242

Brett Thorpe
PO Box 970834
Orem, UT 84097

Brinda Dixit
637 Kinsborough Square
Suite D
Chesapeake, VA 23320

Bobby  Abraham
1334 Preakness Point
Tallahassee, FL 32308

Brett Young
1268 Gardner Way
Medford, OR 97504

Brooke  Steinbronn
601 Elmwood Avenue
Box 777R
Rochester, NY 14642

Bruce Tobias
1207 Belvidere Corner Road
Mount Bethel, PA 18343

Catherine Mohr
304 Provincial drive
Morganville, NJ 07751

845 S Madison
Belden, MS 38826

Burt Rahavi
400 Newport Center Drive
Ste 602-A
New Port Beach, CA 92660

Catherine Tuite
Fox Chase Cancer Center
25 Carnoustie Way
Media, PA 19063

Charles Molta
2301 Renaissance Blvd
Mail Stop: RN0320
King of Prussia, PA 1940

Carl Blatt Jr.
Mercy
901 Patients First Drive
Washington, MO 63090

Catherine Boyle
Cleveland Clinic
9500 Euclid Avenue
P34
Cleveland, OH 44195

Charles Schultz
1500 E Medical Center Dri5
1914 Taubman Ctr.
Ann Arbor, MI 48109-5316

Carlos Badiola
5 Northmoor Road
West Hartford, CT 06117

Celsio Gonzalez
390 E Oakenwald, Apt. 371
Dallas, TX 75203

Charles Garvin
35 Clermont Lane
St. Louis, MO 63124

Carlos Lozada
2500 Monterey Court
Weston, FL 33327

Chandana Keshavamurthy
400 North University Avenue
apt 112
Little Rock, AR 72205

Charles Hubbard
22 Cotton Hope Lane
Columbia, SC 29209

Carol Langford
32775 Jackson Road
Moreland Hills, OH 44022

Chandrakant Patel
380 Ramona Avenue
Staten Island, NY 10312

Charles Romano
142 Ward Street
Watertown, NY 13601

Caroline Joe
128 Health Care Lane
Martinsburg, WV 25401

CHARLES OZBORN
EUPORA FAMILY MEDICAL CLINIC
916 EDGEWOOD DRIVE
EUPORA, MS 39744

CHASE CARD SERVICES-0761
CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON, DE 19886-515

Carolyn Haerr
5680 Whelen Road
Fitchburg, WI 53575

Charles Galea
1280 S Riveroaks Dr
Blackshear, GA 31516

CHASE CARD SERVICES-7278
CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON, DE 19886-515

Carrie Edelman
76 Kettle Creek Dr
Brick, NJ 08723

Charles Henderson
2108 Harrisburg Pike Ste 200
Lancaster, PA 17604

Cheri Blacksten
Family Physicians of Albu
3825 Eubank NE
Suite F
Albuquerque, NM 87111

Cassandra Dickerson
4760 Sweetwater Blvd.
Suite 102
Sugar Land, TX 77479

Charles Homer
8346 Delmar Lane
Prairie Village, KS 66207

Cheruvari Chander
Medstar Medical Group
6878 Caravan Court
Columbia, MD 21044

Chester Stephen Wallin
701 E. Marshall St
Attn: Inger Wallin
West Chester, PA 19380

Children's Hospital of Pittsburgh
3705 Fifth Ave
Pittsburgh, PA 15213

Chimene  Kesserwan
12525 Downsview Ln
Oklahoma City, OK 73142

Chintu  Gademsetty
CLG Limited
12 St Albans Avenue
Weybridge , Surrey,  KT13 8EW, UK

Chonlada  Pongrattanaman
388 Ave X
Apt 4E
Brooklyn, NY 11223

Chris  Tsimerekis
11100 Warner Ave
Suite 354
Fountain Valley, CA 92649

Christi  Witherspoon
5653 Frist Boulevard
Suite 630
Hermitage, TN 37076

Christian Koopman
1706 HARDY DR.
EDMOND, OK 73013

Christine Gooley
31 Estey Circle
Brattleboro, VT 05301

Christine Keating
4218 Coliseum
new orleans, LA 70115

Christopher  Colglazier
2616 Legends Way
Crestview Hills, KY 41017

Christopher  Kratzwald
3104 Blackford Pkwy
Lexington, KY 40509

Christopher  Avendano
33 Ridgeview Circle
Milan, OH 44846

Christopher  Cutler
8814 Cheyenne Way
Park City, UT 84098

Christopher  Krol
2113 94th Ave NE
Clyde Hill, WA 98004

Christopher  Todaro
17221 Larosa Drive
Derwood, MD 20855

Christopher  Wu
14165 Skylark Court
Carmel, IN 46033

Christopher Ashley
Tennessee Orthopaedic Alliance
608 Norris Avenue
Nashville, TN 37209

Christopher Corsi
422 S 4th Street W
Missoula, MT 59801

Christopher Creel
17 Mountain Estates Road
Box 763
High Rolls, NM 88325

Christopher Joy
3 Brevity Court
Binghamton, NY 13905

Christopher Mojcik
23 Rosedale Cir
Shelton, CT 06484

Chun Wong
98 East Broadway 6th Floo
New York, NY 10002

Claudia  Villate
954 Ave Ponce De Leon
Miramar Plaza suite 701
San Juan, PR 00907

Claudio  Rivera
1723 Spruce St
Apt 4F
Philadelphia, PA 19103

Cleveland Clinic Foundat
Attn: Law Deparptment
3050 Science Park Drive -A
Beachwood, OH 44122

CLEVELAND CLINIC FOUNDATE
RE: Activity #013336 Pedi
P.O. Box 931653
Cleveland, OH 44193-1082

CLEVELAND CLINIC FOUNDATE
RE: Activity #013350 Gast
P.O. Box 931653
Cleveland, OH 44193-1082

4415 SE West Edge Road
Topeka, KS 66609

Christopher   Colglazier
Winslow, AZ 86047

CLEVELAND CLINIC FOUNDATION CTR FOR EDU
RE: Activity #013348 Internal Medicine
P.O. Box 931653
Cleveland, OH 44193-1082

Craig Trainerowne
Deme Dickle
Parkton, MD 21120

Deser Main
16 DEVON PL
SEWELL, NJ 08080


CLEVELAND CLINIC FOUNDATION CTR FOR ED
RE: Activity #013335 Endocrinology
P.O. Box 931653
Cleveland, OH 44193-1082

Craig Ennis
David B Stanton, M.D. and Associates
1140 W. La Veta Dr.
Suite 555
Orange, CA 92868

Daniel  Ibanez
345 NE 1st Ave
Ap m604
Miami, FL 33137


Clint Parker
1104 Autumn Lakes Drive
Grimeslant, NC 27837

Crystal CJacovino
1400 Riverboat Circle
Apt 304
Memphis, TN 38103

Daniel Sablich
21 Jessica Trace
Gansevoort, NY 12831


Colleen  Murphy
23 Neck Hill Road
Mendon, ME 01756

Curtis Harris
19940 CR 1542
Ada, OK 74820

Daniel Dalton
143-22 222 Street
Springfield Gardens, NY


Colleen Daly
112 Hilton Ave
Garden City, NY 11530

Cynthia  Enlow
3125 Stonewater Dr
Lakeland, FL 33803

Daniel Hirsen
1027 Lincoln Trl
Oak Park, IL 60302


Colleen Ward
1227 East Madison Street
Unit N705N
Tampa, FL 33602

Cynthia Herrick
5123 Westminster Place
St. Louis, MO 63108

Daniel Levy
180 Brewster Road
Scarsdale, NY 10583


Community Hospital
901 Mac Arthur Blvd.
Munster, IN 46321

Cynthia Sunday
Thomas Jefferson University Hospital
1100 Walnut Street MOB - BIC - Wing Floor
Philadelphia, PA 19107

Danielle  Castillo
992 Penhook Court
Virginia Beach, VA 23464


Concetta  Bivona
101 Saint Andrews Lane
Glen Cove, NY 11542

Dale  McNett
2233 East 5th Ave
Warren, PA 16365

Danielle  Lehoux
953 Pawstand Rd
Celebration, FL 34747


Constance Andrejko
1735 Cortland Lane
Bethlehem, PA 18015

Dalveer Singh
6 Nowingi Close
Eight Mile Plains 04113

Dannette  Johnson
1383 Royal Oaks Drive
Frisco, TX 75034


Corrie  Broudy
310 Surrey Drive
Bonita, CA 91902

Dana  Jacobs-Kosmin
1103 Orleans Road
Cheltenham, PA 19012

Darla  McCain
732 Streamside Drive
Arden, NC 28704

Darlene Case
TULANE UNIVERSITY MEDICAL SCHOOL
1430 TULANE AVENUE, SL-54
NEW ORLEANS, LA 70114

David Oldfield
Wills Charlotte Pa
Brooksville, FL 34613

David Fulop
6144 NW 23 Way
Boca Raton, FL 33496

Darrow Sports Medicine
Marc Darrow
11645 Wilshire Blvd. #120
Los Angeles, CA 90025

David Mowery
1163 Route 37 West Ste A1
Toms River, NJ 08755

David Mordes
8879 Southwest Fisherman W
Stuart, FL 34997-9113

Darshan  Jagnnath
113 Edelvale road
Southampton United Kingdom, SO180QB

David  Spirer
520 North And South Road
Apt 309B, Lo
Saint Louis, MO 63130

David Zink
1276 Waukazoo Dr.
Holland, MI 49424

David  Baldwin
106 Litchfield Circle
Hurricane, WV 25526

David  Wanalista
4 fieldcrest drive
Pittsgrove, NJ 08318

Dawn  Moleins
24 Lenox Drive
hainesport, NJ 08036

David  Bullock
Life Enhancement Medicine and Rehabilitat
3001 Carrington Lane
Lawrence, KS 66049

David Bleich
185 South Orange Avenue, MSB I-589
Newark, NJ 07103

Dayal  Raja
1729 Burrstone Road
New Hartford, NY 13413

David  Cassius
809 Olive Way #611
Seattle, WA 98101

David Bodne
600 Wentworth Court
Fayetteville, GA 30215

Dean  Gardella
930 NW 12th Avenue
Apartment 224
Portland, OR 97209

David  DeAtkine
805 St. Vincent's Drive, Suite 1009
Birmingham, AL 35205

David Clayman, MD
19049 Estuary Drive
Boca Raton, FL 33498

Delia  Calo
24 Avalon Circle
Smithtown, NY 11787

David  Fraser
2001 Grenville Court
New Bern, NC 28562

David DeLorenzo
1330 Coshocton Avenue
Mount Vernon, OH 43050

Della  Williams
7215 Allison Road
Pelham, NC 27311

David  Johnson
Arthritis and Osteoporosis Center
708 Broadwater Ave.
Billings, MT 59101

David Fisher
408 North Avenue
Sheobyan, WI 53083

Denis Kapkov
300 Winston Dr.
Apt. 1004
Cliffside Park, NJ 07010

David  Lyter
8012 Riverwood Estates Pl
Riverview, FL 33569-4774

David Fleischmann
Department of Orthopedics and Rehabilitat
Med
1685 Highland Ave., Sixth Fl,
Madison, WI 53705-2281

Denise  Bell
66 Jefferson Avenue
Cherry Hill, NJ 08002
Room 6264

Denise Casey
16 Cara Lane
Hammonton, NJ 08037

Donna Mixler
Carmel, IN 46032

3545 shoreline bluff lane
san diego, CA 92110

Dennis Gibson
CCF
3520 SW 142nd Ave
Miramar, FL 33027

Don Mascarenhas
8351 Blue Jay Drive
Ypsilanti, MI 48197

Doreen Teoh
6409 Garland Ave
Fort Worth, TX 76116

Devika Kasaraneni
75 Colton Road
Glastonbury, CT 06033

Donal Dunne
5509 W Autumn Springs Ct
Muncie, IN 47304

Doris Pastore
178 East 80th Street
Apt 15E
New York, NY 10075

Dhruv Panchal
1533 Village Center Drive
Bldg 4, Apt 207
Lakeland, FL 33803

Donald Eagerton
8805 Kings Road
Myrtle Beach, SC 29572

Dorota Lebiedz-Odrobina
1122 Arbor Dr.
Shrewsbury, MA 01545

Diana Young
1811 Ibis Lane
Sanibel, FL 33957

Donald Miller
CPCMG
4610 Trieste Drive
Carlsbad, CA 92010

Douglas Henning
Mercy Health System-JaneW
3703 Spy Glass Ridge Rd
Crystal Lake, IL 60012-1

