| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |

Caption in Compliance with D.N.J. LBR 9004-2∞c*f*

**STANZIALE & STANZIALE, P.C.**
29 Northfield Avenue, Suite 201
West Orange, New Jersey 07052-5403
(973) 731-9393
Attorneys for Benjamin A. Stanziale, Jr., Trustee
(BAS 1470)

| In Re: | Case No. 16-22265-VFP |
| --- | --- |
| Health E. Galaxy, LLC, | Judge: Vincent F. Papalia |

**NOTICE DEPOSITING UNCLAIMED FUNDS**
**PURSUANT TO D.N.J. LBR 7067-1**

Benjamin A. Stanziale, Jr., Trustee in the above captioned matter states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed. The undersigned shall immediately forward a check to the court in the amount of 76.10, payable to the Clerk, United States Bankruptcy Court. The parties entitled to said funds are listed below together with their last known address.

| PAYEE NAME AND ADDRESS | AMOUNT |
| --- | ---: |
| Franklin Grauzer<br>265 Hillsboro Pl.<br>Nashville, TN 37215 | $76.10 |
|  |  |
|  |  |

| PAYEE<br>NAME AND ADDRESS | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Dated:  April 16, 2020                    /s/ Benjamin A. Stanziale, Jr.
                                          Benjamin A. Stanziale, Jr., Trustee