Diane Eline
650 E Indian School Rd
RS/151B
Phoenix, AZ 85012

Donald Forance
1400 Hand Avenue
Ormond Beach, FL 32174

Douglas Slater
7645 West Hulbert Road
Frederic, MI 49733

Dilip Bearelly
8656 Arrowwood Drive
Mason, OH 45040

Donald Silcox
700 West Parr Ave. Suite A
Los Gatos, CA 95032

Douglas Casey
5919 General Haig Street
New Orleans, LA 70124

Dilrukshie Cornelio
20437 Madison Street
Torrance, CA 90503

Donald Thomas
9208 Bradford Rd
Silver Spring, MD 20901

Douglas Roberts
500 University Ave #230
Sacramento, CA 95825

DIMITRIOS GIANNAKIDIS
4050 Minnesota Ave
Duluth, MN 55802

Donna Gray
1262 Oliver Street
Fayetteville, NC 28304

Dr. N. Khorrami-Arani In
Nivmand Khorrami-Arani
1527 Mulberry Lane
Comox
BC V9M 3S4, Canada

Divya Rajasekaran
550 Locust St
Apt 5D
Mt Vernon, NY 10552

Donnard Haggins
1991 W 7 Mile Rd
Detroit, MI 48203

Dr. R. Kurwa
926 Deep Springs Drive
Claremont, CA 91711

Dr. Zulkharnain
Zulkharnain Medical Services, Inc.
136 Sobieski Street
Buffalo, NY 14212

Edward
#7935
Walnut, CA 91789

15 Rice Street
Newton, MA 02459


Dragana  Jokic
224 Daffodil Dr
Freehold, NJ 07728

Edward Clark
2160 South First Avenue
Building #54 Room 149
Maywood, IL 60153

Eliotte  Hirsbherg
INERMOUTNAIN HEALTH CARE
5121 SOUTH COTTONWOOD
MURRAY, UT 84107


Dulal  Bhattacharjee
1319 Saint Georges Avenue
Apt 214
Rahway, NJ 07065

Edward Rico
4333 Bell Rd
Unit 809
Newburgh, IN 47630

Elizabeth  Bagsby
2329 Central Ave
Indianapolis, IN 46205


E Alec Schoenberger
235 Bradford Circle
Blue Bell, PA 19422

EDWING DAVID  DIAZ PERTUZ
Calle Sancho Ramirez
11, esc izda, piso 5D
Pamplona,  31008, Pamplona

Elizabeth  Hsu
1751 W Walker Street
Apt 8202
League City, TX 77573


E Brien  Dugas
70 Kenyon Ave
Ste 324
Wakefield, RI 02879

Ehteshamul  Anjum
7671 Evelyn Drive
South Beloit, IL 61080

Elizabeth  Lawler
120 E. Main St Apt 1702
Lexington, KY 40507


Earline  Whitcomb
111 Colchester Avenue
Burlington, VT 05401

Elaf  Abu
P.O.Box 227
Jeddah 21411

Elizabeth  Stahl
901 Vestlake Hollow Circl
Vestavia Hills, AL 35242


Eddie Benge
691 Blackhawk Drive NE
Alburquerque, NM 87122-1803

Elaine Cong
61 west 62nd Street
Apt #12-G
new york, NY 10023

Elizabeth  Szilagyi
Doctor's office
139 Avenue U
Brooklyn, NY 11223-3606


Edgar  German Mena
12433 NW 62nd Court
Coral Springs, FL 33076

Elana  Rosman
1601 3rd Avenue
Apt 18K
New York, NY 10128

Elizabeth Cook
3601 Quaker Ridge Lane
Grand Chute, WI 54914


Eduardo Noguera
8900 Transue Drive
Bethesda, MD 20817

Elena Cucurull
714 Shady Lake Pkwy
Baton Rouge, LA 70810

Elizabeth Russell
2200 Riverfront Dr.
Apt #7104
Little Rock, AR 72202


Edward  Fourgas
21520 Francis
St Clair Shores, PA 48082

Elena Barnes
7155 HWY A1A
Melbourne, FL 32951

Elizabeth Sack
604 South Poplar Ave
Elmhurst, IL 60126

Ellie Chen
23 Chester Street
Nashua, NH 03064

Emory University, 1462 Clifton
ATTN: ANN HULTON
Atlanta, GA 30322

1532 Midlothian Tpke
SUITE E
North Chesterfield, VA 2

Elmhurst Hospital Center
79-01 Broadway
ATTN: CHERYL RAMER
Elmhurst, NY 11373

Emory University School of Me
1462 Clifton Road, Suite 276
Atlana, GA 30322

Eric Frey
487 13TH ST
Brooklyn, NY 11215

Eloy Ituarte
5550 E. Brookdale Drive
Reno, NV 89523

Enas Danidni
1263 S CHILLICOTHE RD
Suite 284-56
Aurora, OH 44202

Eric Ho
163 Julia Flynn Avenue
Isaacs, Australia 02607-

Elva Dreisbach
13914 Bora Bora Way
Suite 106D
Marina del Rey, CA 90292

Eneida Agosto. MD, PC
151-57 11th Avenue
Whitestone, NY 11357

Erica Hill
225 Rosemary Ave
San Antonio, TX 78209

Emilia Dulgheru
1909 Baylor Ave
McAllen, TX 78504

Enqwest Telecommunications
12 Daniel Road East
Fairfield, NJ 07004

Erin Farrell
2007 Woodland Estates Dri
Elkhart, IN 46514

Emilio Supsupin, Jr.
3001 Murworth Drive
Unit 804
Houston, TX 77025

Entela Pone
832 Walden Ave
Buffalo, NY 14211

Erin Marcus
U Miami
325 Cypress Drive
Key Biscayne, FL 33149

Emma Diiorio
2730 University Blvd West Ste 3
Wheaton, MD 20902

Eric Awwad
706 Windflower Ct
Brownsburg, IN 46112

Ervin Lowther
4935 Tutelo Trail
Winston Salem, NC 27127

Emma Raizman
3556 Autumn Tree Dr
Medina, OH 44256

Eric Schwartz
608 Portledge Drive
Bryn Mawr, PA 19010

Esther Hwang
4717 NW Lincoln Ave
Vancouver, WA 98663

Emory School of Medicine
Office of the General Counsel
101 Administration Building
201 Dowman Drive
Atlanta, GA 30322

Eric Wallace
7889 Wheeler Canyon Rd
Santa Paula, CA 93060

Eugene Pantangco
66 Thornapple
Irvine, CA 92620

Emory School of Medicine
Continuing Medical Education Dep
ATTN: Karlotta Brown
1462 Clifton Road
Atlanta, GA 30322

Eric Ex
240 Clovernook Drive
Arden, NC 28704

Eugene Trowers
U of Arizona
4911 N. Avenida De Castil
Tucson, AZ 85718

Eugene Scarano
2014 Father Angelo Drive
Hazle Township, PA 18202

Fanshan Kedrachar Kennedy
1000 Huntington Ave
PASADENA, CA 91107

1824 Baihly Hills Drive, S
Rochester, MN 55902

Eve Wolinsky
2553 Essex Street
Orono, ME 04473

Fardina Malik
613 Winans Way
Baltimore, MD 21229

Frank  Lovell
SMB Radiology
12478 Preservation Drive
Gulfport, MS 39503

Evelyn Donroe
30 Abbey Lane
Hamden, CT 06514

Fawad  Aslam
211 Wisconsin St, Apt 301
Eau Claire, WI 54703

Frank Kennedy
1824 Baihly Hills Drive, S
Rochester, MN 55902

Evelyn Love
156 Pond Street
Hopkinton, MA 01748

Ferris  Ginsberg
34 Ascot Dr
Ocean, NJ 07712

Franklin  Grauzer
265 Hillsboro Pl
Nashville, TN 37215

Evgenia  Korytnaya
8 E 9th street
Apt. 2202
Chicago, IL 60605

Floyd Gonzalez
821 Walter J Leeper Drive
De Queen, AZ 71832

Frazier King
1229 W Shingle Mill Road
Sandpoint, ID 83864

Fadi  Nabhan
5572 Lincoln Center Blvd
Dublin, OH 43016

Foundation for Improving Patient Risk and
2125 Center Ave., Suite 100
Fort Lee, NJ

Fred Isenberg
560 Timberwood
Thousand Oaks, CA 91360

Faiza  Malik
810 Ferry Road
Apt 105
Galveston, TX 77550

Frances  Immordino
2117 22nd Road
Astoria, NY 11105

Fred Greensite
18 Lyon
Newport Coast, CA 92657

Faiza Chaudhry
1024 Betty Lane
Easton, PA 18040

Francesca  Wilkins
1112 South Church Street
Jonesboro, AR 72401

Fred White
2125 Pine Street
Abilene, TX 79601

Family Care Associates, GBMC
JoAnne Wills
6535 N. Charles ST Suite 1000
Towson, MD 21204

Francine  Bruder
6130 Rothbury St
Portage, MI 49024

Frederick Memorial Hospi
400 W. 7th St.
ATTN: LUCY KOSCIELNIAK
Frederick, MD 21701

Farah Salahuddin
11950 Idaho Avenue #122
los angeles, CA 90025

Frank   Starvaggi
345 West 58 Street
New York, NY 10019

Furkhan  Kachhawala
300 Humar Street Apt 5
West Bend, WI 53095

G. Andrew Smith
7600 Seven Gables St
Terre Haute, AL 47802

Gee Eee Cee
400 Cowper Bet Plaza
Greenville, NC 27858

Ge Eee St Eee Main
215 S Scott St
New Orleans, LA 70119

Gabriel  Radu
4237 richmond ave
staten island, NY 12831

Geisinger Medical Center
100 N. Academy Ave
ATTN: SUSAN ROBISHAW
Danville, PA 17822

Gino  Mongelluzzo
213 W 3rd Street
Bloomsburg, PA 17815

Gagan  Pawar
Clinicas del Camino Real
1660 Glider Ct
Thousand Oaks, CA 91320

Gemma  Lim
38902 Scenic View Dr
Sartell, MN 56377

Godson  Asamoa
222 Stone Fence Road
West Chester, PA 19382

Gail  Hacker
1003 Elkay Dr
Eugene, OR 97404

Geoffrey  Geiger
777 South Broad Street, Ste. 400
PHILADELPHIA, PA 19147

Greenville Memorial MediC
701 Grove Road
ATTN: FAY TOWELL
Greenville, SC 29605

Gamaliel  Rodriguez-Herrera
1419 Saint Gabrielle Lane #400
Weston, FL 33326

George  Hanna
3718 Peppervine Way
Sugarland, TX 77479

Gregory  Bombassei
Dartmouth Endocrinology,L
40 Dale Road
Suite 202
Avon, CT 06001

Garland  Gossett
1315 St. Joseph Parkway
Houston, TX 77002

George Hanna
PO Box 728
Bay City, TX 77404

Gregory  Cammell
7046 Riverwood Lane
Grand Rapids, MI 49546

Garvin Murray
7963 Eagle Ranch Road
Port Collins, CO 80528

Gerald Ho
750 21st ST, #C
Santa Monica, CA 90402

Gregory  Czarnecki
41 Baldwin Lane
Glastonbury, CT 06033

Gary  Press
1804 Garnet Avenue
Suite 454
San Diego, CA 92109

Geri  Maas
526 Lake Ave
Webster Groves, MO 63119

Gregory  Huff
26 Morning Grove Drive
Jackson, TN 38305

Gayatri  Kuraganti
2037 S Main street
Moultrie, GA 31768

GESNER TORCHON
1709 Whittling Court
Fort Myers, FL 33901

Guadalupe  Rengifo
Hernando Giraldo MD PA
200 East Hallendale Beach B
Hallendale, FL 33009

Geeta  Jain
6240 Linway Terrace
Mclean, VA 22101

Ghanem  Almounajed
5059 Villa Linde Pkw
Ste 28
Flint, MI 48532

Guli  Khan
2 Abate Drive
Millstone Township, NJ 0

Guy Wheeler
922 Millercrest Drive
Johnson City, TN 37604

Harold Bumen
2001 NE 27th Ave
Portland, OR 97212

Guy Cline
182 Sunbrook Dr.
Chambersburg, PA 17201

Gwen Nazarian
21115 Christmas Lane
Excelsior, MN 55331

Harsha Aramada
5946 Dorothy Bolton Court
Alexandria, VA 22310

Henri Godbold
28694 CastleGate Drive
Southfield, MI 48034

Halyna Kuzyshyn
121 Old Orchard Rd
Cherry Hill, NJ 08003

Hasmukh Prajapati
6296 108th Ave N
None
Pinellas Park, FL 33782

Henry Bobeck
1406 Alberdeen Road
Mountain Top, PA 18707

Hamid  Kiabayan
10404 Wetherburn Road
Woodstock, MD 21163

Heather  Finke
3989 Orangewood Dr
Orange Village, OH 44122

Henry Davis
7200 Meadow Ridge Drive
Terre Haute, IN 47802

Hana Hulinska
22 Westwood Drive
Easton, CT 06612

Heather  Schwemm
184 Ridge Road
Portland, ME 04103

Henry Mayo Newhall Memor
23845 McBean Pkwy
ATTN: GLENDA SCHNEIDER
Valencia, CA 91355

Hani  Sharkey
300 3rd street
Apt 801
San Francisco, CA 94107

Heather Gerst
295 Alaina Drive
Loganton, PA 17747

Henry Steven  Lawrence
1641 Stonington Drive
Hudson, OH 44236-1238

Harchetan  Sandhu
3244 Hudson ave
Chico, CA 95973

Heather Goodwill
23626 W 92nd Ter
Lenexa, KS 66227

Herman  Branson
14617 Notley Road
Silver Spring, MD 20905-

Harini  Jalagani
3432 Woodshire  Crossing
marietta, GA 30066

Heidi Schneider
3680 Southwood
Tyler, TX 75707

Himabindu  Reddy
5044 Prestwick
Marion, IN 46953

Harold  Tice
2926 Judith Drive
Merrick, NY 01156

Helen  Han
21 Carriage Lane
Marlborough, CT 06447

Hinda  Greene
3640 Lakeview Dr
Sebring, FL 33870

Harpinder  Ajmani
9119 Kostner
Skokie, IL 60076

Helen Reyes
5354 Serenade Lane
Stockton, CA 95207

Hong Mei
283 Simon Willard Rd
Concord, MA 01742

Houston Methodist Hospital
710 FM 1960 RD., West
Library, ATTN: MARILY HOU
Houston, TX 77090

100 Meadowmont Village Cir
Chapel Hill, NC 27516

4225 Gunston Hall
New Albany, OH 43054

Howard Schertzinger
720 Miamiview Court
Loveland, OH 45140

INTERNAL MEDICINE ASSOCIATES
Allison LIPSEY
1301 KENSINGTON LAKE DRIVE
EASLEY, SC 29642

J. Michael Metts
3200 Grand Avenue
Des Moines, IA 50312-419

Hugh McGrath
4708 Haring Court
Metairie, LA 70006

Internal Revenue Service
Philadelphia, PA 19255-0030

Jacqueline Fischer
One Illini Drive
Peoria, IL 61605

Hui Peng
5100 Glow Haven Way
Perry Hall, MD 21128

Ion Ratiu
2200 Park Bend Dr
BLDG 3-300
Austin, TX 78758

Jacqueline Salazar
16241 Biscayne Blvd
North Miami Beach, FL 33

Hui Zhao
13357 E Cochise Road
Scottsdale, AZ 85259

Irene Flatau
8 Foxhall Drive
Saratoga Springs, NY 12866

Jacqueline Johnson
931 Hinkle Creek Road
Sutherlin, OR 97479

Huron Gastro
John Walsh
5300 Elliott Dr.
Ypsilanti, MI 48188

Iris Bonilla-Yoon
1 John Benson Road
Lexington, MA 02420

JAIME RUIZ-MONTERO
2226 COOK CT
SCHERERVILLE, IN 46375

Hussaina Saria
9500 Osuna Road NE APT. 623
Albuquerque, TX 87111

Irphan Gaslightwala
2045 Sandy Dr
State College, PA 16803

Jake Westerberg
9806 Sherman Avenue
Lubbock, TX 79423

Iftequar Ahmed
Capital Internal Medicine & General Medic.
3225 Blue Ridge Road, Suite 112
Raleigh, NC 27612-8060

Israel Orija
2145 Millennium Way NE
Atlanta, GA 30319

Jalal Mukhtar
112 MEADOW RIDGE DR
APT 18
HERMON, ME 04401

Ihsan Mamoun
2028 Sperrys Forge Trail
Westlake, OH 44145

Issam Cheikh
1401 Autumn Leaf Rd
Towson, MD 21286

James Applebury
3126 Oak Road Apt 424
Walnut Creek, CA 94597

Imanual Somers-Dehaney
3374 Douglas Drive
Binghamton, NY 13903

Iwan Tjauw
18924 Saddle River Dr
edmond, OK 73012

James Frisbie
8304 Highwood Dr
Bloomington, MN 55438

James Goble
471 N Cleveland Massillon Rd
Akron, OH 44333

James Hellerman
PMHC
841 Fairfield Court
Yorktown Heights, NY 10598

James Hess
141 Roxbury Rd
Garden City, NY 11530

James Kohlroser
45 Half Hollow Road
Commack, NY 11725

James Lam
310 Cornell Dr. SE
Albuquerque, NM 87106

James Ragland
2966 Domino Drive
Bismarck, ND 58503

James Britt
113 Christopher Drive
Clayton, NC 27520

James Coleman
25429 Spindle Lane
Daphne, AL 36526

James Kessler
50 Appletree Lane
Roslyn, NY 11576

James Thomas
482 Church Road
Albany, NY 12203

James Scarborough
Ellensburg, WA 98926

Jan Davis
1000 Health Center Drive
Mattoon, IL 61938

Jane Cooper
233 Patton Drive
Cheshire, CT 06410

Jane Derrig
126 Nansemond Pointe Drive
Suffolk, VA 23435

Jane Hernandez-Ing
46-162 Nahiku Place
Kaneohe, HI 96744

Janice Koval
2841 Debarr Rd Ste 50
Anchorage, AK 99501

Jason Schafer
65 War Trophy Lane
Media, PA 19063

Jason Brucker
4610 Center Blvd
Apt 618
Long Island City, NY 11109

Jawad Bhatti
14631 Charter Walk Ct
Midlothian, VA 23114

Jay Patel
15 Redwing Drive
Bridgewater, MA 02324

4305 N. Kolmar Ave.
Chicago, IL 60641-1949

Jean Mancini
245 JAYBIRD CT
BRISTOL, TN 37620-5855

Jeff McPherson
2447 S. Plumthicket Ct
Andover, KS 67002

Jeff Fong
2691 17th Avenue
san francisco, CA 94116

Jeff Neher
AGMC PPG
23 Blackberry Dr.
Hudson, OH 44236

Jeffrey DeSanto
Central Illinois RadioloA
4319 W Deermeadow Drive
Peoria, IL 61615

Jeffrey Feinstein
8018 Winter Park
San Antonio, TX 78250

Jeffrey Lynds
21 Glover Rd
Rumford, ME 04276

Jeffrey Sodergren
14103 Windy Creek
Helotes, TX 78023

Jeffrey Sweet
3100 W. Touhy Ave
Apt 1
CHICAGO, IL 60645

Jenine Gravina
109 Lincoln Lane
Berlin, NJ 08009

Jennifer Harris
Apt 5E
New York, NY 10017

Jennifer Sullivan Esc Inc
639 W Melrose St
Unit 1s
Chicago, IL 60657

Jennifer  Jacobs
2495 Main Street
Ste 230
Buffalo, NY 14214

Jerry  Goldberg
1000 N. Oak Avenue
Marshfield, WI 54449

Jillian  Klaucke
GBMC
6535 N Charles St Suite P1
Baltimore, MD 21204

Jennifer  Pulliam
5364 Stoneybrook Drive
Broomfield, CO 80020

Jerry Kosowksky
18700 North 64 Drive Ste 301
Glendale, AZ 85308

Jim  Whitehurst
349 Bloombridge Way NW
Marietta, GA 30066

Jennifer  Calagan
9420 Dantel Dr
New Port Richey, FL 34654

Jesse  Rael
1716 Proctor Drive
Santa Rosa, CA 95404

Jim Gore
2101 Key Drive
Brentwood, TN 37027

Jennifer  Carter
10851 Parkgate Dr
Nokesville, VA 20181

Jessica  Jenkins
University of Missouri-Columbia
One Hospital Dr.
DC043.00
Columbia, MO 65212

Jim Smick
N1075 Summer Breeze Lane
Greenville, WI 54942

Jennifer  Holst
5427 Fair Oaks Street
Pittsburgh, PA 15217

Jessica Chapman
23 Winthrop Ave
Albany, NY 12203

Jinny Baker
772 Rangewood Road
Piney Flats, TN 37686

Jennifer  Pedersen White
2218 Kings Way
Augusta,, GA 30904

Jessica Cozzens
2675 Central Ave
Billings, MT 59102

Joan  Bailey
2200 N. 3rd Street
Phoenix, AZ 85004

Jennifer  Vacca
7870 E 29th Ave
Denver, CO 80238

JESSICA DIORIO
11A OAK ST., APT 5
WEEHAWKEN, NJ 07086

JoAnne  Kriege
7679 Greenwood Road
Verona, WI 53593

Jennifer Jacob
Advanced Educational Products
2495 Main Street
Ste 230
Buffalo, NY 14214

Jill  Fallon
71 Addison Drive
Basking Ridge, NJ 07920

Jodi Shields
141 Biscayne Avenue
Tampa, FL 33606

Jennifer Roost
619 Cotton St
Menlo Park, CA 94025-5606

Jill Gibson
2595 Mckay Landing Pkwy
Broomfield, CO 80023

Jody  Kerr
551 Suwanee Circle
Tampa, FL 33606

Joe Kennard
6442 Woodbine Avenue
Philadelphia, PA 19151

John
greenville, NC 27834

John Dingell VA MedicC
Library (11R-EIM), ATTN:S
4646 John R St
Detroit, MI 48201

Joel Clarfield
11550 Indian Hills rd
ste 200
Mission Hills, CA 91345

John  Hurley
601 N 30th Street
Omaha, NE 68131

John Dingell VA Medical C
Khurshaid Alam
4648 Pond Run
Canton, MI 48188

Joel Mabalot
106 Silkwood Turn
Yorktown, VA 23693

John  Jaworsky
320 E 46 St.
Apt. 4C
New York, NY 10017

John Houk
529 Windings Court
Cincinnati, OH 45220

Joel Smith
16520 Ashworth Avenue North
Shoreline, WA 98133

John  Mathews
151 McGowan Court
Hot Springs, AR 71913

John Perl
2686 E Windsong Drive
Boise, ID 83712

John   Lavery
997 Raintree Circle St  120
Allen, TX 75013

John  O'Neill
171 Lovers Lane
Ancaster, ON L9g1g9

John Sorgj
2491 Sawmill Road
Apt. 1108
Santa Fe, NM 87505

John  Arrington
6334 W Maclaurin Drive
Tampa, FL 33647

John  Podgore
6516 Meadow Haven
Fort Worth, TX 76132

John Swisher
4353 Aylesbury Dr
Knoxville, TN 37918

John  Bies
1120 Professional Blvd
Evansville, IN 47714

John  Strong
1547 Morgan Street
Wooster, OH 44691

John Wang
426 W 58th Street
New York, NY 10019

John  Cranwell
3056 Newton Street
Denver, CO 80211

John  Trapp
1500 South 48th Street
Lincoln, NE 68506

John-Paul D Jansen
8664 Forrest Dr
Highlands Ranch, CO 8012

John  Croghan
255 Melrose Avenue
Kenilworth, IL 60043

John Andrew
8410 W Loop 335
Amarillo, TX 79119

Jolene Key
7733 Sandy Hollow Dr. SE
Alto, MI 49302

John  Franzese
396 Main Street
Chatham, NJ 07928

John Arnett
Bassett Medical Center
One Atwell Road
Cooperstown, NY 13326

Jon  Hunsaker
3283 E. Washington Ave.
Gilbert, AZ 85234

Jon  Udwary
1115 Clint Court
Bogart, GA 30622

Jonathan Mechel
North Wales, PA 19454

62 WEBBER PL.
GROSSE POINTE, MI 48236

Jonathan  Megerian
6 NANCYS WAY
LITTLETON, MA 01460

Jose  Buenaseda
333 W Summerchase Dr
Fayetteville, NC 28311

Josheila  Crandall
450 Clarkson Ave
Room B6518
Brooklyn, NY 11203

Jonathan  Ponder
2520 Leyla Lane
College Station, TX 77845

Jose  Lara
Bell Clinica familiar
4670 Gage Ave
Bell, CA 09020-1136

Joshua  Aaron
6 Angelica Drive
Avondale, PA 19311

Jonathan  Schlosser
3 Chip Circle
Montebello, NY 10901

Jose  Roldan
4511 Horizon Hill
San antonio, TX 78229

Joshua A  Bemporad
122 North 36th Street
Allentown, PA 18104

Jonathan  Singer
8400 E Prentice Ave
Suite 301
Greenwood Village, CO 80111

Jose Nassar
P.O. Box 9132
Humacao, PR 00792

Joy  Bhat
Rush Rehab
600 N McClurg Ct Apt 1412
Chicago, IL 60611

Jonathon  Kirsch
629 Birch Point Drive
Stevens Point, WI 54481

Joselito Reyes
6 Sylvan Glen Court
Burr Ridge, IL 60527

Julia Tang
609 Rye Ridge Road
Cary, NC 27519

Jonida  Cote
174 Kimberly Lane
Shavertown, PA 18708

Joseph  Compton
2976 Arbor Hills Drive
Debuque, IA 52001

Julian  Nelson
311 Winterton Road
Bloomingburg, NY 12721

Jordan  Cohen
6002 E Exeter Blvd
Scottsdale, AZ 85251

Joseph  Devich
1205 Delaware Street
White Oak, PA 15131

Julie Hildebrand
1809 Autumn Hill Dr
Verona, WI 53593

Jorge  Zamora
2601 Cornerstone Blvd
Edinburg, TX 78539

Joseph  Kretschmar
401 Takoma Avenue
Greenville, TN 37743

Julie Larson
620 Harang Ave
Metairie, LA 70001

Jorge Tobar
11200 RANDY ROAD
AUSTIN, TX 78726

Joseph  Sarnelle
2 Hixon Terrace
Holmdel, NJ 07733

Julie Reynolds
1500 Santa Rosa
Madison, TN 37115

Justin Sloane
21212 Fern Circle
Huntington Beach, CA 92646

Karen Hoffman
Glen Allen, VA 23059

747 Broadway
Seattle, WA 98122


Justin Costello
100 North Santa Rosa
PH 23
San Antonio, TX 78207

Karen Hippe
3545 Sunbright Ln
Raleigh, NC 27610

Kathryn  Baker
5520 Park Avenue
Suite 206
Trumbull, CT 06611


Justo Sierra
1701 Arch Street
Apt 1106
Philiadelphia, PA 19103

Karin  Antevil
3400 W. Landing Dr
Chesapeake, VA 23322

Kathryn  Mosher
226 Treetop Spur
Copley, OH 44321


Justyna Watkowska
26 Lily Pond Lane
Katonah, NY 10536

Kate  Pyzdrowski
6435 Virginia Drive
Excelsior, MN 55331

Kathryn Hester
1001 North Waldorp Drive
Suite 601
Arlington, TX 76012


Jyothsna  Palla
6420 Double Eagle Drive
Unit 904
woodridge, IL 60517

Katerina  Silverblatt
Heights Pediatrics
145 Henry Street
Suite 1 G
Brooklyn, NY 11201

Kathy Joo
40700 California Oaks Rd.
Suite 208
Murrieta, CA 92562


Jyothsna Rayadurg
11593 Cedar Pass
Minnetonka, MN 55305

Katherine  Buchanan
8530 Bluegate St
Houston, TX 77025

Kathy Lynn
458 Hemlock Street
SUITE 201
Macon, GA 31201


Kaiser Permanente Downey
Cindy Runnels
9449 Imperial Highway
Medical Library
Downey, CA 90242

Katherine  Milroy
PO Box 20150
Stanford, CA 94309

Katrina  Natividad
795 Willow Road
Menlo Park, CA, CA 94025


Kara Petersen
3404 S Jesse James Circle
Sioux Falls, SD 57103

Katherine  Morrison
Greenbrier Physicians
200 Maplewood Ave.
Ronceverte, WV 24970

Kaylund  Chan
1821 Shaddy Terrace
Fremont, CA 94539


Karen  Ephlin
1675 Prospect Road
Mountain Top, PA 18707

Katherine  Temprano
2106 Pinecreft Manor Lane
St. Louis, MO 63122

Kean Ming  Wong
13 Coates Street
Morningside,  4170, NON


Karen  Fraley
17566 Sanctuary Drive
Wayzata, MN 55391

Kathleen McKinnon
3732 Lincoln
Bloomfield Hills, MI 48301

Keith Atkins
62 Oakmont Place
JACKSON, TN 38305

Keith Lam
1338 Laird Ave
Salt Lake City, UT 84105

Keith Tonkin
1020 Island Drive
Memphis, TN 38103

Kelly  Broderick
185 Crest Rd
Woodside, CA 94062

Kennedy McMullen
3159 Stratford Green Place
Avondale Estates, GA 30002

Kenneth  Gellman
3745 NW 89 Terrace
Hollywood, FL 33024

Kenneth  Lynch
1320 W Wesley Rd NW
Atlanta, GA 30327

Kenneth  McIntyre
Hillsville Family Care Center
702 Pine Street
Hillsville, VA 24343

Kenneth  Weiss
102 N Mill St
Apt 1206
Jackson, MS 39201

Kenneth Fox
34 Augusta Lane
Martinsburg, WV 25405

Kenneth Gheen
5317 Mail Creek Lane
Fort Collins, CO 80525-3840

Ken Mains
1654 east 2400 north
Layton, UT 84040

Kenneth Lee
160 E Artesia #140
Pomona, CA 91767

Kenneth Zide
4470 Nautilus Drive
Miami Beach, FL 33140

Kent Ta
16404 - 14th Dr SE
Mill Creek, WA 98012

Kerren  Elder
3620 Chagford Ln
Fayetteville, NC 28306

Kerry  Whitelock
107 Garret Way
Port Matilda, PA 16870

Ketti  Awad
6527 Westchester Avenue
Houston, TX 77005

Kevin Helvie
1101 Michigan Avenue
Logansport, IN 46947

Kevin Adams
2801 Martin Luther King Dr
Cleveland, OH 44104

Kevin Donnelly
2031 Alta Vista Drive
Vista, CA 92084

Khusro  Rashid
5234 Sagail Place
San Antonio, TX 78249

Kim Anderson
800 North A Street
Easley, SC 29640

Kiran  Shah
5012 York Lane
Plano, TX 75093

Kiran  Ubriani
8 Carteret Trail
Basking Ridge, NJ 07920

Kiran Chava
80 Palmetto
Kenner, LA 70065

Kiron  Thomas
11117 Torbay Dr
Bakersfield, CA 93311

Kostas   Botsoglou
79 Pheasant Run Lane
Lancaster, NY 14086

Kourosh  Adhami
5 Heather Hill Rd
Brookville, NY 11545

Kristen  Hyland
10 Saxford Place
Durham, NC 27713

Kristen Sacalaria Deschiri
1624 Kamole St
Honolulu, HI 96821

2951 Audubon Circle
Davis, CA 95618

Birmingham, AL 35242

Kristen Thomas
1012 Meadow Glen Rd
Middle River, MD 21220

Laura Llinas Lux
2628 Honeysuckle Lane
Elmira, NY 14903

Lawrence Attia
350 West 58th Street
Ground Floor
New York, NY 10019

Kurt Kodroff
128 Willow Street
Apt 5C
Brooklyn, NY 11201

Laureate Group
Suma Dronavalli
1300 Beech Valley Rd NE
Atlanta, GA 30306

Lawrence Churchville
35 Fitchburg Road
Townsend, MA 01469

Kurt Velguth
5716 15th Ave NE
Apt B
Seattle, WA 98105

Lauren Kirkpatrick
5905 Canaveral Dr
Columbia, MO 65201

Lawrence Gaul
LWG Consulting
56 Edwards Village Blvd Sl
# 193
Edwards, CO 81632

L Brushing
8210 Walnut Hill Lane
Ste 20
Dallas, TX 75231

Lauren Ousley
215 Elmdale Ave
Akron, OH 44313

Lawrence Freitas
136 Davis Dive
North Wales, PA 19454

Laila Tabatabai
4899 Montrose Blvd, Apt. 1110
Houston, TX 77006

Lauren Gray
444 NW Elks Drive
Corvallis, OR 97330

Lawrence Solins
3837 Poplar Ave
Brooklyn, NY 11224

Larry Harman
4920 Higel Avenue
Sarasota, FL 34242

Laurence Cambron
3912 Dogwood Place
Mount Vernon, WA 98274-8750

Leanza Liu
14618 Lander Rd
Midlothian, VA 23113

LaToya Wright
UTSW Medical Center
Dept. of Radiology
5323 Harry Hines Blvd
Dallas, TX 75390-9178

Laurie Bergstrom
1460 E. Paseo Pavon
Tucson, AZ 85718

Lee Kamstra
309 First Street NE
Orange City, IA 51041

Laura Calili
6641 Taraval Drive
Indianapolis, IN 46260

Laurie Mathie
438 Crimson Drive
Pittsburgh, PA 15237

Lee McHenry
550 N. UNIVERSITY BLVD
SUITE 1634
INDIANAPOLIS, IN 46202

Laura Durrett
5912 95th St.
Lubbock, TX 79424

Laurie Witts
3 Kings Row
North Reading, MA 01864

Leisa Batts
Department of Endocrinol
Mailstop 628
Greenville, NC 27858-435

Lena Be...   Li...   ...an & Goona
1560 Graystone Drive   ...   4 Cypress Street
Tuscaloosa, AL 35406   Seattle, WA 98116   Brookline, MA 02445

Leo Jeng   Lisa Jacob   Luz Alvarez
7016 BREMERTON DRIVE   9 West Library   34 Lindberg Ave
DALLAS, TX 75252   1775 Dempster Street   Amsterdam, NY 12010
   Park Ridge, IL 60068

Lester  Duplechan   Lisa Key   Luz Catherine  Tello
8200 Miami Road   3014 Los Prados   13007 Vandalia Drive
Cincinnati, OH 45243   St #300   Rockville, MD 20853
   San Mateo, CA 94403

Lester  Gerson   Lisa Lawson   Madalene Greene
1616 Fountain View   515 E. Las Olas Blvd   10401 Old Georgetown Rd
#412   6th Floor   suite 305
Houston, TX 77057   Ft. Lauderdale, FL 33301   Bethesda, MD 20814

Li Nichols   Lisa Mucciolo   Madelyn  Rovira
2004 Marsh Harbor Place   1401 Avenue G   Calle Falcon #65 Urb Mont
Wilmington, NC 28405   Danville, PA 17821   San Juan, PR 00926

Lily  Martorell   Lois  Shuman   Madhu  Mehta
25736 via sarah   Indiana University Radiology   8158 Winchcombe Drive
wildomar, CA 92595   550 North University Blvd.   Dublin, OH 43016
   Indianapolis, IN 46202

Lina  Leykina   Lourdes  Aponte   Magee-Women's Hospital
28 May Place   1302 Savannah Rd   300 Halket Street
Staten Island, NY 10312   Lewes,, DE 19958   Pittsburgh, PA 15213

Linda   Archer   LOWENSTEIN SANDLER, LLP   Maggie  Che
Eastern Virginia Medical School   65 LIVINGSTON AVENUE,   377 Sandpiper Drive
358 Mowbray Arch, Ste. 203   ROSELAND, NJ 07068   Davis, CA 95616
PO Box 1980
Norfolk, VA 23501-1980

Linda Deluxe   Ludie  Hernandez-Buck   Mahendra  Ghanta
79-01 Broadway   2008 Timber Ln   6735 York Castle ct
Elmhurst, NY 11373   Houston, TX 77521   Frisco, TX 75035

Lisa  Aurand   Lushan, McCarthy & Goonan   Majid Khan
17 Berkhire Court   PO Box 1604   583 Reynard Ct.
Lebanon, NJ 08833   Brookline, MA 02446   Bloomfield Hills, MI 483

Manpreet Sahni
7950 Ventnor Avenue
Margate City, NJ 08402

Manuel Carrasco
801 Caprock Dr
Big Spring, TX 79720

Manuel Lopez
35 Mineral Court
benson, NC 27504

Marc Jouandet
52 Whispering Pines Drive
Ithaca, NY 14850

MARC KLEIN
45 POPHAM ROAD
APT 2 K
SCARSDALE, NY 10583

Marc Klein
45 Popham Road, Apt. 2K
Scarsdale, NY 10583

Marc Klein
18 Prince Willow Lane
Mamaroneck, NY 10543

Marcos Montagnini
3163 Asher Road
Ann Arbor, MI 48104

Margaret Chapman
34 Stedman Street
Jamaica Plain, MA 02130

Margaret Goodman
3900 N Camino Ojo De Agua
Tucson, AZ 85749

Marjorie Fitch
Alexandria, VA 22312

Maria Patten
Maria Patten DO
163 Kuumele Place
Kailua, HI 96734

Maria Cortez
6222 Cypress Circle
San Antonio, TX 78240

Maria Garcia
12826 Lakeshore Dr
Clermont, FL 34711

Maria Paliou
103 West 117th St
Apt PH
New York, NY 10026

Maria Rivas
915 McCormick Dr
Lake Forest, IL 60045

Mariam Thomas
3933 Revere Ave
Los angeles, CA 90039

Maricela Gonzalez
12332 Morningside Lane
North Tustin, CA 92705

Maridine Co
2519 Sage Drive
Green Bay, WI 54302

Marie Culdwell
643 N Perrys Hollow Rd
Salt lake City, UT 84103

North Shore Hospitalists
1551 cuttysark Cove
Slidell, LA 70458

Marisabel Bravo
Endocrinology Miami, PA
2516 SW 20th Street
Miami, FL 33145

Marisha Newton
17 Rainflower Path #203
Sparks, MD 21152

Mark Brinckman
5603 S Biloxi Way
Aurora, CO 80016

Mark Keegan
1152 Taro Lane SW
Rochester, MN 55902

Mark Sturgill
14407 Crescent Cove Drive
Louisville, KY 40291

Mark Tan
7 Old Wood Rd
Stony Brook, NY 11790

Mark Grossnickle
167 Lake View Dr North
Macon, GA 31210

Mark Marzano
9140 The Lane
Naples, FL 34109

Mark Shelub
467 Lakeshore Drive
San Francisco, CA 94132

Mark Steele
95 Maple Grove Lane
Springfield, IL 06712

Mark Woods
111 ABERDEEN DR
GREENVILLE, SC 29605

Marshaleen Forsythe
717 Baker Court
Atlanta, GA 30349

Masoud Shiehmorteza
10202 Trails End Cir
None
San Diego, CA 92126

Matthew Roh
12533 Cerromar Place
Fairfax, VA 22030

Marta Moroldo
20 Cornwall Rd
Norwalk, CT 06850

MASSACHUSETTS GENERAL HOSP., NEURO DIV
55 FRUIT STREET
DEPT. OF NEURORADIOLOGY
ATTN: R. GILBERTO GONZALEZ, MD, PHD
BOSTON, MA 02114

Matthew Woops
1411 Tranquil Trail Drive
San Antonio, TX 78232

Martha Gonzalez
116 N. Brent St
Ventura, CA 93003

Massimo Pietropaolo
1611 Forest Trace Drive
Sugar Land, TX 77479

May Alattar
5263 Five fingers Way
Columbia, MD 21045

Martin Morell
107 Stonebridge Ct
New Hartford, NY 13413

Matthew Draelos
200 North Bryant Avenue
Ste 100
Edmunds, OK 73034

Mayura Madani
2081 Babcock Drive
Troy, MI 48084

Marvin Tam
6520 E Bar Z Ln
Paradise Valley, AZ 85253

Matthew Edel
5684 Furnace Rd.
Conneaut, OH 44030

McCarthy, Burgess and Wo
The MB & W Building
26000 Cannon Road
Cleveland, OH 44146

Mary Alizadeh
5811 Atlantic Blvd Unit 141
Jacksonville, FL 32207

Matthew Meyer
431 South Richard Street
Bedford, PA 15522

Meena Mittal
22 Kew Gardens Road
Kew Gardens, NY 11415

Mary Bryant
11201 Spyglass Hill Ln NE
Albuquerque, NM 87111

Matthew Wood
23 Sunset Terrace
Asheville, NC 28801

Meenakshi Padmanabhan
19/738 Burke Road
Camberwell, Victoria , A

Mary Jane Oneill
85 Herrick St
Beverly, MA 01915

Matthew Leone
3 Pulsifer Avenue
Apt 1R
Yonkers, NY 10701

Mehtap Berkmen
333 Kai Malu Place
Kihei, HI 96753

Mary Lathrop
132 Jeff Lane
Hummelstown, PA 17036

Matthew Michaels
1501 Bright Rd
Findlay, OH 45840

Mehwish Khan
39 Parsley
Savoy, IL 61874

Melanie Chatterji
91 Sherman Street
Unit 3
Cambridge, MA 02140

Memphis, TN 38163

13808 Professional Center D
Huntersville, NC 28269

Melanie Chatterji
1755 Allerford Dr
Hanover, MD 21076

Michael  Bagner
888 8th Avenue
3B
New york, NY 10019

Michael  Singer
MICHAEL SINGER MD PC
11 MOHEGAN DRIVE
CHAPPAQUA, NY 10514

Melinda  Ramsby
621 Huckleberry Hill Road
Avon, CT 06001

Michael  Barnidge
108 Savoy Dr
Monroe, LA 71203

Michael  Szatkowski
6355 Drexel Road
Philadelphia, PA 19151

Melinda Ramsby
Farmington Valley Arthritis & Rheumatology
54 West Avon Road
Avon, CT 06001

Michael  Garovich
2620 Raven Drive
Sullivavs island, SC 29482

Michael C  Lemieux
SVH
58 Cedar Village Place
Oakland, ME 04963

Melissa Craig
12780 Bluebird St NW
Coon Rapids, MN 55448

Michael  Ginsburg
US Dept of Veterans affairs
2304 Wild Forest Circle
Lewisville, TX 75056

Michael Decker
2307 SE 105th Ct
Vancouver, WA 98664

Melissa Ellis
710 Jefferson Ave
Apt 209
Cleveland, OH 44113

Michael  Irwig
1711 Willard St NW
Washington, DC 20009

Michael Grigsby
Brooke Army Medical Cente
3551 Roger Brook Drive
San Antonio, TX 78234

Melissa Walsh
1065 North 15 East
Mountain Home, ID 83647

Michael  Keleher
7004 santori Lane
Dublin, OH 43016

Michael Hein
2 Wake Robin Road
Ste 207
Lincoln, RI 02865

Meltem  Zeytinoglu
33 W Ontario #42F
Chicago, IL 60654

Michael  Marchese
4189 Waterbury Avenue
Bronx, NY 10465

Michael Koehler
University Hospitals GasA
523 Manorbrook Drive
Chagrin Falls, OH 44022

Melvin L. Butler
1003 Solomon Lane
Spring Hill, TN 37174

Michael  Phillips
2440 Coventry Rd
Cleveland Heights, OH 44118

Michael Purcell
Geisinger Medical Center
140 16th Streeet
Northumberland, PA 17857

Melvyn  Feliciano
4525 Altura PL NE
Albuquerque, NM 87110

Michael  Reichel
201 E.19th St
Apt. 11E
New York, NY 10003

Michael Reardon
2479 Indian Laurel Road
Charlottesville, VA 2291

Micheal Sorgini
180 Kenton Rd.
Chagrin Falls, OH 44022

Mihsenladresc Main
14904 Jefferson Davis Hig
Suite 203
Woodbridge, VA 22191

3201
Houston, TX 77054

Michele  Test
100 Saint Mary's Medical Plaza
Jefferson City, MO 65109

Mingi  Choi
Somerset Orthopedic Associates
1 Robertson Drive
Suite 10
Bedminster, NJ 07921

Mohammad  Bhatti
1325 Blakely Lane
Modesto, CA 95356

Michelle  McCain
459 Corporate Drive
Houma, LA 70360

Mini  Balaji
12, Bernadette Circle
Monmouth Junction, NJ 08852

Mohammed  Aldawish
Alrabwa P.box 261370
Riyadh 11342

Michelle  Agnew
16420 Alverno Dr
Brookfield, WI 53005

Mira  Jun
2316 Kendal Circle
College Station, TX 77845

Mona Shay
3109 Kennesaw Cir NW
Canton, OH 44708

Michelle Haggar
29 Amathus Avenue
Myria Court Flat 31
Ayios Tychonas Limassol Cyprus, CYPRUS 0

Miriam  Greenberg
6750 170 Street
Fresh Meadow, NY 11365

Moses  Keng
5101 Canyon Gate Drive
Plano, TX 75093

Michelle  Le
9154 Woodbridge Oak Terrace
Orlando, FL 32825

Mitchell  Berner
1722 Brookshire Ave.
Tustin, CA 92780

Moumina  Airood
238 Silleck st
Clifton, NJ 07013

Miguel  Jurado
225 Oakbend drive
Athens, GA 30606

Mitra  Dastghby
821 A South King Street
Leesburg, VA 20175

Mounir  Fertikh
1071 Celestial Street
Apt 1700
Cincinnati, OH 45202

Mikael  Lagwinski
3277 E Louise Drive
Suite 350
Meridian, ID 83642

Moges  Sisay
505 Sandalwood Drive
Evansville, IN 47715

Muguel  Fabrega
2910 Wickwood Dr.
Pearland, TX 77584

Milene Sirio  Guirado
rua 115 qd43 lt222 setor sul
goiania 07408-5240

Mohamad  Horani
3250 West Harrison
Chandler, AZ 85226

Muhammad Imran
8504 East 99th Street
Kansas City, MO 64134

Milind  Sinha
1019 Lexington Drive
Export, PA 15632

Mohammad Alsawah
3992 Hollyhock Drive
West Bloomfield, MI 48322

Muni Tahzib
78 Jefferson Street # 5-J
Hoboken, NJ 07030

Musaberk...
KCH
1314 Duncan Drive
Warsaw, IN 46580

Wyomissing, PA 19610

...al Inst of Medi
Bldg. 38 Room B1W10, ATTN
8600 Rockville Pike
Bethesda, MD 20894

Mutahir Abidi
11 Stayman Ct
Manalapan, NJ 07726

Nancy Batts
Department of Endocrinology
Mailstop 628
Greenville, NC 27858-4353

Nauman Qureshi
1700 Cordova Road
Germantown, TN 38138

Muthamma Machimada
108 N Bennington Drive
Spartanburg, SC 29307

Nancy Morris
4107 Brittany Court
Pensacola, FL 32504

Naval Hospital
P O Box 555191
CREW'S/Medical Libraies,B
Camp Pendleton, CA 92055

Myrvle L Lindberg III
1914 Briarton Wells
San Antonio, TX 78254

Nancy Spates
1515 Lake Lansing Road
Ste C-2
Lansing, MI 48912

Naval Medical Center SanD
Library Services BLDG 5-2A
34800 BOB WILSON DRIVE
San Diego, CA 92134

Nadeem Ansari
292 Barrington Lane
Bourbonnais, IL 60914

Narandra Bethina
25 Bacon St Unit 405
South Burlington, VT 05403

Naveed Iqbal
512 Dickson Hill Circle
West Columbia, SC 45208

Nafisa Kondru
1800 Highland Lane
Ashtabula, OH 44004

Narayan Dharel
934 Jamerson Lane
Glen Allen, VA 23059

Navid Nouri
300 S Biscayne Bvld
Apt 3102
Miami, FL 33131

Naila Ahmad
2501 E. Madison St. Apt. #304
Seattle, WA 98112

Nargess Kaviani
1042 Crabapple Dr
state college, PA 16801

Navin Barot
4640 W Beach blvd d3
Gulfparl, MS 39501

Naji Alamuddin
1352 South Street
Apt 300
Philadelphia, PA 19147

Nasrin Ashouian
104 Barton Drive
Spring City, PA 19475

Nazih Iskander
Metro Pain Clinic
21751 W 11 Mile Rd STE 215
Southfield, MI 48076

Nam Le
100 Saint Regis Court
Brentwood, TN 37027

Natalya Warner
2401 Cliffside Lane NW A-302
Gig Harbor, WA 98335

Neesha Amin
221 September Dr
Morgantown, WV 26508

Nancy Bolanis
19 Pulsifer St.
Newton, MA 02460

Nathan Balusik
4308 Drummond Rd
Toledo, OH 43613

New York Comprehensive C
Sanjeev Palta
112-01 Queens Blvd, #17 D
Forest Hills, NY 11375

New York ... Foo ... NYU POST-GRAD. MED SCH DO
577 First Avenue ATTN: DANIELLE MILBAUER
New York, NY 10016 Comox, BC, Canada V9M 3S4 577 FIRST AVE, #117
(RE: COURSE 2015, 317 CAR
NEW YORK, NY 10016

New York Weill Cornell Medical Dentoshi Minemura NYU POST-GRAD. MED SCH DO
1300 York Avenue Aobacho 4-1-1 Higashimurayama ATTN: DANIELLE MILBAUER
UNIV SJ WOODS LIB/SERIALS DEPT. Tokyo 189-0002 577 FIRST AVE, #117
New York, NY 10065 (RE: COURSE 2015, 316 PMR
NEW YORK, NY 10016

Nicol Gross Noman Saif NYU POST-GRAD. MED SCH, D
10903 New Hampshire Ave 700 E Marshall Ave ATTN: DANIELLE MILBAUER
Bldg 22 Room 4216 Longview, TX 75601 577 FIRST AVE, #117
Silver Spring, MD 20993 (RE: COURSE 2015, 317 CAR
NEW YORK, NY 10016

Nicole Davis Noriko Salamon NYU POST-GRAD. MED SCH. D
326 SE 45th Ave 621 S Barrington Ave 203 ATTN: DANIELLE MILBAUER
portland, OR 97215 Los Angeles, CA 90049 577 FIRST AVENUE, #117
(RE: COURSE 2013, 302 PMR
NEW YORK, NY 10016

Nicole Klett Norma Perez NYU POST-GRAD. MED SCH. D
201 Woodleaf Dr 2106 Coronet Blvd ATTN: DANIELLE MILBAUER
Chapel Hill, NC 27516 Belmont, CA 94002 577 FIRST AVENUE, #117
(RE: COURSE 2013, 303 PMR
NEW YORK, NY 10016

Nija Mathew Norman Rosen NYU POST-GRAD. MED SCH. D
90 Clent Road 1767 Glidden Court ATTN: DANIELLE MILBAUER
Great Neck, NY 11021 San Diego, CA 92111 577 FIRST AVE, #117
(RE: COURSE 2013, 302 RA)
NEW YORK, NY 10003

Nikolas Mata-Machado Nuzhat Chalisa Odette Mohamed-Santa
100 East 14th street # 801 2623 Rutland Road 1105 Warren Drive
Chicago, IL 60605 Naperville, IL 60564 Marshall, TX 75672

Niroshini Yahampath NYU AMBULATORY CARE CENTER (303) Ofey Nwozo
2141 Hanscom Drive ATTN: MR. GEOFFREY HALL 12547 Waterside Drive
South Pasadena, CA 91030 240 EAST 38TH STREET, 15TH FLOOR Alpharetta, GA 30004
(RE: COURSE 2013, 303 PMR)
NEW YORK, NY 10016

Nisrine Atieh NYU AMBULATORY CARE CENTER (305) Olayinka Wilhelm
361 Elmgrove ave ATTN: MR. GEOFFREY HALL 4528 Marshall Drive West
Providence, RI 02906 240 EAST 38TH STREET, 15TH FLOOR Vestal, NY 13850
(RE: COURSE 2015, 316 PMR)
NEW YORK, NY 10016

Nitin Sajnani NYU LANGONE MED CENTER, DIV. OF RHEUMAT Olga Pediatric Henthorn
439 Golden Dr NYU HOSP. FOR JOINT DISEASES, ATTN: TANI 23011 Laub Drive
Richland, WA 99352 301 EAST 17th STREET, Suite 1410 Cincinnati, OH 45215
(RE: COURSE 2013, 302 RA)
NEW YORK, NY 10003

Omar Machado
8181 El Mundo St, #3402
Houston, TX 77054

Pamela Freeman Schrage
1009 Burmont Lane
Philadelphia, PA 19144

Gastrointestinal Special
80 Humphrey's Center Dr.
Suite 200
Memphis, TN 38120

Omayra M  Quijano Vega
6936 47th Way
Pinellas Park, FL 33781

Pamela Phillips-Mann
2300 Rose Lane
Riverton, WY 82501

PAUL GERSH
100 WINSTON DRIVE
PH C S
CLIFFSIDE PARK, NJ 07010

Ongkarn  Sarasombath
4211 Cherokee circle
Fort Smith, AR 72903

Panayiotis  Economides
9 Iona Nicolaou Street
Engomi Nicosia 02406

Paul Reese
125 Fox Road
Unit 501
Waltham, MA 02451

Orsuville  Cabatu
17 Ampssler Way
Old Tappan, NJ 07675

Parham  Ghavami
9021 Sandpoint Way NE
Seattle, WA 98115

Pavankumar  Patel
1800 South Egret Bay Blvd
Apt 12106
League City, TX 77573

Osama Haikal
2136 E Desert Inn Road
Ste A
Las Vegas, NV 89169

Parveen  Qazi
30550 Forest Drive
Franklin, MI 48025

Pedro  Corzo
60 Dogwood Avenue
Roslyn Harbor, NY 11576

Osamah Elattar
2241 Cheswic Lane
Los Angeles, CA 90027

Patricia Martin
1759 Creekview Dr
Fogelsville, PA 18501

Peggy Byck
404 Herb River Drive
Savannah, GA 31406

Oscar  Ortiz
409 Primrose Dr.
Greensburg, PA 15601

Patricia Wade
PO Box 823902
Pembroke Pines, FL 33082

Penelope  Galbraith
215 Highbourne Ddr
Greenville, SC 29615

Oscar  Ortiz
1163 Route 37 West Ste A1
Toms River, NJ 08755

Patrick  Reilly
3241 Seville Dr
Pensacola, FL 32503

Petar  Otasevic
Stojana Protica 17
Serbia
Belgrade 11118

Paige Gault
3 Kings Grant Way
Simpsonville, SC 29681

Paul  Povanda
60 Frog Pond Road
Horseheads, NY 14845

Philip  Waller
12553 Gulf Freeway
Houston, TX 77034

Palmdale Regional Hospital
38600 Medical Ctr. Dr.
ATTN: KRISTEN WEGG
Palmdale, CA 93551

Paul  Shieh
1602 Walton Way
Wall Township, NJ 07753

Philip Shalen
The PRS Group, PA
85 Maple Ridge Lane
Snowmass Village, CO 816

Phillip Santamaria
PO Box 21426
San Juan, PR 00928-1426

Priyanka Deb
30 Botticello Drive
Manchester, CT 06042

2244 Westfield ct
Lancaster, CA 93536

Phillip Kempf
1635 North George Mason Drive
Ste 220
Arlington, VA 22205

Priyanka Deb
30 Botticello Drive
Manchester, CT 06042

Raghu Srinivasan
450 A Tucker Drive
Maysville, KY 41056

Phillip Pham
645 Davis Drive
Monroe, OH 45050

PROTON MEDIA
1690 SUMNEYTOWN PIKE
SUITE 140
LANSDALE, PA 19446

Rahil Shah
208 Lac Segnette
Luling, LA 70070

Piotr Sadej
1020 SIENA LN
VESTAL, NY 13850

Puja Karanth
8556 Sw 76th place
Gainesvile, FL 32608

Rahmet Muzaffer
608 Old Spring Drive
Bluefield, VA 24605

Poonam Walia
5620 NE Canard Dr
Hillsboro, OR 97124

Punitha Shivaprasad
1374 Whitehorse Hamilton Square
2nd Floor
Hamilton, NJ 08690

Rajesh Sethi
500 S UNIVERSITY AVE, SUI1
LITTLE ROCK, AR 72205

Pooya Hosseinzadeh
10791 North Kendell Drive
Ste B202
Miami, FL 33176

Quentin Johnson
605 Pradera Court
Pasco, WA 99301

Ram Kapoor
39400 paseo pdrea pkwy
fremont, CA 94538

Pragnesh Patel
1164 Larch Ave
Moraga, CA 94556

Quynh Le
5514 Ridgeview Dr Loop NE
Moses Lake, WA 98837

Raman Kumar
2 Heather Lane
Muttontown, NY 11753

Prasad Cherian
8 Glen Arden Road
Glenview, KY 40025

R. David Shepard
4224 N Tampania Ave
Tampa, FL 33607

Ramon Moreda
526 Madeira Avenue
Coral Gables, FL 33134

PRIME PRINTER SERVICES.
PO BOX 402
MANVILLE, NJ 30384-4351

Rachel Hopkins
210 Dewittshire Rd
Dewitt, NY 13214

RANDALL JAMES
5892 Losee Rd
ste 132-409
NORTH LAS VEGAS, NV 8908

Pritesh Mutha
9309 Brightway Court
Henrico, VA 23294

Rachel McKenney
1900 South Avenue
La Crosse, WI 54601-5467

Randolph Cordle
1206 Silver Arrow Court
Fort Mill, SC 29715

Randy Horacz
6801 N Table Mountain Rd
Tucson, AZ 85718

CL370
Indianapolis, IN 46202

11362 SW County Road
240
Lake City, FL 32024

Rani  Radhamma
6446 S Valley Brook CT
Springfield, MO 65810

REORDAN  DE JESUS
8501 SW 103RD AVE
GAINESVILLE, FL 32608

Richard Jones Jr.
2903 Vicksburg Ave NW
Canton, OH 44708

Ranjana  Nathan
2840 Carriage Way
West Linn, OR 97068

Resurrection Medical Center
7435 W. Talcott Ave.
Suite 470, ATTN: LAURA WIMMER
Chicago, IL 60631

Richard Mills
1820 Parkside Drive NW
Marietta, GA 30064

Rashida  Mahmud
316 Shalimar Ct
Monroeville, PA 15146

Reuben  Henderson
3918 huntrers ridge #4
lanisng, MI 48911

Richard Swanson
5714-126th Ave
Fennville, MI 49408

Raymond  Adams
325 Mount Arter Loop
Lander, WY 82520

Ria  Bardhan
90 Groveland Terrace
Minneapolis, MN 55403

Rick Johnson
320Liberty St
Morris, IL 60450

Raymond Thomas
5166 Bristol Road
Canandaigua, NY 14424

Ricardo  Puertas
Altamed Health Services
2402 Baltusrol Drive
Alhambra, CA 91803

Rickin Shah
2765 Barclay Way
Ann Arbor, MI 48105

Rebecca Moles
54 Acorn Road
Madison, CT 06443

Richard  Price
3202 Cedar Ridge Rd
Joplin, MO 64804

Rita  Gidwaney
128 N. Oak Knoll Avenue
Unit 304
Pasadena, CA 91101

Red River Consultants
Daniel Hennigan
10911 Sanctuary
Shreveport, LA 71106

Richard  Sawyer
10 Peach Tree Path
Andover, MA 01810

Rita  Jain
3629 Imperata Dr
Rockledge, FL 32955

Rekha Nugaram
12012 Player Court
Chester, VA 23836

Richard Haddad
2 Messenger Dr
Colts Neck, NJ 07722

Ritu Malik
181 Woodcliff Blvd
Morganville, NJ 07751

RELIANCE STANDARD LIF INS CO
P.O. BOX 3124
SOUTHEASTERN, PA 19398-3124

Richard Hicks
Baystate Health Systems
122 Quinnehtuk Rd
Longmeadow, MA 01106-2940

Rizwan  Qureshi
11373 CORTEZ BLVD
SUITE 308
BROOKSVILLE, FL 34613

Robert Saelim
5621 Raven Horse Drive
Las Vegas, NV 89131

Robert Smith
1 Dogwood Hill
Apt 3A4
Dobbs Ferry, NY 10522

60 White Oak Run
Westport, MA 02790

Robert  Borden
212 Greenfield Terrace
Ardmore, PA 19003

Robert Werner
1525 Shady Avenue
Pittsburgh, PA 15217

Roman Raju
716 Willard Street
Houston, TX 77006

Robert  Lehmann
221A Kearsing Parkway
Monsey, NY 10952

Roberto  Chuapoco Jr
8608 Mirada del sol Drive
Las Vegas, NV 89128

Romulo  Ortega
7702 N Alpine Road
Loves Park, IL 61111

Robert  Varney
1752 Wilstone Ave
Encinitas, CA 92024

Robin Smith
UF Neurology
1149 Newell Drive, L3-100 MBI
Gainesville, FL 32611

Rosalie  Naglieri
10209 New Forest Court
Ellicott City, MD 21042

Robert Hosage
ROBHOS
6315 S 68th Ave
Laveen, AZ 85339

Rod Michaels
1585 Liberty Street SE
Salem, OR 97302

Rosana  Ayoub
3 Hummingbird Lane
Rolling Hills, CA 90274

Robert Hynd
13101 Water Rock Lane
Arcadia, OK 73007

Roderick  Fields
915 Camino del Salud MSC 10-5550
Albuquerque, NM 87131

Roy  Prashad
4 Commerce Drive
River Head, NY 11901

Robert Jablonsky
4018 E HUNTINGTON BLVD
FRESNO, CA 93702

Roderick  McCoy
170 Lincoln Street
Newton Highlands, MA 02461-1510

Roy Jonas
395 North Locust
Manteno, IL 60950

Robert Lefsrud
21 High Point Rd
Dellwood, MN 55110

Rodney  Brunson
4 Dani Drive
Northfield, NJ 08225

Rudy  Kink
1524 East Indian Wells Dr
Collierville, TN 38017

Robert Martin
6113 Mossman Place, N.E.
Albuquerque, NM 87110

Rodolfo  Galindo
2015 Hone ave
Bronx, NY 10461

Russ Carter
7800 Southwest Pkwy, Unit 2
Austin, TX 78735

Robert Rilling
Lab Blding Room 216
9200 W Wisconsin Ave
Wauwatosa, WI 53226

Rohit Kedia
1319 N 113th Ct
Apt 6013
Omaha, NE 68154

Russell  Blinder
60 Powell St. Unit 2
Brookline, MA 02446

Ryan Bock
11218 Windsor Place Cir
Tampa, FL 33626

S. Cales
Coudersport, PA 16915

No Name
4769 Riverchase Drive
Troy, MI 48098

S Reddy
11954 Boyette Road
Riverview, FL 33569

Salam Yasser, MD
2569 Palmer Cir
Avon, OH 44011

Sandeep Patel
3303 TARRANT SPRINGS TRL
FORT WAYNE, IN 46804

S.P. Cooper & Company, LLP
1 Executive Boulevard, 4th Floor
Yonker, NY 10701

SALEH ALGHOFAILI
1766 CREEKSIDE ST
LONDON,  N5X 4L7,  Canada

Sandhya  Chhabra
2108 Piper Way
Keswick, VA 22947

Sabina  Bizzoco
2 Graham Court
Rye, NY 10580

Sally  Watson
6649 Autumnwood Drive
Nashville, TN 37221

Sandra Hoffmann
5000 Cedar Plaza Pkwy #22
St. Louis, MO 63128

Sadia Ashraf
19 TUMBLE ROAD
BEDFORD, NH 03110

Sam  Samuel
8520 Stahley Road
East Amherst, NY 14051

Santa Rosa Memorial Hosp
1154 Montgomery Dr
MAIL STATION 1 WO4, ATTN:M
Santa Rosa, CA 95405

Sadri  Avsar
114 Mill Creek Road
Warrior, AL 35180

Sam  Waits
102 Parkside Cove
Saltillo, MS 38866

Santina  Carminati Tadde
1050 E. Cullumber St.
Gilbert, AZ 85234

Saima Kamran
6712 Yellowstone Boulevard
Apt D18
Forest Hills, NY 11375

Sam Burnett
8 KEYSTONE CIRCLE
ABBEVILLE, SC 29620

Sarada Jaimungel
15 Charles Plaza
Apt 22-05
Baltimore, MD 21201

Saint Barnabas Medical Center
94 Old Short Hills Road
Health Sciences Library, ATTN: LIBRA RE
Livingston, NJ 07039

Samim  Enayat
6129 Residencia
NEWPORT Beach, CA 92660

Sarah  Bushore
3 Turnberry Court
Arden, NC 28704

Saira  Qureshi
549 North 12 Street
New Hyde Park, NY 11040

Samina  Syed
2324 W Dickens Ave
Floor 2
Chicago, IL 60647

Sarah  Cadman
310 Linden Ave
Burbank, CA 91506

Sajan Thomas
MacNeil Hospital
Internal Medicine Residency Program
3231 South Euclid Ste 203
Berwyn, IL 60402

Samir Ali
5312 cork drive
Muncie, IN 47304

Sarah  Rettinger
10511 Wyton Drive
Los Angeles, CA 90024

Sarah Song
3389 NW Glenridge Drive
Corvallis, OR 97330

1710 Kings North St
Eugene, OR 97401

Sarah Wilhelm
5210 S Laurelhurst Ct
Spokane, WA 99223

Scott Beech
231 Phosphor Ave
Metairie, LA 70005

Serena Shi
535 Kelton Ave, Apt 7
Los Angeles, CA 90024

Sarah Orrin
4621 westminster pl
st louis, MO 63108

Scott Murray
561 Glen Oaks Dr
Marysville, OH 43040

Seth Bokser
11 Meadow Ridge Drive
Corte Madera, CA 94925

Sarfaraz Sadruddin
906 Delford Way
SUGAR LAND, TX 77479

Scott Ober
1777 Crestwood Road
Cleveland, OH 44124

Shah Zaman
243 North Road
Suite 201 S
Poughkeepsie, NY 12601

Sarnia Singh
4294 W Woods Edge Lane
Muncie, IN 47304

SCOUTNEWS, LLC
150 BROADHOLLOW RD., SUITE 302
MELVILLE, NY 11747

Shaista Quddusi
Advanced Diabetes and Endo
700 S 320th St Ste D
Federal Way, WA 98003

Scott Birch
22667 Lakeview Dr
Springdale, AR 72764

Se Young Oh
406 Valley View Ave
Paramus, NJ 07652

Shalini Paturi
3236 Windsong
Rockford, IL 61114

Scott Lnoeppel
18991 Crooked Lane
Lutz, FL 33548

Seamus Norton
608 St. George Street
Port Dover, ON N0A1N0

Shampa Chatterjee
4 Littles Brook Ct, Apt-9
Burlington, MA 01803

Scott Mirani
381 Cole Avenue
Providence, RI 02906

Sean Meagher
5707 W. Forestwood Drive
Peoria, IL 61615

Shane Backus
1755 Gerard Cir
Zanesville, OH 43701

Scott Stollenwerk
347 Park Avenue
Pewaukee, WI 53072

Seem a Maroo
2363 Heather Drive
Decatur, GA 30033

Shannon Penland
25 Neil Acres RD
Laurel, MS 39443

Scott Trepeta
10 Coach Lane
Syosset, NY 11791

Seema Amin
1071 Eagle Drive
Apartment 1406
Akron, OH 44312

Shari Mintz
1 Indian Rd
Suite 8
Denville, NJ 07834

Sharon
CPCMG
1546 Martingale Court
Carlsbad, CA 92011

Sheila Esterline
la Page 256 of 264
Peekskill, NY 10566

Peter
196 East Emerson Road
Lexington, MA 02420

SHARON HINES
9000 ROCKVILLE PIKE
BLDG. 10 ROOM 6N216
BETHESDA, MD 20892

Sheryl Ramer Gesoff
Elmhurst Hospital Center
Health Sciences Library
79-01 Broadway Room D3-52
Elmhurst, NY 11373

Signature B & B Companie
1 E. Lincoln Avenue
Valley Stream, NY 11580

Sharon May
11702 Moeller Road
New Haven, IN 46774-9308

Shine Kim
4210 Colden Street
Apt 420
Flushing, NY 11355

Simon Gabriel
1038 Berkeley Dr.
Marina del Rey, CA 90292

Sharp Memorial Hospital
7901 Frost St
ATTN: LAURA STUBBLEFIELD
San Diego, CA 92123

Shirin Haddady
5 Folsoms Pond Road
Wayland, MA 01778

So-Young Kim
80 Riverside Blvd APT
4P
New York, NY 10069

Shashi Panozzo
P.O. Box 7291 Campus Avenue
Lewiston, ME 04243-7291

Shirin Morad
12 Cottage Walk Circle
Beauford, SC 29907

Sonya Smoak
1434 Mohawk Dr
West Columbia, SC 29169

Shauna Runchey
3810 E Wesley Ave
Denver, CO 80210

Shironda Stewart
3302 Wilkerso Circle
Melvindale, MI 48122

Sophia Grant
Litchfield County Pediat
20 Felicity Lane
Torrington, CT 06790

Shaunak Patel
9 Auspice Circle
Newark, DE 19711

Shivani Choudhary
8492 Cranbrook drive
Grand Blanc, MI 48439

South Shore Hospital
8012 S. Crandon Ave.
ATTN: ALLISON ROBERTSON
Chicago, IL 60617

Shaunak Patel
PO Box 5721
Newark, DE 19714

Shoshana Wind
269-10 Grand Central Parkway
Apt. 27A
Floral Park, NY 11005

Southern Illinois Univ. S
801 North Rutledge St
P.O. Box 19625, ATTN: LORI
Springfield, IL 62794

Shelly Kafka Kafka
PO Box 29
Clarksburg, WV 26323

Shubhi Sehgal
19285 Edmonton Drive
Brookfield, WI 53045

Sowmya Suryanarayanan
2302 Hannah Way N
Dunedin, FL 34698

Shelly Lazaro
1095 Whirlaway Drive
El Paso, TX 79936

Shyam Garg
170 Howard Oak Drive
Macon, GA 31210

Spencer Lowe
1501 Trousdale Drive, 3rd F
Burlingame, CA 94010

Spomenka Ceovic
708 Westshore Dr
Shorewood, IL 60404

Stephanie Perreten
Apt. A5J
Bronx, NY 10467

8282 Cambridge #1302
Houston, TX 77054


Sreenivas Garla
30 Parkside Place apartment 518
Malden, MA 02148

Stephen Kuehne
851 116th Street
Clearlake, MN 55319

Steven Dorfman
58 49th Street
Sacramento, CA 95819


Srilakshmi Rajsheker
Radiology Associates of Canton
Po Box 8030
Canton, OH 44711

Stephen Pfeiffer
7424 W Cross Creek Trail
Brecksville, OH 44141

Steven Jablonski
635 Broadway
Milton, PA 17847


St. Luke's Heath Network
Jonathan Hosey
1503 Red Lane
Danville, PA 17821

Stephen Wrzesinski
48 Daniel St
Slingerlands, NY 12159

Steven Taylor
Gastro & Well Consult LLC
8 Christie Ln
Stratham, NH 03885


State of New Jersey
Division of Taxation
50 Barrack Street
P.O. Box 269
Trenton, NJ 08695

Stephen Yoelson
52 Peck Road
Torrington, CT 06790

Steven Zucker
125 hamlet drive
Mt.Sinai, NY 11766


Stefan Iorga
1111 Scenic Drive
Ada, OK 74820

Stephen Hoye
2020 Palomino Lane, Suite 100
Las Vegas, NV 89106

Sualeah Ashraf
10671 Emerald Chase Drive
Orlando, FL 32836


STEILE HOLDINGS, LLC
STEVE MILLER
ONE LINDURA STREET
RANCHO MISSION VIEJO, CA 92694

Stephen Stern
51 Hidden Ledge Road
Englewood, NJ 07631

Subbarao Daggubati
1309 Hickory Street
Abilene, TX 79601


Steile Holdings, LLC
261 Single Petal Street
Henderson, NV 89014

STEPHEN STERN, ESQ
8 GINNY DRIVE
WOODCLIFF LAKE, NJ 07677

Subhash K. Shah MDSC
11413 Burr Oak Lane
Burr Ridge, IL 60527


Stephanie Fritz
827 Crescent Springs Court
Valley Park, MO 63088

Steve Ahmed
Bigspring Pediatrics
1700 W FM700
Bigspring, TX 79720

Sudha Yalamanchi
20 Glendale Ave
Hinsdale, IL 60521


Stephanie Husen
3508 Partridge Rd
OKlahoma City, OK 73120

Steven Bergquist
10000 N Lake Shore DR
Mequon, WI 53092

Suhail Hameed
3925 W Kimberly Ave
Greenfield, WI 53221

Sujana Banerjee
11949 Red Leaf Ct
Fort Myers, FL 33908

ATTN: CHRISTINE KUCHARSKI
Syracuse, NY 13210

8020 Innsbrook Place
Cincinnati, OH 45244


Sujani Surakanti
35 Trewbridge Court
Princeton, NJ 08540

Suong Tran
1434 Chimney Rock Rd
Houston, TX 77056

Susanne Trost
516 Wildflower Circ
Williston, VT 05495


Sujata Sarkar
1501 N Campbell Avenue
Tucson, AZ 85724

Supen Patel
727 Muirfield Place
Florence, SC 29501

Suzanne Delea
2505 SE Ankeny St
Portland, OR 97214-1726


Sumeet Bhinder
10400 Southport Glenn
Bakersfield, CA 93311

Susan Fanburg
34 Powder Hill Road
Bedford, NH 03110

Suzanne Shulman
326 McCully Street
Pittsburgh, PA 15216


Sun Life Financial=001
P.O. Box 7247-0381
Philadelphia, PA 19170-0381

Susan Kwok
85 Livingston. 8E
Brooklyn, NY 11201

Syed Hasan
514 Burkarth Road
Warrensburg, MO 64093


Sung Pahng
21 Astor Place
#7C
New York, NY 10003

Susan Settineri
1272 Southfield Pl
Virginia Beach, VA 23452

Syed Shah
9050 Oakland Ave NE
Albuquerque, NM 87122


Sunil Darbari
Cardiology Summerlin
784 Joshua Star CT
Las Vegas, NV 89138

Susan Sotardi
211 Thompson Street, APT 2P
New York, NY 10012

Syed Haq
527 Medical Park Dr
Suite 103
Bridgeport, WV 26330


Sunil John
512 Wedgewood Court
Hinsdale, IL 60521

Susan Haden
20 Garland Rd
Newton, MA 02459

T-MOBILE-85
PO BOX 742596
CINCINNATI, OH 45274-259


Sunil Ram
SMIL
PO Box 1573
Scottsdale, AZ 85252

Susan M F Erickson
3003 S Oak Way
Lakewood, CO 80227

Tahereh Jamshidi
4707 River Rd
Bethesda, MD 20816


Sunita Dachinger
5035 Pellingham Circle
Enola, PA 17025

Susan Shih
264 Green St
Northborough, MA 01532

Taiyeb Khumri
13133 bluejacket street
Overland Park, KS 66213

Tam Pham
204 Highland Terrace
Norman, OK 73069

New Braunfels, TX 78130

8601 Village Dr. Suite 21
San Antonio, TX 78217

Tammy Nelson
7626 Windsor Dr
Zionsville, IN 46077

Terry Wolpaw
6993 Schoolhouse Rd
Hershey, PA 17033

Theresa Nieman
7622 N. 185th Ave
Waddell, AZ 85355

Tan Attila
Bagdat Cad Orhan
Apt D2
Istanbul 34740

Terry Turner
15827 E. Primrose Dr.
Fountain Hills, AZ 85268

Theresa Kehoe
11712 Lovejoy St
Silver Spring, MD 20902

Tan Pham
204 Highland Terrace
Norman, OK 73069

Tesfai Tekle
611 North Elder Grove Drive
Pearland, TX 77584

Thitinan Srikulmontree
3080 Jimmy Way
Roseville, CA 95747

Tanu Chandra
445 East Gittings Street
Baltimore, MD 21230

Texas Tech Health Science Center
800 W. 4th Street
Odessa, TX 79763

Thomas Bloom
70 Dogwood Ave.
roslyn harbor, NY 11576-

Tariq Doorani
6216 East Shea Blvd
Scottsdale, AZ 85254

Texas Tech Health Science Center
4800 Alberta Avenue RM #103
El Paso, TX 79905

Thomas Hughes
502 Genius Drive
Winter Park, FL 32789

Tayyaba Bashir
73-10 178th street
Fresh Meadows, NY 11366

The Alpiner Group LLC
Jordana Latozas
3050 Steeple Hill Rd
White Lake, MI 48380

Thomas Markel
112 Emerald Lake Drive
Jackson, TN 38305

Teerath Tanpitukpongse
6 Candlewood Drive
Apt 6
Springfield, IL 62704

The Cleveland Clinic Foundation
9500 Euclid Avenue
Cleveland, OH 44195

Thomas Abel
15480 Palos Verdes Drive
Monte Sereno, CA 95030

Terence Chan
PO BOX 396
Centralia, WA 98531

THE TRUSTEES OF COLUMBIA U.,
DEPT. OF MEDICINE
622 WEST 168TH ST., PH8 EAST, RM 105
ATTN: KAREN WISDOM
NEW YORK, NY 10032

Thomas Fuchs
860 51 Street
Brooklyn, NY 11220

Terrence Swade
130 S Main St, Suite 303
Lombard, IL 60148

The Trustees of Columbia University
622 West 168th Street, PH8 East Room 105
New York, NY 10032

Thomas Khoury
55 West 59th St.
Apt. 33D
New York, NY 10019

THOMSON REUTERS
PO BOX 415983
BOSTON, MA 02241

Ste 360
Uniontown, OH 44685

3/F, 239A Prince Edward RW
Kowloon, Hong Kong SAR 0

Thu  Nguyen
12960 Linden Church Rd
Clarksville, MD 21029

Tjark  Schliep
236 East 111 Street
New York, NY 10029

Tulika  Gupta
69 Dinwiddie Way
Kearneysville, WV 25430

Thuan-Hoa  Nguyen
217 Arkansas Street #1
San Francisco, CA 94107

Todd  Nichols
105 Burne Run
MADISON, MS 39110

Tuong  Le
17919 Benchmark Drive
Dallas, TX 75252

Tiffany  Darling
823 East A St
Iron Mountain, MI 49801

Todd Dombrowski
263 Skyline Drive
Keene, NH 03431

Tze Yang  Chung
No. 21 Jalan 10/6
Petaling Jaya, Malaysia

Tiffany  Musick
Children's Mercy Hospital
3101 Broadway Blvd
Kansas City, MO 64111

Tom  Garnica
Health Sciences Library
79-01 Broadway Room D3-52
Elmhurst, NY 11373

Uganda   Johnson
Bay Pines VAHCS
10000 Bay Pines Blvd
Warehouse Bld 100
Bay Pines, FL 33744

Tiffany Beckman
5216 17th Ave. S.
Minneapolis, MN 55417

Tony  Liu
10124 Vallui Blvd Unit 305
Elmonte, CA 91731

University of Arkansas
Carroll Medical Library, A
1617 North Washington
Magnolia, AR 71753

Tiffany Vu
8312 Wades Way
Jessup, MD 20794

Tony Lee
4004 S. Ocean Blv.
Highland Beach, FL 33487

University of Massachuse
55 Lake Ave. North
ATTN: MARIANNE SIENER
Worcester, MA 01655

Tim  Arakawa
4815 Impala Park
San Antonio, TX 78251

Tracy  Lovell
4819 Grandview Court
Flowery branch, GA 30542

University of Medicine aD
E-Resources/Distributed S
47 DAVIDSON ROAD
PISCATAWAY, NJ 08854

Timea  Bor
1116 LaPort Drive
Papillion, NE 68046

Travelers Service Center
PO Box 660317
Dallas, TX 75266-0137

University of Missouri/KC
2411 Holmes
ATTN: MARLENE SMITH
Kansas City, MO 64108

Timothy  Van Schoick
2100 Fourth St
Jackson, MI 49203

Troy Hamilton
1214 Blake Court
York, PA 17408

UNIVERSITY OF PA HEALTH S
DEPARTMENT OF RADIOLOGY
3400 SPRUCE STREET, 1 SIL
ATTN: LORI EHRICH (RE: NeC
PHILADELPHIA, PA 45274-2

UNIVERSITY OF PA HEALTH SYSTEM/UPMR
DEPARTMENT OF RADIOLOGY
3400 SPRUCE STREET, 1 SILVERSTEIN
ATTN: LORI EHRICH (RE: Onc Imaging Cours
PHILADELPHIA, PA 19104

Uma Prabhala Grandhi
Fountain Main Pl
Glenville, PA 16125

Sheila Desai Main
4539 Maple Creek Ct
West Bloomfield, MI 4832

UNIVERSITY OF PA HEALTH SYSTEM/UPMR
DEPARTMENT OF RADIOLOGY
3400 SPRUCE STREET, 1 SILVERSTEIN
ATTN: LORI EHRICH (RE: Rad in Redrocks C
PHILADELPHIA, PA 19104

UPMC Shadyside Hospital
5230 Centre Ave
Pittsburgh, PA 15232

Venkata  Yelamanchili
2022 Waters Ridge Dr
Newburgh, IN 47630

University of Pittsburgh Medical Center
200 Lothrop St
Pittsburgh, PA 15213

UPMC Bedford Memorial
10455 Lincoln Hwy
Everett, PA 15537

Venkata Lakkimsetty
228 Big Timber
Temple, TX 76502

University of Pittsburgh Medical Center
9100 Babcock Boulevard
Pittsburgh, PA 15237

Umil Bajpai-Pillai
1 Marview Way
San Francisco, CA 94131

Vergil  Brown
122 Troy Circle
Fort Walton Beach, FL 32

University of Pittsburgh Medical Center
815 Freeport Rd
Pittsburgh, PA 15215

US NAVY
RYAN PRUNTY
601 MCCAIN BLVD
SAN DIEGO, CA 92135

Victor  Matthews
825 Grovesmere Loop
Ocoee, FL 34761

University of Pittsburgh Medical Center
1048 Lincoln Way
McKeesport, PA 15213

Uma Kotha
1233 NW Whitman St
Camas, WA 98607

Victoria  Crescenzi
1696 NW Viewmont Court
Silverdale, WA 98383

University of Pittsburgh Medical Center
Terrace & DeSoto Streets
ATTN: JEFF HUSTED
Pittsburgh, PA 15261

Vale Cea Bohrt
2208 W Chesterfield Blvd
Apt 306
Springfield, MO 65807

Victoria  Koren
4440 W. 95th Street
Library room 141s
oak lawn, IL 60453

University of Puerto Rico
MED SCI CAMPUS, GPO 365067
CONRADO F. ASENJO LIBRARY, ATTN:
San Juan, PR 00936

Valerie  Myrick
1600 SW Archer Road
N-2 PROFA.
Gainesville, FL 32610

Vidya  Parameswaran
6120 Yeadon Way
San Jose, CA, CA 95119

UNIVERSITY OF WASHINGTON, CMED LL
UNIVERSITY OF WASHINGTON, SCHOOL OF MED
4333 BROOKLYN AVE NE
BOX 359441, ATTN: CAROLE FISHER
SEATTLE, WA 98195

Valley Medical Group
Guru Gadigali
11 Pierce Drive
Stony Point, NY 10980

Vijay  Vikhara
181 Meadow Lark Lane
Boalasburg, PA 16827

UNIVERSITY OF WASHINGTON, DEPT. OF ME
ATTN ERIC J. TOBIASON,MBA, DIR OF FINANCe
C408 HEALTH SCIENCES
BOX 356390
SEATTLE, WA 98195

Van Family Name
2090 French Ave
2702
Denver, CO 80206

Vijaya Surampudi
1210 E. Leadora Ave.
Glendora, CA 91741

Vincent Case
900 Park Ave.
Apt 23A
New York, NY 10075

Vishala Chindalore
Anniston Medical Clinic PC
1010 Christine Ave
Anniston, AL 36207

VitalHealth Partners
Todd Pesek
5555 Mayfield Road
Lyndhurst, OH 44124

VIVEK VARIAR
4191 MCCARTY RD
APT 2
SAGINAW, MI 48603

Vivek Narang
1857 E. Kenilworth
Unit 521
Milwaukee, WI 53202

Voytek Sobieraj
204 Lancelot Drive
Elmira, NY 14903

Vrishali Dalvi
16 Botany Court
North Potomac, MD 20878

W Patrick Knibbe
1542 East Braemere Road
Boise, ID 83702

Walid Attisha MD PA
2531 Blue Bonnet
Houston, TX 77039

Walter Nguyen
425 South Street
#601
Honolulu, HI 96813

Metairie, LA 70006

Walter Zajac
8755 Brookdale Circle
Granite bay, CA 95746

Walworth Medical Associates
Matthew D'Onofrio
1275 S Main St
Ste 102
Greensburg, PA 15601

Wayne Woo
2610 Courthouse Circle
Flowood, MS 39232

Wayne Smith
169 WESTMANLAND RD
NEW SWEDEN, ME 04762

Wegner Health Services Info. Center
Sanford Sch. Of Med./Serials Dept.
1400 W. 22nd St.
Sioux Falls, SD 57105

Wendy Lee
1767 Cliffwood Dr
Myrtle Beach, SC 29572

Western Psychiatric Institute
3811 Ohara St.
Pittsburgh, PA 15206

Willard Standiford
1 Englewood Road
Baltimore, MD 21210

William Cobell
29 Stoneridge Pl
Kalispell, MT 59901

15 Lindsey Ave
Danville, PA 17821

William Rivers
123 Bradford Dr
Macon, GA 31210

William Surbeck
2238 E. 38th St
Tulsa, OK 74105

William Westerkam
6 Williamstown Ct.
Columbia, SC 29212

WILLIAM WIN
412-203 BENNER ROAD
ALLENTOWN, PA 18104

William Beaumont Hospita
3601 W. 13 Mile Rd
ATTN: JANE ZIMMERMAN
Royal Oak, MI 48073

WILLIAM EMLICH
4930 W BROAD ST
SUITE 1
COLUMBUS, OH 43228

William Sunshine
660 Glades Road
Ste 306
Boca Raton, FL 33431

William White
19016 Stone Oak Blvd Ste #
San Antonio, TX 78258

Willis Chung
Comanche County MemorialH
2450 E 5th Ave
Unit B
Denver, CO 80206

Willis Pogosian
925 Central Ave
Wilmette, IL 60091

Yogiben Jogani
Bay Area, CA
Sacramento, CA 95831

Yvonne Dean
2492 Amber Ridge Drive
Dubuque, IA 52002


Winchester Hospital
41 Highland Ave
ATTN: MARY MILLER
Winchester, MA 01890

Yolanda  Mendoza
2240 E. WINROW AVE  BLDG 45001
FORT HUACHUCA, AZ 85613

Ziad  Alhumayyd
55 station landing,apt 52
medford, MA 02155


WOLTERS KLUWER HEALTH
P.O. BOX 1610
HAGERSTOWN, MD 21741-1610

Yoonah  Kim
3305 Kline Drive
Virginia Beach, VA 23452

Zimu  Zheng
27 Fairway Pl
Cold Spring Harbor, NY 1


Wonil  Tae
3908 Huxley Dr
Springfield, IL 62711

Youhanna  Al Tawil
1701 Alcott Manor Lane
Knoxville, TN 37922

Zubair  Ashraf
2820 Woodsview Drive. Apt2
Beavercreek, OH 45431


Xandra  Rarden
3718 38th Avenue S
Seattle, WA 98144

Yuan  Lin
62 Garden Road
Wellesley, MA 02481

Zulmarie  Roig
1 Berridge Way
North Reading, MA 01864


Xuanjing  Zhou
353 E. 17th Street #20E
New York, NY 10003

Yukiko  Oe
215 Slocum way
Fort Lee, NJ 07024


Yanal  Masannat
6519 Country Club Drive
Huntington, WV 25705

Yvan  Thomas
1220 E. 42nd Place
Sand Springs, OK 74063


Yao Chen
5608 15th Avenue NE
Apartment 203
Seattle, WA 98105

Zachary  Berry
50 SW Matthey Dr.
Cache, OK 73527


Yassin  Mustafa
Howard University Hospital
5340 Holmes Run Pkwy
Apt 1217
Alexandria, VA 22304

Zameer  Hirji
38 Springer Avenue
Burnaby, Canada V5B3K3


Yick Moon  Lee
7301 19th avenue
Brooklyn, NY 11204

Zeba  Shakir
15167 Grandview Drive
Orland Park, IL 60467

# United States Bankruptcy Court
## District of New Jersey

In re  Health E Galaxy, LLC

Debtor(s)

Case No.

Chapter  7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Health E Galaxy, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June 24, 2016

Date

/s/ BRUCE H. LEVITT, ESQ.

BRUCE H. LEVITT, ESQ. BL9302

Signature of Attorney or Litigant

Counsel for   Health E Galaxy, LLC

Levitt & Slafkes, P.C.

515 Valley Street
Suite 140
Maplewood, NJ 07040
(973) 313-1200 Fax:(973)313-1240